**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | The Mark Real Estate Holdings, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 33-4268757 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 100 US Route 1 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Cumberland    ME    04021 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cumberland County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.themarkcumberland.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | The Mark Real Estate Holdings, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When __ __/__ __/__ __ __ __ Case number _____
                                              MM / DD / YYYY

         District _____ When __ __/__ __/__ __ __ __ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When __ __ / __ __ / __ __ __ __
                                        MM / DD / YYYY

         Case number, if known _____

| Debtor | The Mark Real Estate Holdings, LLC | Case number *(if known)* _____ |
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                            State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | The Mark Real Estate Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/12/2025
             MM  / DD  / YYYY

X _____       Edward Piazza
Signature of authorized representative of debtor       Printed name

Title  Manager

**18. Signature of attorney**

X _____       Date   OY  18  2025
Signature of attorney for debtor               MM  / DD  / YYYY

Adam Prescott
Printed name
Bernstein Shur Sawyer & Nelson, P.A.
Firm name
100 Middle Street P.O. Box 9729
Number      Street
Portland                          ME      04101
City                             State    ZIP Code

2077741200                        aprescott@bernsteinshur.com
Contact phone                     Email address

6033                              ME
Bar number                        State

---

## THE MARK REAL ESTATE HOLDINGS, LLC

## WRITTEN RESOLUTIONS OF SOLE MEMBER AND MANAGER
## WITHOUT A MEETING

The undersigned, being the sole member (the "Member") and the manager (the "Manager") of The Mark Real Estate Holdings, LLC (the "Company"), in accordance with the Limited Liability Company Agreement dated on or about March 19, 2025, of the Company, and without a meeting based on the unanimous written consent of the Member and the Manager, hereby adopt and consent to the following actions and resolutions of the Company:

**WHEREAS:** The Member and the Manager have reviewed and considered the financial and operating condition of the Company, including its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member and the Manager being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Member and the Manager have determined it desirable and in the best interests of the Company, its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to pursue and obtain debtor in possession financing, potential sales of some or all of the assets, and/or a reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court at such time as the Company shall determine and in such form or forms as the Company may approve; and further

**RESOLVED:** That Edward Piazza, as Manager of the Company, is authorized on behalf of, and in the name of, the Company, to execute and file any and all petitions, schedules, motions, lists, applications, loan agreements, pleadings and other papers, to take any and all such other and further actions which the Company may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deems necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell

assets, and to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:**    That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company.

**Executed by:**                    **Sole Member:**

                                    **Titan Funding Holdings 1, LLC**

                                    By: Titan Funding, LLC, its Manager

Date: 3/19/2025                By: _____
                                    Edward Piazza, its President


Date: 3/19/2025                By: _____
                                    Edward Piazza, its Manager

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>The Mark Real Estate Holdings, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Maine</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Builders Capital Finance, LLC 1019 39th Ave SE Suite 220 Puyallup, WA, 98374 | Joan M. Egdall, Esq. 617-337-4444 jegdall@demerlepc.com | Mortgage | | 20,111,732.34 | 13,000,000.00* | 7,111,732.34 |
| 2 | Titan Funding LLC c/o Edward Piazza 2701 NW Boca Raton Blvd., Suite 105 Boca Raton, FL, 33431 | Kellie W. Fisher, Esq. 207-253-0566 kfisher@dmwlaw.com | Mortgage | | 6,694,650.00 | 0.00** | 6,694,650.00 |
| 3 | Broad Cove Ridge, LLC 97 Ledgebrook Crossing Brunswick, ME, 04011 | Paul F. Driscoll, Esq. 207-774-7000 pdriscoll@nhdlaw.com | Mortgage | | | | 475,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

*Based on estimated value of collateral on petition date. All rights reserved. Largest 20 list does not include statutory priming liens that are secured by collateral.*

** *Titan Funding LLC may be deemed an insider or affiliate of the Debtor; it is included herein out of an abundance of caution.*

Debtor  The Mark Real Estate Holdings, LLC _____    Case number (if known)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _____The Mark Real Estate Holdings, LLC_____

United States Bankruptcy Court for the: ___District of Maine_____

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▊ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☒ Other document that requires a declaration _List of Equity Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/14/2025___          ✗ _/s/ Edward Piazza_____
                MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        Edward Piazza_____
                                        Printed name

                                        Manager / Authorized Party_____
                                        Position or relationship to debtor

United States Bankruptcy Court

District of Maine

In re: The Mark Real Estate Holdings, LLC

Case No.

