## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: | Chapter 11 |
| The Mark Real Estate Holdings, LLC,[1] | Case No. 25-20100 |
| Debtor. | |

### NOTICE OF EXPEDITED INTERIM HEARING

The Mark Real Estate Holdings, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), has filed the *Motion of Debtor for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing the Use of Cash Collateral; (III) Granting Liens and Super-Priority Claims; (IV) Granting Request for Expedited Determination and Limitation of Notice; and (V) Scheduling a Final Hearing* (the "Motion") [Docket No. 8].

An expedited interim hearing regarding the Motion is scheduled to be held before the Honorable Peter G. Cary, at the United States Bankruptcy Court for the District of Maine (the "Court"), 537 Congress Street, 2nd Floor, Portland, ME 04101, on **April 29, 2025, at 10:00 a.m.** (the "Hearing"). You are invited to attend the Hearing. If you intend to participate in the hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m., the last business day prior to the hearing.

**Objections to the Motion may be raised orally during the Hearing.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order, on an interim basis, granting the requested relief without further notice or hearing.

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

Dated:   April 24, 2025

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*