# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-20100 |

### DEBTOR'S STATEMENT AND RESERVATION OF RIGHTS
### REGARDING MOTION AND STIPULATION

      Builders Capital Finance, LLC and DeStefano & Associates, Inc. have filed that certain Motion for Entry of an Order Confirming that Automatic Stay Does Not Apply, or, In the Alternative, For Relief from Automatic Stay, and Request for Order Approving Stipulation Regarding Settlement of Mechanic's Liens [Docket No. 45] (the "**Motion**" and, the stipulation included with the Motion, the "**Stipulation**").  As stated by undersigned counsel at the April 29, 2025 hearing (the "**Hearing**") and incorporated herein by reference, The Mark Real Estate Holdings, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), takes the position that the proposed relief in the Motion and Stipulation does not violate the automatic stay under Section 362(a) of the Bankruptcy Code.  Other than as to non-applicability of the automatic stay, the Debtor reserves all rights regarding the proposed payments in the Motion and Stipulation and the proposed satisfaction of claims by such payments (and the implications therefrom in this case), including, without limitation, as to the validity, perfection, and/or priority of any lien, the amount of any claim held by any party, and the priority, secured status, and treatment of any claim held by any party (including, without limitation, under Sections 502 and 506 of the Bankruptcy Code).  All such rights are explicitly reserved, as set forth herein and on the record at the Hearing.

      Subject to the foregoing reservation of rights, as stated at the Hearing, the Debtor does not oppose approval of the Stipulation by this Court.

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

Dated: May 1, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*