**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20100 |

## ORDER CONFIRMING THE AUTOMATIC STAY DOES NOT APPLY AND APPROVING STIPULATION REGARDING SETTLEMENT OF MECHANIC'S LIENS

      The Court having considered the Motion to Confirm the Automatic Stay Does Not Apply And Approving Stipulation Regarding Settlement of Mechanic's Liens, the Motion is hereby GRANTED and the Stipulation is approved, subject to the rights reserved by the Debtor in the Debtor's Statement and Reservation of Rights Regarding Motion and Stipulation. The Parties to the Stipulation are authorized to take such actions as may be required by the terms of the Stipulation Regarding Settlement of the Mechanic's Liens, including discharging all mechanic's liens for which payment is confirmed and moving for dismissal of the consolidated actions now pending in the Maine Superior Court, Business and Consumer Docket, at BCD-CIV-2025-00012. .

      This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: May 1, 2025

/s/ Peter G. Cary
Peter G. Cary
United States Bankruptcy Judge
District of Maine

#18115554v3