# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: <br><br> The Mark Real Estate Holdings, LLC, [1] | Chapter 11 <br><br> Case No. 25-20100 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel on behalf of Builders Capital Finance, LLC and requests, pursuant to sections 352(a) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"); Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and this Court's local rules that all notices given or required to be given and all papers served or required to be served be directed to the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that nothing herein is intended to be or should be construed as a waiver of any right, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury (as applicable), (iii) to have the District Court withdraw the reference (if appropriate), or (iv) to seek an order of abstention pursuant to 28 USC 1334(c).

[*the remainder of this page is intentionally left blank*]

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

24757519.v3

Dated:  May 9, 2025	Respectfully submitted,

　	*/s/ Kyle D. Smith*
　	Kyle D. Smith
　	DENTONS BINGHAM GREENEBAUM LLP
　	One City Center; Suite 11100
　	Portland, ME, 04101
　	Phone: (207) 619-0919
　	Email: kyle.d.smith@dentons.com

　	*Counsel for Builders Capital Finance, LLC*

## CERTIFICATE OF SERVICE

I, Kyle D. Smith, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Dated: May 9, 2025                   */s/ Kyle D. Smith*
                                                           Kyle D. Smith

24757519.v3