Chapter   11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/14/2025

_____
Signature of Individual signing on behalf of debtor

Edward Piazza
Manager / Authorized Party
_____
Position or relationship to debtor

Action Industries
14 McFadden Road
Palmer, PA 18045


AlphaGraphics
230 Corporate Drive
Portsmouth, NH 03801


American Aerial Services Inc.
c/o Samantha Adams, Esq.
Adams & Bullock, P.A.
217 Commercial St
Portland, ME 04101


American Express
P.O. Box 981535
El Paso, TX 79998


Androscoggin Pest Solutions
PO Box 520
Sabattus, ME 04280


Auburn Concrete, Inc.
8 Goldthwaite Road
Auburn, ME 04211


Bank of America - ATTN Bankruptcy Dept.
475 Cross Point Way
P.O. Box 9000
Getzville, NY 14068


Bob Frizzell General Contractor, Inc.
16 Commerce Way
Milton, NH 03851

Broad Cove Ridge, LLC
97 Ledgebrook Crossing
Brunswick, ME 04011


Builders Capital
1019 39th Ave SE
Suite 220
Puyallup, WA 98374


Builders Capital Finance, LLC
1019 39th Ave SE
Suite 220
Puyallup, WA 98374


Builders Capital Finance, LLC
c/o Joan M. Egdall, Esq.
Demerle & Assocites, P.C.
10 City Square
Charlestown, MA 02129


Builders Installed Products of Maine, LLC
515 Riverside Industrial Pkwy
Portland, ME 04103


C.A.S. Construction
368 Town Farm Road
North Shapleigh, ME 04076-3354


Central Maine Power Company
Attn: Bankruptcy Unit
83 Edison Drive
Augusta, ME 04330

Chase Excavating Inc.
c/o Andre Duchette, Esq.
Taylor McCormack & Frame LLC
267 Commercial St.
Portland, ME 04101


Cintas First Aid & Safety
88 Spiller Dr
Westbrook, ME 04092


Colonial Insulation and Fireproofing
764 US-1
York, ME 03909


Contractors Risk Management, Inc.
PO Box 211
Concord, NH 03302


Croteau Concrete Plumbing, LLC
PO Box 272
Gorham, ME 04038


Cumberland Foreside Partners, LLC
488 Northeast 18th Street
Miami, FL 33132-1112


Demo-Core LLC
159 Crestview Drive
Jaffrey, NH 03452


Dennis K. Burke, Inc.
555 Constitution Drive
Taunton, MA 02780

DeStefano & Associates Inc.
c/o Matthew Altieri, Esq.
Pierce Atwood
245 Commercial Street
Portland, ME 04103


EarthCam, Inc.
650 E Crescent Avenue
Upper Saddle River, NJ 07458


Ed Hodson Masonry Inc.
53 Turner Drive
North Monmouth, ME 04265


Eldredge Lumber
627 US Route One
York, ME 03909


Enertec
73 Rainmaker Dr.
Portland, ME 04103


Exactitude Inc.
12 Sky View Drive
Cumberland Foreside, ME 04110


Fastener Warehouse
145 Heritage Ave
Suite 220
Portsmouth, NH 03801


FBS Plumbing & Heating Co.
d/b/a Jerry's Plumbing & Heating
36 Woldbrook Drive
Windham, ME 04062

Fiddlehead Designs Cabinetry, Inc.
102 Echo Road
Brunswick, ME 04011


Gavin McCarthy, Esq.
Pierce Atwood
254 Commercial Street
Portland, ME 04103


GDS Services, Inc. d/b/a Stone Surface
9 Lakes Plaza Drive
Naples, ME 04055


Glass Pro
84 Exeter Road
Epping, NH 03042


Grainger
425 Warren Ave
Portland, ME 04103


Hammond Lumber Company
2 Hammond Drive
Belgrade, ME 04917


Hancock Lumber Company, Inc.
c/o Jeffrey T. Piampiano, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480


HD White Cap Construction
14 Rainmaker Drive
Portland, ME 04103

Henniker Directional Drilling, LLC
P.O. Box 2156
Henniker, NH 03242


Henry Barkley, Esq.
Curtis Thaxter LLC
PO Box 7320
Portland, ME 04112-7320


High Tech Fire Protection
84 Hackett Mills Road
Poland, ME 04274


Hilti, Inc.
383 Dorchester Ave
STE 180
Boston, MA 02127


Hissong Ready Mix
P.O. Box 878
Kennebunk, ME 04043


Infinite Imaging
470 US Route 1
York, ME 03909


INOFAB, LLC
26 Broadway St.
Pittsfield, NH 03263


Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James A. McBrady, Inc.
c/o Aaron P. Burns, Esq.
Pearce, Down & Burns, LLP
P.O. Box 108
Auburn, ME 04211


James E. Belleau, Esq.
Trafton, Matzen, Belleau & Frenette, LLP
10 Minot Avenue
Auburn, ME 04210


JLD Sevices LLC d/b/a Enertec
c/o Justine Louis Dibiase
73 Rainmaker Drive
Portland, ME 04103


Kellie W. Fisher, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480


Kelly McDonald, Esq.
Murray Plumb & Murray
75 Pearl Street, PO Box 9785
Portland, ME 04104-5085


KL Jack & Company
145 Warren Ave
Portland, ME 04103


Kone, Inc.
2401 W. Broadway
Suite 16
South Portland, ME 04106

Landry and Sons Acoustics, Inc.
141 Spring Street
Lewiston, ME 04240


Liston Paints, LLC
c/o United States Corporation Agents,
Inc.
315 Hatchet Mountain Road
Hope, ME 04847


Lowes
1058 Brighton Avenue
Portland, ME 04102


Maine Revenue Services
c/o Kaitlyn M. Husar, Esq., AAG
6 State House Station
Augusta, ME 04333


Mark McClure
2 Town Landing Road
Falmouth, ME 04105


Michael J. Pearce, Esq.
Pearce, Down & Burns, LLP
Two Monument Square, Suite 901
Portland, ME 04211


Mobile Fencing
81 Pilsudski Street
Providence, RI 02909


Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

On Target Utility Services
52 Canco Road
Portland, ME 04103


Optimum Building Systems, LLC
12 Colby Road
Litchfield, NH 03052


Owen Haskell, Inc.
390 U.S. Route 1
Unit 10
Falmouth, ME 04105


Paul F. Driscoll, Esq.
Norman, Hanson & DeTroy LLC
P.O. Box 4600
Portland, ME 04112-4600


Paul G. White Tile Company Inc.
444 Riverside Industrial Parkway
Portland, ME 04103


Pella Windows & Doors
400 Expedition Drive
Suite B
Scarborough, ME 04074


Pond Cove Millwork
22 Mill Brook Rd.
Saco, ME 04072


Portland Water District
225 Douglass St.
Portland, ME 04102

Rebars & Mesh
111 Avco Road
Haverhill, MA 01835


RedCap Staffing
1158 Forest Ave
Portland, ME 04103


ROI Staffing of Massachusetts
200 Highland Ave
STE 4
Needham, MA 02494


Royal Flush Portable Restrooms
P.O. Box 3541
Portland, ME 04104


S. Richer, Inc.
31 Smada Dr.
Sanford, ME 04073


Seacoast Ace Hardware
70 Heritage Ave
Portsmouth, NH 03801


Seacoast Concrete Plumbing
1941 State Rd
Eliot, ME 03903


Seebee Electric, Inc.
c/o David Perkins, Esq.
Curtis Thaxter LLC, P.O. Box 7320
Portland, ME 04112-7320

Standard Waterproofing, Inc.
1020 Augusta Road
Waterville, ME 04901


Sunbelt Rentals
5 Glasnow Road
Scarborough, ME 04074


Survey, Inc.
P.O. Box 210
Windham, ME 04062


The Home Depot
245 Riverside Street
Portland, ME 04103


Timberland Drywall, Inc.
626 Main St.
Gorham, ME 04038


Titan Funding LLC
c/o Edward Piazza
2701 NW Boca Raton Blvd, Suite 105
Boca Raton, FL 33431


Titan Funding LLC
c/o Edward Piazza
2701 NW Boca Raton Blvd., Suite 105
Boca Raton, FL 33431


Town of Cumberland
290 Tuttle Road
Cumberland, ME 04021

Trade Source, Inc.
647 U.S. Route One
Suite 209
York, ME 03909


Tri Cast Inc.
3 Rescue Ln
Somersworth, NH 03878


United Rentals
10 Thomas Dr.
Westbrook, ME 04092


Universal Framers
23 Essex Street
North Reading, MA 01864


W.H. Demmons, Inc.
93 Warren Ave
Portland, ME 04103


Wolf-Ridge
531 Quaker Hill Rd.
Albion, ME 04910