# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | **Case No. 25-20160** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), submit their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtors and their advisors and are unaudited. Although the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was reasonably available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements, which would warrant amendment of the same. All rights to amend the Schedules and Statements are reserved.

It would be prohibitively expensive and unduly burdensome to obtain appraisals or other third-party valuations of the Debtors' assets at this time. Accordingly, the asset values (including estimates of "fair value") contained in the Schedules and Statements are based on the Debtors' estimates as of the Petition Date, or as otherwise noted in the Schedules and Statements. The Debtors generally based these estimates on a discounted cost basis or relying on other market knowledge. The Debtors reserve the right to establish that the value of any asset is other than as stated in the Schedules and Statements, and to submit appraisals or other evidence in any valuation dispute in these cases.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."  The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated," including to amend the Schedules to reflect such status.

The Debtors' investigation remains ongoing, including as to potential claims and causes of action that may constitute assets of the Debtors (including, without limitation, avoidance causes of action).  All rights are reserved to assert any such claims or causes of action based on that investigation and to amend the Schedules, as necessary, if such claims or causes of action are subsequently identified.

Although every reasonable effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  Accordingly, the Debtors reserve the right to amend the Schedules and Statements as necessary or appropriate and expect they may do so as information becomes available or upon further investigation during these cases.

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name _Cozy Harbor Seafood, Inc._ |
| United States Bankruptcy Court for the: **District of Maine** |
| Case number (*If known*): _25-20160_ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/25/2025        ✗ _K Nlbn_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

_John Norton_
Printed name

_President_
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name ___Cozy Harbor Seafood, Inc._____

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___25-20160_____

(State)

---

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals            **12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................................... | $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... | $ 10,358,265.99

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................................... | $ 10,358,265.99

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................ | $ 5,225,096.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................................... | $ 2,176,453.20

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................ | +$ 4,743,549.12

4. **Total liabilities** ........................................................................................................................................................... | $ 12,145,098.32
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
| --- |
| Debtor name     Cozy Harbor Seafood, Inc. |
| United States Bankruptcy Court for the: District of Maine |
| Case number (If known):     25-20160 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | East Coast Seafood, LLC 10 North Front Street New Bedford, MA, 02740 | | Other | | | | 1,374,780.00 |
| 2 | East Coast Seafood, LLC 10 North Front Street New Bedford, MA, 02740 | | Suppliers or Vendors | | | | 1,374,780.00 |
| 3 | J.K. Marine dba Lousibourg Seafood Ltd P.O. Box 5609 Louisbourg, NS-Canada B1C1B5 | | Suppliers or Vendors | | | | 803,400.00 |
| 4 | Whitecap International Seafood Exporters 591 North Avenue Wakefield, MA, 01880 | | Suppliers or Vendors | | | | 342,375.00 |
| 5 | Finance Authority of Maine 5 Community Drive Suite 102 Augusta, ME, 04330 | | | Contingent | | | 337,500.00 |
| 6 | Northern Ocean Sea Products LLC 7 Parker Street 2nd Floor Gloucester, MA, 01930 | | Suppliers or Vendors | | | | 284,244.69 |
| 7 | Northern Ocean Sea Products LLC 7 Parker Street 2nd Floor Gloucester, MA, 01930 | | Other | | | | 284,244.69 |
| 8 | Cape Bald Packers 2618 Acadie Road Cap-Pele NB - Canada E4N1E3 | | Suppliers or Vendors | | | | 206,000.00 |

Debtor ___Cozy Harbor Seafood, Inc._____    Case number (*if known*)___25-20160_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Independent Fisheries Limited 1271 Little Harbour Road Comp 2, Box 9 Sable River, Nova Scotia, B0T1V0, Canada | | Suppliers or Vendors | | | | 99,622.48 |
| 10  Packedge 955 Portland Road Saco, ME, 04072-9675 | | Suppliers or Vendors | | | | 95,082.41 |
| 11  Packedge 955 Portland Road Saco, ME, 04072-9675 | | Other | | | | 95,082.41 |
| 12  Sea Salt LLC 660 Main Street Saco, ME, 04072 | | Other | | | | 72,688.50 |
| 13  Sea Salt LLC 660 Main Street Saco, ME, 04072 | | Suppliers or Vendors | | | | 72,688.50 |
| 14  Arbutus Cove Enterprises 650 Herald Street Victoria, BC - Canada | | Suppliers or Vendors | | | | 68,558.05 |
| 15  Wedgeport Lobsters Limited P.O. Box 400 Lower Wedgeport, NS -Canada B0W-2B0 | | Suppliers or Vendors | | | | 59,552.00 |
| 16  Volk Packaging Corporation 11 Morin Street Biddeford, ME, 04005 | | Suppliers or Vendors | | | | 40,761.82 |
| 17  Volk Packaging Corporation 11 Morin Street Biddeford, ME, 04005 | | Other | | | | 40,761.82 |
| 18  Area 52 163 Zack Rd Lustes Mountain, NB-Canada E1G2V1 | | Suppliers or Vendors | | | | 39,048.30 |
| 19  Channel Fish Processing Co. Inc. 200 Commerce Drive Braintree, MA, 02184 | | Suppliers or Vendors | | | | 38,588.70 |
| 20  Channel Fish Processing Co., Inc. 200 Commerce Drive Braintree, MA, 02184 | | Other | | | | 38,588.70 |

**Fill in this information to identify the case:**

Debtor name _____Cozy Harbor Seafood, Inc._____

United States Bankruptcy Court for the: __District of Maine_____

Case number (If known): ___25-20160_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**

$ 853.96

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Camden National Bank | Checking | 2  6  3  1 | $ 305.87 |
| 3.2. | See continuation sheet | | | $ 553,421.83 |

**4. Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | Checks received but not deposited as of 7/1 | $ 180,068.50 |
| 4.2. | | $ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 734,650.16

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | | $ |
| 7.2. | | $ |

Debtor    Cozy Harbor Seafood, Inc.
            Name

Case number *(if known)* 25-20160

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 2,306,426.58 | − 0.00 | = ........➤ | $ 2,306,426.58 |
| 11b. Over 90 days old: | 25,763.24 | − 10,000.00 | = ........➤ | $ 15,763.24 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 2,322,189.82

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | _____ | $_____ |
| 14.2. | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

| 15.1. | _____% | _____ | $_____ |
| 15.2. | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. | _____ | $_____ |
| 16.2. | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor    Cozy Harbor Seafood, Inc.
_____
Name

Case number (*if known*)___25-20160___

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies**<br>_____ | 06/28/2025<br>MM / DD / YYYY | $_____ | Owner Estimate | 3,690,218.54<br>$_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 3,690,218.54

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____   Valuation method Owner Estimate _____   Current value 3,690,218.54 _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Cozy Harbor Seafood, Inc.                                    Case number (*if known*)  25-20160
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ 312.77 | Owner Estimate | $ 5,841.07 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5,841.07

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Cozy Harbor Seafood, Inc.
          _____          Case number (if known) 25-20160
          Name

---

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $ 0.00 | Owner Estimate | $ 290,500.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule A/B Part 8, Question 50 Attachment

| | | | |
|---|---|---|---|
| | $ 1,417,851.68 | Owner Estimate | $ 3,314,866.40 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                     $ 3,605,366.40

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Cozy Harbor Seafood, Inc.                                    Case number (if known)    25-20160
        _____                                   _____
        Name

---

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 WNDK Limited Liability Company Lease<br>75 St John Street<br>Portland, ME 04102 | Leasehold Interest | $_____ | Owner Estimate | 0.00<br>$_____ |
| 55.2 Portland Fish Exchange Lease<br>6 Portland Fish Pier<br>Portland, ME 04101 | Leasehold Interest | $_____ | Owner Estimate | 0.00<br>$_____ |
| 55.3 35 Union LLC Lease<br>33-35 Union Wharf<br>Portland, ME 04101 | Leasehold Interest | $_____ | Owner Estimate | 0.00<br>$_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | | $_____ |
| **62. Licenses, franchises, and royalties**<br>See Schedule A/B Part 10, Question 62 Attachment | $_____ | Owner Estimate | 0.00<br>$_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| **65. Goodwill**<br>_____ | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  −  _____  = ➜  $_____
                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Cozy Harbor Seafood, Inc.                                    Case number *(if known)* 25-20160
          Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 734,650.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,322,189.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 3,690,218.54 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,841.07 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 3,605,366.40 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 10,358,265.99 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................... 10,358,265.99   $ 10,358,265.99

| Debtor 1 | Cozy Harbor Seafood, Inc. | | Case number (if known) | 25-20160 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Key Bank N.A. | Checking | 6810 |
| Balance: 0.00 | | |
| Key Bank N.A. | Checking | 6828 |
| Balance: 0.00 | | |
| Key Bank N.A. | Checking | 9759 |
| Balance: 469,823.74 | | |
| Key Bank N.A. | Checking | 6836 |
| Balance: 0.00 | | |
| Santander Bank | Checking | 8096 |
| Balance: 83,598.09 | | |

Cozy Harbor

- **Greater Atlantic Federal Dealer Permit** – United States Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service

- **Lobster Processor (LPL #76)** – Maine Department of Marine Resources

- **2020 Kenworth (vin ending 1592)  - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **2020 Kenworth (vin ending 5028)  - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **2016 International (vin ending 0934)  - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **35 Union Wharf - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **Vessell "Redfish" - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **2016 2016 Western Star (vin ending 2830)  - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **Vessell "Redfish II" - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **4 Portland Fish Pier - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **Casco Bay Lobster Pier Line - Wholesale with Lobster Supplemental, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **Cozy Harbor Seafood Wholesale with Lobster (WL) # 2599, Permits: Herring – PBP – Reconsignment – Shrimp – Lobster Bait** - Maine Department of Marine Resources

- **Industrial Discharge Permit – 75 St. John Street** - Portland Water District

- **<u>Industrial Discharge Permit – 4 Portland Fish Pier</u>** – Portland Water District

- **<u>Food Storage Warehouse License (seafood (raw)) - 35 Union Wharf</u>** – State of Maine Department of Agriculture, Conservation & Forestry, Division of Quality Assurance & Regulations

- **<u>Commercial Food Processor License (crab meat, seafood (raw), seafood (ready to eat), vacuum packed products)  - 75 John Street, Portland</u>** - State of Maine Department of Agriculture, Conservation & Forestry, Division of Quality Assurance & Regulations

- **<u>Commercial Food Processor License (crab meat, seafood (raw), seafood (ready to eat), vacuum packed products)  - 4 Portland Fish Pier, Portland</u>** - State of Maine Department of Agriculture, Conservation & Forestry, Division of Quality Assurance & Regulations

-

**ASSET DEPRECIATION SHORT REPORT**
***COZY HARBOR SEAFOOD - Dec. 28, 2024***

Assets: 1,175 of 1,175 Included        Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| | | | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book Value | Estimated Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals: 146-0 - VEHICLES ( 29 assets )** | | | 872,500.67 | 0.00 | 872,500.67 | 830,376.69 | 42,123.98 | 872,500.67 | 0.00 | 290,500.00 |

**Asset A/C#: 146-0 - VEHICLES**

| | | | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book Value | Estimated Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2004 | 2004 Great Dane Trailer | SLP / 7 | 52,737.00 | 0.00 | 52,737.00 | 52,737.00 | 0.00 | 52,737.00 | 0.00 | 1,000.00 |
| 6/4/2004 | 2004 Great Dane Trailer | SLP / 7 | 52,737.00 | 0.00 | 52,737.00 | 52,737.00 | 0.00 | 52,737.00 | 0.00 | 1,000.00 |
| 8/13/2008 | Toyoto Pickup | SLP / 5 | 34,177.70 | 0.00 | 34,177.70 | 34,177.70 | 0.00 | 34,177.70 | 0.00 | 15,000.00 |
| 8/13/2008 | Toyota Pickup | SLP / 5 | 22,481.75 | 0.00 | 22,481.75 | 22,481.75 | 0.00 | 22,481.75 | 0.00 | 7,500.00 |
| 9/16/2010 | 2011 GREAT DANE TRAILER 48' WITH CARRIER ULTRA | SLP / 5 | 66,233.67 | 0.00 | 66,233.67 | 66,233.67 | 0.00 | 66,233.67 | 0.00 | 1,000.00 |
| 6/23/2015 | Western Star 5KJJAXDV6GPHJ2830 (Tractor) #9 | SLP / 5 | 131,297.99 | 0.00 | 131,297.99 | 131,297.99 | 0.00 | 131,297.99 | 0.00 | 75,000.00 |
| 7/27/2015 | International #11 | SLP / 7 | 106,023.58 | 0.00 | 106,023.58 | 106,023.58 | 0.00 | 106,023.58 | 0.00 | 20,000.00 |
| 6/12/2019 | Kenworth Box Truck #12 Vin: 2NKHLJ0X4LM391592 | SLP / 5 | 177,348.70 | 0.00 | 177,348.70 | 162,571.00 | 14,777.70 | 177,348.70 | 0.00 | 70,000.00 |
| 7/10/2019 | Kenworth Box Truck #13 VIN: 2NKHLJ0X6LM395028 | SLP / 5 | 176,686.66 | 0.00 | 176,686.66 | 159,017.00 | 17,669.66 | 176,686.66 | 0.00 | 70,000.00 |
| 12/14/2019 | 2020 Toyota Tundra | SLP / 5 | 52,776.62 | 0.00 | 52,776.62 | 43,100.00 | 9,676.62 | 52,776.62 | 0.00 | 30,000.00 |
| | | | | | | | **Total** | | 0.00 | 290,500.00 |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method: BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2016 | Addition Strapping Machine | SLP / 3 | 1,050.92 | 0.00 | 1,050.92 | 1,050.92 | 0.00 | 1,050.92 | - | 472.91 |
| 5/27/2016 | Additional Crossover Conveyor | SLP / 3 | 2,792.80 | 0.00 | 2,792.80 | 2,792.80 | 0.00 | 2,792.80 | - | 1,256.76 |
| 8/20/2016 | Additional Freezer | SLP / 5 | 2,945.00 | 0.00 | 2,945.00 | 2,945.00 | 0.00 | 2,945.00 | - | 1,325.25 |
| 6/25/2016 | Additional LOMA Metal Detector | SLP / 5 | 15,678.00 | 0.00 | 15,678.00 | 15,678.00 | 0.00 | 15,678.00 | - | 7,055.10 |
| 12/2/2023 | Air Compressor Ingersol Rand | SLP / 10 | 2,672.33 | 0.00 | 2,672.33 | 22.00 | 267.00 | 289.00 | 2,383.33 | 1,202.55 |
| 4/23/2024 | Air Compressor Life Extension. | SLP / 5 | 6,910.79 | 0.00 | 6,910.79 | 0.00 | 1,037.00 | 1,037.00 | 5,873.79 | 3,109.86 |
| 1/5/2009 | AIR CURTAINS UNHEATED x3 | SLP / 3 | 6,436.83 | 0.00 | 6,436.83 | 6,436.83 | 0.00 | 6,436.83 | - | 2,896.57 |
| 12/14/2019 | Airco LN2 Tunnel BSC Gearbox | SLP / 5 | 5,056.09 | 0.00 | 5,056.09 | 5,056.09 | 0.00 | 5,056.09 | - | 2,275.24 |
| 3/1/2007 | AMERICAN STEEL AND ALUMINUM CORP | SLP / 5 | 1,285.67 | 0.00 | 1,285.67 | 1,285.67 | 0.00 | 1,285.67 | - | 578.55 |
| 9/23/2019 | Aqua Production Lobster Tank Recirculating  & Chill System UW | SLP / 7 | 413,558.06 | 0.00 | 413,558.06 | 256,013.00 | 59,080.00 | 315,093.00 | 98,465.06 | 186,101.13 |
| 12/14/2019 | Aqua Production Lobster Tank Recirculating  & Chill System UW.. | SLP / 3 | 4,811.73 | 0.00 | 4,811.73 | 4,811.73 | 0.00 | 4,811.73 | - | 2,165.28 |
| 12/14/2019 | Aqua Production Lobster Tank Recirculating  & Chill System UW.. | SLP / 5 | 32,052.00 | 0.00 | 32,052.00 | 26,174.00 | 5,878.00 | 32,052.00 | - | 14,423.40 |
| 5/4/2018 | Area 52 Blanching Conveyor | SLP / 5 | 1,685.00 | 0.00 | 1,685.00 | 1,685.00 | 0.00 | 1,685.00 | - | 758.25 |
| 6/2/2018 | Area 52 Blanching Conveyor | SLP / 5 | 14,580.99 | 0.00 | 14,580.99 | 14,580.99 | 0.00 | 14,580.99 | - | 6,561.45 |
| 6/2/2018 | Area 52 Blanching Conveyor | SLP / 5 | 24,950.60 | 0.00 | 24,950.60 | 24,950.60 | 0.00 | 24,950.60 | - | 11,227.77 |
| 8/25/2018 | Area 52 Blanching Conveyor | SLP / 5 | 19,235.58 | 0.00 | 19,235.58 | 19,235.58 | 0.00 | 19,235.58 | - | 8,656.01 |
| 10/31/2021 | Area 52 Claw & Arm L Shape Conveyor | SLP / 10 | 34,795.94 | 0.00 | 34,795.94 | 7,830.00 | 3,480.00 | 11,310.00 | 23,485.94 | 15,658.17 |
| 11/17/2017 | Area 52 Claw Cutting System | SLP / 7 | 165,000.00 | 0.00 | 165,000.00 | 145,355.00 | 19,645.00 | 165,000.00 | - | 74,250.00 |
| 10/31/2021 | Area 52 Claw Cutting System Additions | SLP / 10 | 60,384.37 | 0.00 | 60,384.37 | 13,586.00 | 6,038.00 | 19,624.00 | 40,760.37 | 27,172.97 |
| 8/1/2024 | Area 52 Leg Extraction Bi-Flow Conveyor | SLP / 5 | 21,166.50 | 0.00 | 21,166.50 | 0.00 | 1,764.00 | 1,764.00 | 19,402.50 | 9,524.93 |
| 11/15/2019 | Area 52 Leg Extraction System | SLP / 5 | 114,009.16 | 0.00 | 114,009.16 | 95,008.00 | 19,001.16 | 114,009.16 | - | 51,304.12 |
| 10/31/2021 | Area 52 Leg Rolling Machine | SLP / 10 | 58,497.25 | 0.00 | 58,497.25 | 13,162.00 | 5,850.00 | 19,012.00 | 39,485.25 | 26,323.76 |
| 4/30/2024 | Area 52 Leg Rolling Machine Plate Weight Kit | SLP / 5 | 4,247.42 | 0.00 | 4,247.42 | 0.00 | 637.00 | 637.00 | 3,610.42 | 1,911.34 |
| 12/12/2017 | Area 52 Lobster Tail & Claw Machines Additions | SLP / 7 | 17,705.52 | 0.00 | 17,705.52 | 15,385.00 | 2,320.52 | 17,705.52 | - | 7,967.48 |
| 12/12/2017 | Area 52 SS Cross Members and Legs | SLP / 5 | 2,083.00 | 0.00 | 2,083.00 | 2,083.00 | 0.00 | 2,083.00 | - | 937.35 |
| 6/30/2018 | Area 52 Tail Blancher | SLP / 5 | 5,005.00 | 0.00 | 5,005.00 | 5,005.00 | 0.00 | 5,005.00 | - | 2,252.25 |
| 11/15/2019 | Area 52 Tail Blanching Hood | SLP / 3 | 21,333.80 | 0.00 | 21,333.80 | 21,333.80 | 0.00 | 21,333.80 | - | 9,600.21 |
| 11/15/2019 | Area 52 Tail Cutting Machine | SLP / 3 | 13,983.68 | 0.00 | 13,983.68 | 13,983.68 | 0.00 | 13,983.68 | - | 6,292.66 |
| 11/17/2017 | Area 52 Tail Cutting System | SLP / 7 | 85,000.00 | 0.00 | 85,000.00 | 74,882.00 | 10,118.00 | 85,000.00 | - | 38,250.00 |
| 2/15/2019 | Armagard Enclosure CFP | SLP / 3 | 4,155.00 | 0.00 | 4,155.00 | 4,086.00 | 69.00 | 4,155.00 | - | 1,869.75 |
| 4/4/2020 | Armagard Enclosures SJS - 2 | SLP / 3 | 3,970.00 | 0.00 | 3,970.00 | 3,970.00 | 0.00 | 3,970.00 | - | 1,786.50 |
| 2/1/2020 | Atatlantec Crab Line | SLP / 10 | 217,049.98 | 0.00 | 217,049.98 | 85,011.00 | 21,705.00 | 106,716.00 | 110,333.98 | 97,672.49 |
| 5/1/2020 | Atatlantec Crab Line | SLP / 10 | 31,440.84 | 0.00 | 31,440.84 | 11,528.00 | 3,144.00 | 14,672.00 | 16,768.84 | 14,148.38 |
| 10/31/2021 | BA 605 Mincer | SLP / 5 | 76,338.91 | 0.00 | 76,338.91 | 17,176.00 | 7,634.00 | 24,810.00 | 51,528.91 | 34,352.51 |
| 7/1/1985 | Baader 185 Groundfish Machine | SLP / 5 | 138,253.00 | 0.00 | 138,253.00 | 138,253.00 | 0.00 | 138,253.00 | - | 62,213.85 |
| 10/31/2021 | Baader 185 Groundfish Machine - Rebuild | SLP / 10 | 18,212.93 | 0.00 | 18,212.93 | 4,097.00 | 1,821.00 | 5,918.00 | 12,294.93 | 8,195.82 |
| 7/1/1985 | Baader 60 Blade Sharpener | SLP / 5 | 4,670.00 | 0.00 | 4,670.00 | 4,670.00 | 0.00 | 4,670.00 | - | 2,101.50 |
| 7/15/2016 | Baader BA601 Mince Machine | SLP / 7 | 70,891.00 | 0.00 | 70,891.00 | 70,891.00 | 0.00 | 70,891.00 | - | 31,900.95 |
| 4/16/2022 | Baader Perforated Drum 1.3mm Reinforced | SLP / 10 | 14,830.00 | 0.00 | 14,830.00 | 2,595.00 | 1,483.00 | 4,078.00 | 10,752.00 | 6,673.50 |
| 7/27/2015 | Backup Power Supply | SLP / 5 | 1,046.17 | 0.00 | 1,046.17 | 1,046.17 | 0.00 | 1,046.17 | - | 470.78 |
| 7/2/2010 | BADDER 47 SKINNING MACHINE | SLP / 5 | 8,000.00 | 0.00 | 8,000.00 | 8,000.00 | 0.00 | 8,000.00 | - | 3,600.00 |
| 8/1/2002 | Bait Cooler | SLP / 15 | 72,844.01 | 0.00 | 72,844.01 | 72,844.01 | 0.00 | 72,844.01 | - | 32,779.80 |
| 6/21/2002 | Bait Processing System | SLP / 5 | 32,313.76 | 0.00 | 32,313.76 | 32,313.76 | 0.00 | 32,313.76 | - | 14,541.19 |
| 4/26/2024 | Belt 8715367 | SLP / 5 | 4,983.98 | 0.00 | 4,983.98 | 0.00 | 748.00 | 748.00 | 4,235.98 | 2,242.79 |
| 12/2/2023 | Belt Replacements x4 | SLP / 5 | 10,069.55 | 0.00 | 10,069.55 | 168.00 | 2,014.00 | 2,182.00 | 7,887.55 | 4,531.30 |
| 10/31/2021 | Belt Washer System | SLP / 5 | 72,377.61 | 0.00 | 72,377.61 | 16,285.00 | 7,238.00 | 23,523.00 | 48,854.61 | 32,569.92 |
| 12/15/2016 | BioControl | SLP / 3 | 1,319.03 | 0.00 | 1,319.03 | 1,319.03 | 0.00 | 1,319.03 | - | 593.56 |
| 7/1/2012 | BOILER - SHIPCO FEED WATER TANK | SLP / 3 | 7,013.08 | 0.00 | 7,013.08 | 7,013.08 | 0.00 | 7,013.08 | - | 3,155.89 |
| 12/18/2009 | BOILER 60 HP HURST STEAM FIRETUBE | SLP / 7 | 87,820.00 | 0.00 | 87,820.00 | 87,820.00 | 0.00 | 87,820.00 | - | 39,519.00 |

ASSET DEPRECIATION SHORT REPORT
**COZY HARBOR SEAFOOD - Dec. 28, 2024**

Method:  BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2014 | Boiler Condensate tank | SLP / 3 | 3,400.00 | 0.00 | 3,400.00 | 3,400.00 | 0.00 | 3,400.00 | - | 1,530.00 |
| 8/1/2017 | Boiler Expansion Tank | SLP / 3 | 10,287.98 | 0.00 | 10,287.98 | 10,287.98 | 0.00 | 10,287.98 | - | 4,629.59 |
| 4/22/2008 | BOILER FEED WATER TANK AND PIPING | SLP / 5 | 5,736.00 | 0.00 | 5,736.00 | 5,736.00 | 0.00 | 5,736.00 | - | 2,581.20 |
| 12/29/2007 | Boiler NORTHEAST MECHANICAL CORP. TANK SYSTEM | SLP / 5 | 4,641.00 | 0.00 | 2,320.50 | 2,320.50 | 0.00 | 2,320.50 | 2,320.50 | 2,088.45 |
| 5/27/2016 | Boiler Pump | SLP / 3 | 2,054.57 | 0.00 | 2,054.57 | 2,054.57 | 0.00 | 2,054.57 | - | 924.56 |
| 7/15/2016 | Boot Racks | SLP / 7 | 5,040.00 | 0.00 | 5,040.00 | 5,040.00 | 0.00 | 5,040.00 | - | 2,268.00 |
| 7/3/2017 | Boot Racks SJS | SLP / 3 | 2,508.92 | 0.00 | 2,508.92 | 2,508.92 | 0.00 | 2,508.92 | - | 1,129.01 |
| 10/20/2017 | Brackets | SLP / 7 | 2,080.00 | 0.00 | 2,080.00 | 1,856.00 | 224.00 | 2,080.00 | - | 936.00 |
| 11/16/2009 | BRC PHONE SYSTEM CFP | SLP / 5 | 12,148.16 | 0.00 | 12,148.16 | 12,148.16 | 0.00 | 12,148.16 | - | 5,466.67 |
| 5/1/2010 | BRC PHONE SYSTEM STJ | SLP / 5 | 21,500.00 | 0.00 | 21,500.00 | 21,500.00 | 0.00 | 21,500.00 | - | 9,675.00 |
| 10/3/2010 | BRC PHONE SYSTEM STJ | SLP / 5 | 5,209.90 | 0.00 | 5,209.90 | 5,209.90 | 0.00 | 5,209.90 | - | 2,344.46 |
| 12/14/2019 | Brine Tank Mixer | SLP / 3 | 1,885.92 | 0.00 | 1,885.92 | 1,885.92 | 0.00 | 1,885.92 | - | 848.66 |
| 12/25/2009 | BRINE TANK STJ | SLP / 3 | 5,542.80 | 0.00 | 5,542.80 | 5,542.80 | 0.00 | 5,542.80 | - | 2,494.26 |
| 11/16/2009 | BUMP DOORS CFP | SLP / 5 | 24,145.40 | 0.00 | 24,145.40 | 24,145.40 | 0.00 | 24,145.40 | - | 10,865.43 |
| 10/31/2021 | Butcher Line Automation 2021 | SLP / 10 | 3,759.69 | 0.00 | 3,759.69 | 846.00 | 376.00 | 1,222.00 | 2,537.69 | 1,691.86 |
| 7/16/2024 | Butchering Table Gear Box & Shaft | SLP / 5 | 1,327.20 | 0.00 | 1,327.20 | 0.00 | 133.00 | 133.00 | 1,194.20 | 597.24 |
| 5/2/2016 | Cafeteria Tables (3) | SLP / 7 | 4,207.31 | 0.00 | 4,207.31 | 4,207.31 | 0.00 | 4,207.31 | - | 1,893.29 |
| 7/15/2016 | Camera | SLP / 3 | 472.99 | 0.00 | 472.99 | 472.99 | 0.00 | 472.99 | - | 212.85 |
| 7/15/2016 | Camera | SLP / 3 | 814.00 | 0.00 | 814.00 | 814.00 | 0.00 | 814.00 | - | 366.30 |
| 4/30/2024 | Caster Swivel Wheels x16 | SLP / 5 | 2,796.59 | 0.00 | 2,796.59 | 0.00 | 419.00 | 419.00 | 2,377.59 | 1,258.47 |
| 7/2/2013 | CCTV UNIT AT UW | SLP / 5 | 1,080.00 | 0.00 | 1,080.00 | 1,080.00 | 0.00 | 1,080.00 | - | 486.00 |
| 7/24/2013 | CCVT UNIT CFP | SLP / 5 | 2,930.00 | 0.00 | 2,930.00 | 2,930.00 | 0.00 | 2,930.00 | - | 1,318.50 |
| 6/11/2011 | CENTRAL FOAMING & SANITATION SYSTEM FOAM PIPING | SLP / 5 | 29,226.31 | 0.00 | 29,226.31 | 29,226.31 | 0.00 | 29,226.31 | - | 13,151.84 |
| 10/31/2021 | CFP Cutter Table | SLP / 10 | 1,263.52 | 0.00 | 1,263.52 | 284.00 | 126.00 | 410.00 | 853.52 | 568.58 |
| 3/12/2016 | CFP Strapping Machine Base | SLP / 7 | 1,050.92 | 0.00 | 1,050.92 | 1,050.92 | 0.00 | 1,050.92 | - | 472.91 |
| 6/1/2015 | Chill Tank | SLP / 5 | 6,718.43 | 0.00 | 6,718.43 | 6,718.43 | 0.00 | 6,718.43 | - | 3,023.29 |
| 9/8/2024 | Chiller System Union | SLP / 5 | 3,329.77 | 0.00 | 3,329.77 | 0.00 | 222.00 | 222.00 | 3,107.77 | |
| 9/25/2009 | CHLORINE METER | SLP / 5 | 3,605.10 | 0.00 | 3,605.10 | 3,605.10 | 0.00 | 3,605.10 | - | 1,622.30 |
| 11/16/2009 | CHLORING METER CFP | SLP / 5 | 3,142.90 | 0.00 | 3,142.90 | 3,142.90 | 0.00 | 3,142.90 | - | 1,414.31 |
| 6/20/2024 | Chute and Racks- SJS | SLP / 5 | 5,605.00 | 0.00 | 5,605.00 | 0.00 | 654.00 | 654.00 | 4,951.00 | 2,522.25 |
| 7/25/2020 | Cisco Catalyst 2960-X 48Port Web Mng | SLP / 3 | 3,412.93 | 0.00 | 3,412.93 | 3,412.93 | 0.00 | 3,412.93 | - | 1,535.82 |
| 5/4/2018 | Citek Control System | SLP / 5 | 6,441.79 | 0.00 | 6,441.79 | 6,441.79 | 0.00 | 6,441.79 | - | 2,898.81 |
| 6/24/2013 | CLAW  & ARM COOLING TANK | SLP / 7 | 9,947.72 | 0.00 | 9,947.72 | 9,947.72 | 0.00 | 9,947.72 | - | 4,476.47 |
| 12/20/2013 | Claw and Arm PACKING STATION HR | SLP / 7 | 11,368.37 | 0.00 | 11,368.37 | 11,368.37 | 0.00 | 11,368.37 | - | 5,115.77 |
| 10/31/2021 | Claw and Arm Picking Line conveyor | SLP / 10 | 138,502.45 | 0.00 | 138,502.45 | 31,163.00 | 13,850.00 | 45,013.00 | 93,489.45 | 62,326.10 |
| 6/30/2013 | CLAW KNUCKLE 24 STATION PICKING LINE | SLP / 7 | 106,632.54 | 0.00 | 106,632.54 | 106,632.54 | 0.00 | 106,632.54 | - | 47,984.64 |
| 6/1/2013 | CLAW/LEG/BODY CONVEYOR | SLP / 7 | 12,984.50 | 0.00 | 12,984.50 | 12,984.50 | 0.00 | 12,984.50 | - | 5,843.03 |
| 5/11/2005 | CMP 24 Stn SS Meat Picking Table 90 Cnvyr Upgr | SLP / 7 | 2,595.00 | 0.00 | 2,595.00 | 2,595.00 | 0.00 | 2,595.00 | - | 1,167.75 |
| 11/10/2016 | Column Dumpster | SLP / 7 | 2,407.37 | 0.00 | 2,407.37 | 2,407.37 | 0.00 | 2,407.37 | - | 1,083.32 |
| 10/31/2021 | Communication Server and Phones | SLP / 10 | 11,842.05 | 0.00 | 11,842.05 | 2,664.00 | 1,184.00 | 3,848.00 | 7,994.05 | 5,328.92 |
| 12/5/2024 | Compressed Air Filters | SLP / 5 | 2,664.64 | 0.00 | 2,664.64 | 0.00 | 44.00 | 44.00 | 2,620.64 | |
| 12/25/2009 | COMPRESSED AIR SYSTEM | SLP / 7 | 9,320.60 | 0.00 | 9,320.60 | 9,320.60 | 0.00 | 9,320.60 | - | 4,194.27 |
| 3/21/2010 | COMPRESSED AIR SYSTEM | SLP / 7 | 14,385.39 | 0.00 | 14,385.39 | 14,385.39 | 0.00 | 14,385.39 | - | 6,473.43 |
| 3/21/2010 | COMPRESSED AIR SYSTEM | SLP / 7 | 39,111.48 | 0.00 | 39,111.48 | 39,111.48 | 0.00 | 39,111.48 | - | 17,600.17 |
| 2/8/2020 | Computer - Dell | SLP / 3 | 2,455.52 | 0.00 | 2,455.52 | 2,455.52 | 0.00 | 2,455.52 | - | 1,104.98 |
| 4/4/2020 | Computer - Dell | SLP / 3 | 2,074.00 | 0.00 | 2,074.00 | 2,074.00 | 0.00 | 2,074.00 | - | 933.30 |
| 5/30/2020 | Computer - Dell | SLP / 3 | 4,613.49 | 0.00 | 4,613.49 | 4,613.49 | 0.00 | 4,613.49 | - | 2,076.07 |
| 10/31/2024 | Computer - Dell CFP Supervisor | SLP / 5 | 1,579.16 | 0.00 | 1,579.16 | 0.00 | 79.00 | 79.00 | 1,500.16 | |
| 7/5/2024 | Computer - Dell Desktop | SLP / 5 | 2,484.61 | 0.00 | 2,484.61 | 0.00 | 248.00 | 248.00 | 2,236.61 | 1,118.07 |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method:  BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2021 | Computer - Dell Monitors | SLP / 5 | 895.02 | 0.00 | 895.02 | 477.00 | 179.00 | 656.00 | 239.02 | 402.76 |
| 4/16/2024 | Computer - Server Installation | SLP / 5 | 14,000.00 | 0.00 | 14,000.00 | 0.00 | 2,100.00 | 2,100.00 | 11,900.00 | 6,300.00 |
| 8/28/2024 | Computer - Server PowerEdge T440 | SLP / 5 | 5,844.33 | 0.00 | 5,844.33 | 0.00 | 487.00 | 487.00 | 5,357.33 | |
| 7/27/2015 | Computer - Sever & Switch Project | SLP / 5 | 40,550.30 | 0.00 | 40,550.30 | 40,550.30 | 0.00 | 40,550.30 | - | 18,247.64 |
| 12/14/2019 | Computer - SJS New Server Hard Drive | SLP / 5 | 2,806.30 | 0.00 | 2,806.30 | 2,291.00 | 515.30 | 2,806.30 | - | 1,262.84 |
| 5/30/2024 | Computer - Wireless Network Expansion | SLP / 10 | 2,538.73 | 0.00 | 2,538.73 | 0.00 | 169.00 | 169.00 | 2,369.73 | 1,142.43 |
| 8/26/2024 | Computer- Dell AR | SLP / 5 | 1,790.12 | 0.00 | 1,790.12 | 0.00 | 149.00 | 149.00 | 1,641.12 | |
| 6/30/2018 | Computer Enclosures - SS | SLP / 5 | 4,230.00 | 0.00 | 4,230.00 | 4,230.00 | 0.00 | 4,230.00 | - | 1,903.50 |
| 5/1/2021 | Computer Monitors Dell x 4 | SLP / 5 | 818.89 | 0.00 | 818.89 | 437.00 | 164.00 | 601.00 | 217.89 | 368.50 |
| 12/28/2008 | COMPUTER TERMINAL STANDS DATABASE 2 TABLES AND 4 W | SLP / 3 | 3,387.20 | 0.00 | 3,387.20 | 3,387.20 | 0.00 | 3,387.20 | - | 1,524.24 |
| 7/22/2024 | Computer Workstation | SLP / 5 | 4,468.50 | 0.00 | 4,468.50 | 0.00 | 447.00 | 447.00 | 4,021.50 | 2,010.83 |
| 9/15/2023 | Computers/Servers Phase 1 | SLP / 5 | 3,485.06 | 0.00 | 3,485.06 | 232.00 | 697.00 | 929.00 | 2,556.06 | 1,568.28 |
| 12/2/2023 | Computers/Servers Phase 2 | SLP / 5 | 8,963.20 | 0.00 | 8,963.20 | 149.00 | 1,793.00 | 1,942.00 | 7,021.20 | 4,033.44 |
| 11/29/2023 | Computers/Servers Phase 3 | SLP / 5 | 9,751.24 | 0.00 | 9,751.24 | 325.00 | 1,950.00 | 2,275.00 | 7,476.24 | 4,388.06 |
| 4/30/2024 | Conveyor -  0.5 HP Washdown Motor | SLP / 5 | 1,232.87 | 0.00 | 1,232.87 | 0.00 | 185.00 | 185.00 | 1,047.87 | 554.79 |
| 12/12/2017 | Conveyor - Breaker Belt | SLP / 3 | 2,393.17 | 0.00 | 2,393.17 | 2,393.17 | 0.00 | 2,393.17 | - | 1,076.93 |
| 6/1/2013 | CONVEYOR - BUTCHER | SLP / 7 | 11,870.00 | 0.00 | 11,870.00 | 11,870.00 | 0.00 | 11,870.00 | - | 5,341.50 |
| 10/1/2012 | CONVEYOR - BUTCHER INFEED GRADER FOR FRONT ENDS | SLP / 3 | 2,630.00 | 0.00 | 2,630.00 | 2,630.00 | 0.00 | 2,630.00 | - | 1,183.50 |
| 5/13/2016 | Conveyor - Crossover | SLP / 5 | 12,751.08 | 0.00 | 12,751.08 | 12,751.08 | 0.00 | 12,751.08 | - | 5,737.99 |
| 4/22/2016 | Conveyor - crossover conveyor | SLP / 5 | 2,230.82 | 0.00 | 2,230.82 | 2,230.82 | 0.00 | 2,230.82 | - | 1,003.87 |
| 10/31/2021 | Conveyor - Exit Waste Belt | SLP / 10 | 6,189.60 | 0.00 | 6,189.60 | 1,393.00 | 619.00 | 2,012.00 | 4,177.60 | 2,785.32 |
| 6/2/2018 | Conveyor - Finish Tail Take Away | SLP / 5 | 23,420.80 | 0.00 | 23,420.80 | 23,420.80 | 0.00 | 23,420.80 | - | 10,539.36 |
| 10/31/2021 | Conveyor - HR Chill Tank | SLP / 10 | 3,500.31 | 0.00 | 3,500.31 | 788.00 | 350.00 | 1,138.00 | 2,362.31 | 1,575.14 |
| 1/31/2001 | Conveyor - Key Inspection Shaker | SLP / 7 | 22,095.00 | 0.00 | 22,095.00 | 22,095.00 | 0.00 | 22,095.00 | - | 9,942.75 |
| 12/14/2004 | Conveyor - Key SS Vibratory Dewatering | MAN / 10 | 12,243.00 | 0.00 | 12,243.00 | 12,243.00 | 0.00 | 12,243.00 | - | 5,509.35 |
| 12/22/2004 | Conveyor - KM 640 Glazing Belt | MAN / 10 | 22,097.00 | 0.00 | 22,097.00 | 22,097.00 | 0.00 | 22,097.00 | - | 9,943.65 |
| 12/23/2004 | Conveyor - KM Hardening Belt | SLP / 7 | 5,945.00 | 0.00 | 5,945.00 | 5,945.00 | 0.00 | 5,945.00 | - | 2,675.25 |
| 7/5/2024 | Conveyor - Leg Meat Conveyor and Cover | SLP / 5 | 39,331.00 | 0.00 | 39,331.00 | 0.00 | 3,933.00 | 3,933.00 | 35,398.00 | 17,698.95 |
| 5/29/2024 | Conveyor - Lobster Belt | SLP / 5 | 3,504.97 | 0.00 | 3,504.97 | 0.00 | 467.00 | 467.00 | 3,037.97 | 1,577.24 |
| 6/2/2018 | Conveyor - Lobster Grader Take Away Belt | SLP / 5 | 13,496.98 | 0.00 | 13,496.98 | 13,496.98 | 0.00 | 13,496.98 | - | 6,073.64 |
| 6/25/2016 | Conveyor - Mince waste belt | SLP / 3 | 1,740.82 | 0.00 | 1,740.82 | 1,740.82 | 0.00 | 1,740.82 | - | 783.37 |
| 10/31/2021 | Conveyor - Picker Pan Extension Roller | SLP / 10 | 3,119.62 | 0.00 | 3,119.62 | 702.00 | 312.00 | 1,014.00 | 2,105.62 | 1,403.83 |
| 6/1/2013 | CONVEYOR - RAW LOBSTER | SLP / 7 | 9,332.09 | 0.00 | 9,332.09 | 9,332.09 | 0.00 | 9,332.09 | - | 4,199.44 |
| 7/7/2013 | CONVEYOR - SOCKET/LEG | SLP / 7 | 34,712.42 | 0.00 | 34,712.42 | 34,712.42 | 0.00 | 34,712.42 | - | 15,620.59 |
| 6/30/2017 | Conveyor - Stunner Feed Belt APF B930 DD | SLP / 3 | 3,438.95 | 0.00 | 3,438.95 | 2,961.00 | 477.95 | 3,438.95 | - | 1,547.53 |
| 7/7/2013 | CONVEYOR - WASTE BELT | SLP / 7 | 15,981.37 | 0.00 | 15,981.37 | 15,981.37 | 0.00 | 15,981.37 | - | 7,191.62 |
| 7/14/2013 | CONVEYOR - WASTE INCLINE BELT | SLP / 7 | 5,307.00 | 0.00 | 5,307.00 | 5,307.00 | 0.00 | 5,307.00 | - | 2,388.15 |
| 10/31/2021 | Conveyor = Koald Freezer Infeed | SLP / 10 | 130,369.49 | 0.00 | 130,369.49 | 29,333.00 | 13,037.00 | 42,370.00 | 87,999.49 | 58,666.27 |
| 1/14/2022 | Conveyor Belt Sanitation System | SLP / 10 | 11,056.20 | 0.00 | 11,056.20 | 1,212.00 | 1,106.00 | 2,318.00 | 8,738.20 | 4,975.29 |
| 5/2/2020 | Conveyor Belts | SLP / 3 | 2,644.61 | 0.00 | 2,644.61 | 2,644.61 | 0.00 | 2,644.61 | - | 1,190.07 |
| 10/31/2021 | Conveyor -HR Brine Conveyor | SLP / 10 | 32,247.30 | 0.00 | 32,247.30 | 7,256.00 | 3,225.00 | 10,481.00 | 21,766.30 | 14,511.29 |
| 10/31/2021 | Conveyor -Lob Rinse and Inspection 3 | SLP / 10 | 41,524.10 | 0.00 | 41,524.10 | 9,342.00 | 4,152.00 | 13,494.00 | 28,030.10 | 18,685.85 |
| 5/14/2024 | Conveyor Roller, 4 Gauge Cable, Ball Bearings | SLP / 5 | 4,652.23 | 0.00 | 4,652.23 | 0.00 | 620.00 | 620.00 | 4,032.23 | 2,093.50 |
| 4/3/2024 | Conveyor Rollers x4 | SLP / 5 | 3,163.88 | 0.00 | 3,163.88 | 0.00 | 475.00 | 475.00 | 2,688.88 | 1,423.75 |
| 4/16/2024 | Conveyor Table Frame Design & Assembly | SLP / 5 | 4,215.55 | 0.00 | 4,215.55 | 0.00 | 632.00 | 632.00 | 3,583.55 | 1,897.00 |
| 8/11/2024 | Cooking Racks | SLP / 5 | 12,265.00 | 0.00 | 12,265.00 | 0.00 | 1,022.00 | 1,022.00 | 11,243.00 | |
| 11/10/2016 | Cooler Lighting | SLP / 3 | 1,161.51 | 0.00 | 1,161.51 | 1,161.51 | 0.00 | 1,161.51 | | 522.68 |
| 7/1/1996 | Cooler/Freezer Refrigeration | SLP / 5 | 34,150.00 | 0.00 | 34,150.00 | 34,150.00 | 0.00 | 34,150.00 | - | 15,367.50 |
| 11/7/2024 | Crab Line Modifications | SLP / 5 | 3,352.00 | 0.00 | 3,352.00 | 0.00 | 112.00 | 112.00 | 3,240.00 | |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method:  BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/1986 | Cryovac Shrink Tank | SLP / 5 | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 | 0.00 | 1,650.00 | - | 742.50 |
| 10/31/2021 | CTX  Cooker - CTX #2 | SLP / 10 | 107,412.37 | 0.00 | 107,412.37 | 21,118.00 | 10,741.00 | 31,859.00 | 75,553.37 | 48,335.57 |
| 12/12/2017 | CTX  Cooker - CTX ConveyorBelt | SLP / 5 | 3,878.92 | 0.00 | 3,878.92 | 3,878.92 | 0.00 | 3,878.92 | - | 1,745.51 |
| 5/15/2011 | CTX  COOKER - EXHAUST FAN | SLP / 5 | 4,843.00 | 0.00 | 4,843.00 | 4,843.00 | 0.00 | 4,843.00 | - | 2,179.35 |
| 6/1/2015 | CTX - Steam Cooker | SLP / 7 | 25,000.00 | 0.00 | 25,000.00 | 25,000.00 | 0.00 | 25,000.00 | - | 11,250.00 |
| 6/1/2015 | CTX Cooker | SLP / 5 | 5,690.96 | 0.00 | 5,690.96 | 5,690.96 | 0.00 | 5,690.96 | - | 2,560.93 |
| 6/11/2011 | CTX COOKER ALCOVE | SLP / 5 | 7,394.26 | 0.00 | 7,394.26 | 7,394.26 | 0.00 | 7,394.26 | - | 3,327.42 |
| 6/11/2011 | CTX COOKER EXHAUST HOODS -2 | MAN / 5 | 11,544.39 | 0.00 | 11,544.39 | 11,544.39 | 0.00 | 11,544.39 | - | 5,194.98 |
| 7/27/2015 | CTX Cooker steam line | SLP / 5 | 2,504.79 | 0.00 | 2,504.79 | 2,504.79 | 0.00 | 2,504.79 | - | 1,127.16 |
| 6/1/2015 | CTX-Cooker | SLP / 5 | 5,500.00 | 0.00 | 5,500.00 | 5,500.00 | 0.00 | 5,500.00 | - | 2,475.00 |
| 2/1/2007 | DOCK & DOOR HANDLING SYSTEMS ramp | SLP / 5 | 3,671.92 | 0.00 | 3,671.92 | 3,671.92 | 0.00 | 3,671.92 | - | 1,652.36 |
| 10/23/2009 | DOCK LEVELER CFP | SLP / 5 | 24,486.00 | 0.00 | 24,486.00 | 24,486.00 | 0.00 | 24,486.00 | - | 11,018.70 |
| 11/30/2009 | DOCK LEVELER STJ | SLP / 5 | 25,519.75 | 0.00 | 25,519.75 | 25,519.75 | 0.00 | 25,519.75 | - | 11,483.89 |
| 12/30/2001 | Drill Press | SLP / 5 | 313.90 | 0.00 | 313.90 | 313.90 | 0.00 | 313.90 | - | 141.26 |
| 9/1/2012 | DRY WELLS 2 & 1 BRASS INSERT DRY WELL | SLP / 3 | 2,874.99 | 0.00 | 2,874.99 | 2,874.99 | 0.00 | 2,874.99 | - | 1,293.75 |
| 12/25/2009 | DUMPER - HYDRAULIC SJS | SLP / 5 | 21,723.08 | 0.00 | 21,723.08 | 21,723.08 | 0.00 | 21,723.08 | - | 9,775.39 |
| 6/2/2018 | Eight Station De-vainer Suction Line | SLP / 5 | 5,500.00 | 0.00 | 5,500.00 | 5,500.00 | 0.00 | 5,500.00 | - | 2,475.00 |
| 10/31/2021 | Eurdib Pan Wahser | SLP / 10 | 23,451.00 | 0.00 | 23,451.00 | 5,276.00 | 2,345.00 | 7,621.00 | 15,830.00 | 10,552.95 |
| 4/28/2005 | Exactics 18 CU (3@$279) | SLP / 5 | 837.00 | 0.00 | 837.00 | 837.00 | 0.00 | 837.00 | - | 376.65 |
| 4/23/2012 | EZ LIFT ROLLSTOCK & MATERIAL HANDLING SYSTEM | SLP / 5 | 14,595.00 | 0.00 | 14,595.00 | 14,595.00 | 0.00 | 14,595.00 | - | 6,567.75 |
| 11/29/2009 | FISH BUBBLER TRAYS CFP | SLP / 5 | 3,884.32 | 0.00 | 3,884.32 | 3,884.32 | 0.00 | 3,884.32 | - | 1,747.94 |
| 7/7/2014 | Fish Line 6 2' 120V High Pressure Lights | SLP / 5 | 1,772.40 | 0.00 | 1,772.40 | 1,772.40 | 0.00 | 1,772.40 | - | 797.58 |
| 11/15/2024 | Fish Pier Belts | SLP / 5 | 4,470.39 | 0.00 | 4,470.39 | 0.00 | 149.00 | 149.00 | 4,321.39 | |
| 7/15/2016 | Forklift | SLP / 7 | 16,458.00 | 0.00 | 16,458.00 | 16,458.00 | 0.00 | 16,458.00 | - | 7,406.10 |
| 4/26/2024 | Forklift - 2024 Doosan G25E-7 | SLP / 5 | 39,301.92 | 0.00 | 39,301.92 | 0.00 | 5,895.00 | 5,895.00 | 33,406.92 | 17,685.86 |
| 7/12/2024 | Forklift - EZ Lift | SLP / 5 | 18,933.00 | 0.00 | 18,933.00 | 0.00 | 1,893.00 | 1,893.00 | 17,040.00 | 8,519.85 |
| 10/15/2011 | FREEZER - DOUBLE DOOR CABINET | SLP / 7 | 44,121.00 | 0.00 | 44,121.00 | 44,121.00 | 0.00 | 44,121.00 | - | 19,854.45 |
| 11/29/2006 | Fuel System - Arts's BILLINGS & COLE | SLP / 5 | 3,000.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 1,350.00 |
| 6/1/2014 | G.RADER - MARALEC  PRODUCTION MANAGEMENT SOFTWARE | SLP / 3 | 2,543.45 | 0.00 | 2,543.45 | 2,543.45 | 0.00 | 2,543.45 | - | 1,144.55 |
| 11/1/2007 | GF ROOM STANDS, NUMBER 1 SUMP COVER | SLP / 5 | 2,633.92 | 0.00 | 2,633.92 | 2,633.92 | 0.00 | 2,633.92 | - | 1,185.26 |
| 6/2/2018 | Grader - Marel 2200 Grader Ser. No. A017971 | SLP / 5 | 16,940.99 | 0.00 | 16,940.99 | 16,940.99 | 0.00 | 16,940.99 | - | 7,623.45 |
| 12/12/2017 | Grader - Marel Tail Grader | SLP / 5 | 1,690.00 | 0.00 | 1,690.00 | 1,690.00 | 0.00 | 1,690.00 | - | 760.50 |
| 6/1/2013 | GRADER MARELEC M3/6-6025-DH N 4243 LOBSTER | SLP / 5 | 36,120.49 | 0.00 | 36,120.49 | 36,120.49 | 0.00 | 36,120.49 | - | 16,254.22 |
| 9/30/2024 | Heat Exchanger and Fan Motor | SLP / 5 | 10,024.64 | 0.00 | 10,024.64 | 0.00 | 668.00 | 668.00 | 9,356.64 | |
| 12/1/2012 | HEAVY DUTY SS 5 DRAWER CABINET MOBILE 125# CAP. | SLP / 3 | 2,787.89 | 0.00 | 2,787.89 | 2,787.89 | 0.00 | 2,787.89 | - | 1,254.55 |
| 1/23/2006 | HI-TECH INSULATION SERVICES | SLP / 5 | 3,095.00 | 0.00 | 3,095.00 | 3,095.00 | 0.00 | 3,095.00 | - | 1,392.75 |
| 12/29/2007 | HI-TECH INSULATION SERVICES | SLP / 5 | 5,341.79 | 0.00 | 5,341.79 | 5,341.79 | 0.00 | 5,341.79 | - | 2,403.81 |
| 4/18/2021 | Hose & Socket x 50'. | SLP / 5 | 323.75 | 0.00 | 323.75 | 179.00 | 65.00 | 244.00 | 79.75 | 145.69 |
| 3/1/2013 | HOSHIZAKI SUSHI BAR WITH BUILT IN REFRIGERATOR | SLP / 5 | 6,125.00 | 0.00 | 6,125.00 | 6,125.00 | 0.00 | 6,125.00 | - | 2,756.25 |
| 6/1/2013 | HP STORAGE WORKS ULTRIUM 920 TAPE DRIVE EXTERNAL | SLP / 5 | 2,523.15 | 0.00 | 2,523.15 | 2,523.15 | 0.00 | 2,523.15 | - | 1,135.42 |
| 4/5/2019 | HR Removable Stainless Steel Wall SJS | SLP / 7 | 8,180.00 | 0.00 | 8,180.00 | 5,552.00 | 1,169.00 | 6,721.00 | 1,459.00 | 3,681.00 |
| 11/10/2016 | ICE MACHINE CFP | SLP / 3 | 7,077.68 | 0.00 | 7,077.68 | 7,077.68 | 0.00 | 7,077.68 | - | 3,184.96 |
| 12/25/2009 | ICE MACHINE CFP(1ST PAY) | SLP / 5 | 59,904.00 | 0.00 | 59,904.00 | 59,904.00 | 0.00 | 59,904.00 | - | 26,956.80 |
| 4/17/2010 | ICE MACHINE CFP(2ND PAY) | SLP / 5 | 29,952.00 | 0.00 | 29,952.00 | 29,952.00 | 0.00 | 29,952.00 | - | 13,478.40 |
| 6/27/2020 | Intercom/Video at SJS front door (for COVID-19 entry control) | SLP / 3 | 1,931.76 | 0.00 | 1,931.76 | 1,931.76 | 0.00 | 1,931.76 | - | 869.29 |
| 12/25/2009 | IPEC ROTARY SCREEN CFP | SLP / 5 | 26,500.00 | 0.00 | 26,500.00 | 26,500.00 | 0.00 | 26,500.00 | - | 11,925.00 |
| 5/17/2021 | IPL  LOBSTER CRATES 1092 | SLP / 5 | 60,485.98 | 0.00 | 60,485.98 | 32,259.00 | 12,097.00 | 44,356.00 | 16,129.98 | 27,218.69 |
| 6/1/2019 | IPL Crates - 2064 | SLP / 3 | 73,305.30 | 0.00 | 73,305.30 | 73,305.30 | 0.00 | 73,305.30 | - | 32,987.39 |
| 7/3/2015 | IPL Creates | SLP / 5 | 75,524.96 | 0.00 | 75,524.96 | 75,524.96 | 0.00 | 75,524.96 | - | 33,986.23 |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method:  BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/2023 | IQ3 STACK L.24VDC,R/Y/G/H/PATL | SLP / 5 | 851.91 | 0.00 | 851.91 | 99.00 | 170.00 | 269.00 | 582.91 | 383.36 |
| 12/31/2006 | KEYSTONE MANUFACTURING METAL BREAK | SLP / 5 | 3,911.01 | 0.00 | 3,911.01 | 3,911.01 | 0.00 | 3,911.01 | - | 1,759.95 |
| 1/22/2011 | KM 1125 FINISH PRODUCT GRADER CNP LINE | MAN / 5 | 92,674.85 | 0.00 | 92,674.85 | 92,674.85 | 0.00 | 92,674.85 | - | 41,703.68 |
| 12/21/2004 | KM 1180 Roller Grader | MAN / 10 | 108,010.00 | 0.00 | 108,010.00 | 108,010.00 | 0.00 | 108,010.00 | - | 48,604.50 |
| 12/25/2009 | KM DOUBLE BATCH COOKER - | MAN / 7 | 126,323.82 | 0.00 | 126,323.82 | 126,323.82 | 0.00 | 126,323.82 | - | 56,845.72 |
| 2/1/2006 | KM FISH MACHINERY A/S | SLP / 7 | 43,554.73 | 0.00 | 43,554.73 | 43,554.73 | 0.00 | 43,554.73 | - | 19,599.63 |
| 2/1/2007 | KM FISH MACHINERY A/S | MAN / 7 | 41,641.50 | 0.00 | 41,641.50 | 41,641.50 | 0.00 | 41,641.50 | - | 18,738.68 |
| 3/1/2007 | KM FISH MACHINERY A/S | MAN / 7 | 13,271.54 | 0.00 | 13,271.54 | 13,271.54 | 0.00 | 13,271.54 | - | 5,972.19 |
| 3/1/2007 | KM FISH MACHINERY A/S | MAN / 7 | 27,153.37 | 0.00 | 27,153.37 | 27,153.37 | 0.00 | 27,153.37 | - | 12,219.02 |
| 3/1/2007 | KM FISH MACHINERY A/S | MAN / 7 | 110,572.46 | 0.00 | 110,572.46 | 110,572.46 | 0.00 | 110,572.46 | - | 49,757.61 |
| 12/30/2007 | KM FISH MACHINERY A/S | SLP / 5 | 10,060.09 | 0.00 | 10,060.09 | 10,060.09 | 0.00 | 10,060.09 | - | 4,527.04 |
| 3/24/2006 | KM FISH MACHINERY A/S cooker | MAN / 7 | 12,100.11 | 0.00 | 12,100.11 | 12,100.11 | 0.00 | 12,100.11 | - | 5,445.05 |
| 1/22/2011 | KM HARDENING CONVEYOR EXTENSTION SOP LINE | MAN / 5 | 12,206.10 | 0.00 | 12,206.10 | 12,206.10 | 0.00 | 12,206.10 | - | 5,492.75 |
| 6/11/2011 | KRACK MNFG MEDIUM PROFILE EVAPORATORS x2 | SLP / 7 | 17,533.52 | 0.00 | 17,533.52 | 17,533.52 | 0.00 | 17,533.52 | - | 7,890.08 |
| 12/29/2007 | Laitram Cleaner | SLP / 5 | 42,160.44 | 0.00 | 42,160.44 | 42,160.44 | 0.00 | 42,160.44 | - | 18,972.20 |
| 12/11/2003 | Laitram CTX Steam Cooker | SLP / 7 | 16,000.00 | 0.00 | 16,000.00 | 16,000.00 | 0.00 | 16,000.00 | - | 7,200.00 |
| 1/1/2004 | Laitram Inspection Belt | SLP / 6.9999 | 3,187.00 | 0.00 | 3,187.00 | 3,187.00 | 0.00 | 3,187.00 | - | 1,434.15 |
| 1/1/2004 | Laitram Inspection Belt | SLP / 6.9999 | 3,187.00 | 0.00 | 3,187.00 | 3,187.00 | 0.00 | 3,187.00 | - | 1,434.15 |
| 12/11/2003 | Laitram PCA Peeler | SLP / 7 | 15,000.00 | 0.00 | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 | - | 6,750.00 |
| 12/11/2003 | Laitram PCA Peeler | SLP / 7 | 31,955.71 | 0.00 | 31,955.71 | 31,955.71 | 0.00 | 31,955.71 | - | 14,380.07 |
| 12/11/2003 | Laitram PCA Peeler | SLP / 7 | 31,955.71 | 0.00 | 31,955.71 | 31,955.71 | 0.00 | 31,955.71 | - | 14,380.07 |
| 12/11/2003 | Laitram PCA Peeler | SLP / 7 | 31,955.71 | 0.00 | 31,955.71 | 31,955.71 | 0.00 | 31,955.71 | - | 14,380.07 |
| 1/1/2004 | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 2,593.69 | 0.00 | 2,593.69 | - | 1,167.16 |
| 1/1/2004 | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 2,593.69 | 0.00 | 2,593.69 | - | 1,167.16 |
| 1/1/2004 | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 2,593.69 | 0.00 | 2,593.69 | - | 1,167.16 |
| 1/1/2004 | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 2,593.69 | 0.00 | 2,593.69 | - | 1,167.16 |
| 11/30/2004 | Laitram TK48 Feed Tank | MAN / 10 | 17,234.00 | 0.00 | 17,234.00 | 17,234.00 | 0.00 | 17,234.00 | - | 7,755.30 |
| 1/14/2010 | LARGE ROTARY SCREEN BASES | SLP / 5 | 4,616.64 | 0.00 | 4,616.64 | 4,616.64 | 0.00 | 4,616.64 | - | 2,077.49 |
| 3/13/2023 | LE TDM Machine | SLP / 5 | 2,555.30 | 0.00 | 2,555.30 | 426.00 | 511.00 | 937.00 | 1,618.30 | 1,149.89 |
| 5/28/2024 | Left Hand Mechanical Interlock | SLP / 5 | 1,772.86 | 0.00 | 1,772.86 | 0.00 | 236.00 | 236.00 | 1,536.86 | 797.79 |
| 9/23/2005 | Lightning ATP Detector | SLP / 7 | 3,812.38 | 0.00 | 3,812.38 | 3,812.38 | 0.00 | 3,812.38 | - | 1,715.57 |
| 6/30/2000 | Live Lobster System | SLP / 7 | 19,873.00 | 0.00 | 19,873.00 | 19,873.00 | 0.00 | 19,873.00 | - | 8,942.85 |
| 9/9/2024 | LMI Metering Pump | SLP / 5 | 2,514.46 | 0.00 | 2,514.46 | 0.00 | 168.00 | 168.00 | 2,346.46 | |
| 11/10/2016 | LN2 - Low Risk Freezer Tunnel | SLP / 3 | 1,881.85 | 0.00 | 1,881.85 | 1,881.85 | 0.00 | 1,881.85 | - | 846.83 |
| 10/31/2021 | LN2 .HR Freezer Tunnel | SLP / 10 | 26,388.34 | 0.00 | 26,388.34 | 5,938.00 | 2,639.00 | 8,577.00 | 17,811.34 | 11,874.75 |
| 12/12/2017 | LN2 Cabinet Freezer | SLP / 3 | 1,253.90 | 0.00 | 1,253.90 | 1,253.90 | 0.00 | 1,253.90 | - | 564.26 |
| 8/10/2000 | LN2 Cryochem FreezingTunnel | SLP / 7 | 45,000.00 | 0.00 | 22,500.00 | 22,500.00 | 0.00 | 22,500.00 | 22,500.00 | 20,250.00 |
| 11/17/2004 | LN2 CSE FTTF936 LN2 Freezer | MAN / 15 | 95,717.64 | 0.00 | 95,717.64 | 95,717.64 | 0.00 | 95,717.64 | - | 43,072.94 |
| 1/5/2005 | LN2 CSE FTTF936 LN2 Freezer Ventilation | SLP / 7 | 13,044.00 | 0.00 | 13,044.00 | 13,044.00 | 0.00 | 13,044.00 | - | 5,869.80 |
| 1/28/2006 | LN2 CSE Tunnel immersion | SLP / 5 | 5,674.92 | 0.00 | 5,674.92 | 5,674.92 | 0.00 | 5,674.92 | - | 2,553.71 |
| 7/15/2016 | LN2 Freezer & Exhaust | SLP / 7 | 66,405.00 | 0.00 | 66,405.00 | 66,405.00 | 0.00 | 66,405.00 | - | 29,882.25 |
| 2/23/2005 | LN2 Freezer Air Door | SLP / 7 | 1,450.00 | 0.00 | 1,450.00 | 1,450.00 | 0.00 | 1,450.00 | - | 652.50 |
| 1/24/2005 | LN2 Hyland Co-Initro line to 2 freezer | SLP / 7 | 2,407.58 | 0.00 | 2,407.58 | 2,407.58 | 0.00 | 2,407.58 | - | 1,083.41 |
| 9/23/2017 | LN2 Stainless Steel Nitrogen Line Guard | SLP / 7 | 1,048.00 | 0.00 | 1,048.00 | 950.00 | 98.00 | 1,048.00 | - | 471.60 |
| 8/10/2000 | LN2 Storage Tank | SLP / 15 | 71,185.00 | 0.00 | 35,592.50 | 35,592.50 | 0.00 | 35,592.50 | 35,592.50 | 32,033.25 |
| 10/31/2021 | Lobster Line Blacklight Inspection Station | SLP / 10 | 190.00 | 0.00 | 190.00 | 43.00 | 19.00 | 62.00 | 128.00 | 85.50 |
| 9/8/2013 | LOBSTER LINE CONTROL MODULE. | SLP / 7 | 8,024.95 | 0.00 | 8,024.95 | 8,024.95 | 0.00 | 8,024.95 | - | 3,611.23 |
| 9/8/2013 | LOBSTER LINE DURA DRIVE PLUS | SLP / 7 | 2,144.17 | 0.00 | 2,144.17 | 2,144.17 | 0.00 | 2,144.17 | - | 964.88 |
| 9/8/2013 | LOBSTER LINE DURA DRIVE PLUS | SLP / 7 | 2,145.90 | 0.00 | 2,145.90 | 2,145.90 | 0.00 | 2,145.90 | - | 965.66 |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method:  BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2015 | Lobster Line Upgrade | SLP / 5 | 15,735.22 | 0.00 | 15,735.22 | 15,735.22 | 0.00 | 15,735.22 | - | 7,080.85 |
| 7/3/2015 | Lobster Line Upgrade | SLP / 7 | 6,184.15 | 0.00 | 6,184.15 | 6,184.15 | 0.00 | 6,184.15 | - | 2,782.87 |
| 4/29/2016 | Lobster Line Upgrade | SLP / 3 | 42,069.86 | 0.00 | 42,069.86 | 42,069.86 | 0.00 | 42,069.86 | - | 18,931.44 |
| 5/3/2019 | Lobster Line Upgrade | SLP / 3 | 7,280.00 | 0.00 | 7,280.00 | 7,280.00 | 0.00 | 7,280.00 | - | 3,276.00 |
| 10/31/2021 | Lobster Line Weigh & Inspection Stations | SLP / 10 | 69,906.80 | 0.00 | 69,906.80 | 15,730.00 | 6,991.00 | 22,721.00 | 47,185.80 | 31,458.06 |
| 8/21/2015 | Lockers - St. John Street | SLP / 7 | 8,845.70 | 0.00 | 8,845.70 | 8,845.70 | 0.00 | 8,845.70 | - | 3,980.57 |
| 12/25/2009 | LOCKERS CFP | SLP / 5 | 5,969.00 | 0.00 | 5,969.00 | 5,969.00 | 0.00 | 5,969.00 | - | 2,686.05 |
| 1/22/2009 | LOCKERS REPUBLIC STORAGE SYSTEM LOCKERS(BLUE) - 12 UW | SLP / 7 | 3,030.00 | 0.00 | 3,030.00 | 3,030.00 | 0.00 | 3,030.00 | - | 1,363.50 |
| 4/26/2022 | Machine Improvement | SLP / 5 | 6,013.30 | 0.00 | 6,013.30 | 2,105.00 | 1,203.00 | 3,308.00 | 2,705.30 | 2,705.99 |
| 4/26/2022 | Machine Improvement | SLP / 5 | 9,580.55 | 0.00 | 9,580.55 | 3,353.00 | 1,916.00 | 5,269.00 | 4,311.55 | 4,311.25 |
| 1/23/2023 | Maintenance Label Machine | SLP / 10 | 3,884.00 | 0.00 | 3,884.00 | 388.00 | 388.00 | 776.00 | 3,108.00 | 1,747.80 |
| 10/28/2014 | Metal Detection Equipment 2014 P11 | SLP / 5 | 4,314.95 | 0.00 | 4,314.95 | 4,314.95 | 0.00 | 4,314.95 | - | 1,941.73 |
| 11/17/2017 | Metal Detector - Lock | SLP / 5 | 30,655.00 | 0.00 | 30,655.00 | 30,655.00 | 0.00 | 30,655.00 | - | 13,794.75 |
| 12/7/2015 | Metal Detector LOMA | SLP / 5 | 27,727.00 | 0.00 | 27,727.00 | 27,727.00 | 0.00 | 27,727.00 | - | 12,477.15 |
| 5/27/2016 | Metal Detector LOMA | SLP / 3 | 18,958.75 | 0.00 | 18,958.75 | 18,958.75 | 0.00 | 18,958.75 | - | 8,531.44 |
| 12/12/2017 | Metal Detector LOMA | SLP / 5 | 2,631.84 | 0.00 | 2,631.84 | 2,631.84 | 0.00 | 2,631.84 | - | 1,184.33 |
| 8/25/2018 | Metal Detector LOMA | SLP / 3 | 4,130.00 | 0.00 | 4,130.00 | 4,130.00 | 0.00 | 4,130.00 | - | 1,858.50 |
| 4/16/2011 | METAL DETECTOR REFURBISH | MAN / 5 | 2,900.00 | 0.00 | 2,900.00 | 2,900.00 | 0.00 | 2,900.00 | - | 1,305.00 |
| 11/10/2016 | Mixer | SLP / 3 | 4,727.23 | 0.00 | 4,727.23 | 4,727.23 | 0.00 | 4,727.23 | - | 2,127.25 |
| 7/14/2024 | MMA Repairs | SLP / 5 | 3,700.75 | 0.00 | 3,700.75 | 0.00 | 370.00 | 370.00 | 3,330.75 | 1,665.34 |
| 6/30/2018 | Modems & Routers x 3 | SLP / 5 | 3,095.37 | 0.00 | 3,095.37 | 3,095.37 | 0.00 | 3,095.37 | - | 1,392.92 |
| 10/31/2021 | Multivac T300 #274390 Tooling | SLP / 10 | 35,153.20 | 0.00 | 35,153.20 | 7,909.00 | 3,515.00 | 11,424.00 | 23,729.20 | 15,818.94 |
| 10/31/2021 | Multivac T300 #274930 Extra Service and Install | SLP / 10 | 3,384.32 | 0.00 | 3,384.32 | 761.00 | 338.00 | 1,099.00 | 2,285.32 | 1,522.94 |
| 10/31/2021 | Multivac T300 Bell Mark Printer | SLP / 10 | 46,579.56 | 0.00 | 46,579.56 | 10,480.00 | 4,658.00 | 15,138.00 | 31,441.56 | 20,960.80 |
| 11/15/2019 | Multivac T300 Skin Pack Machine | SLP / 5 | 105,206.00 | 0.00 | 105,206.00 | 87,671.00 | 17,535.00 | 105,206.00 | - | 47,342.70 |
| 12/14/2019 | Multivac T300 Skin Pack Machine Dies | SLP / 3 | 6,000.00 | 0.00 | 6,000.00 | 6,000.00 | 0.00 | 6,000.00 | - | 2,700.00 |
| 10/31/2021 | Multivac T600 #219526 | SLP / 10 | 29,388.89 | 0.00 | 29,388.89 | 6,613.00 | 2,939.00 | 9,552.00 | 19,836.89 | 13,225.00 |
| 8/9/2009 | Multivac T600 C300 Film Loader | SLP / 5 | 14,285.00 | 0.00 | 14,285.00 | 14,285.00 | 0.00 | 14,285.00 | - | 6,428.25 |
| 8/20/2016 | Multivac T600 Vacuum Skin Pack | SLP / 5 | 204,417.83 | 0.00 | 204,417.83 | 204,417.83 | 0.00 | 204,417.83 | - | 91,988.02 |
| 11/15/2019 | Multivac T600 Vacuum Skin Pack Dies | SLP / 5 | 40,768.60 | 0.00 | 40,768.60 | 33,975.00 | 6,793.60 | 40,768.60 | - | 18,345.87 |
| 5/25/2011 | NEIDERMAN HOSE REEL SERIES 886 & BRACKETS | SLP / 5 | 5,690.85 | 0.00 | 5,690.85 | 5,690.85 | 0.00 | 5,690.85 | - | 2,560.88 |
| 8/1/2017 | Neiderman SS Hose Reels | SLP / 3 | 1,960.44 | 0.00 | 1,960.44 | 1,960.44 | 0.00 | 1,960.44 | - | 882.20 |
| 12/12/2017 | Neiderman SS Hose Reels | SLP / 5 | 8,901.87 | 0.00 | 8,901.87 | 8,901.87 | 0.00 | 8,901.87 | - | 4,005.84 |
| 11/28/2009 | Neiderman SS Hose Reels CFP. | SLP / 5 | 9,825.57 | 0.00 | 9,825.57 | 9,825.57 | 0.00 | 9,825.57 | - | 4,421.51 |
| 11/28/2009 | NEIDERMANHOSE REE.LS STJ | SLP / 5 | 9,825.56 | 0.00 | 9,825.56 | 9,825.56 | 0.00 | 9,825.56 | - | 4,421.50 |
| 10/20/2017 | New Bench | SLP / 7 | 1,913.60 | 0.00 | 1,913.60 | 1,706.00 | 207.60 | 1,913.60 | - | 861.12 |
| 5/27/2016 | Nitrogen plumbing | SLP / 5 | 18,008.11 | 0.00 | 18,008.11 | 18,008.11 | 0.00 | 18,008.11 | - | 8,103.65 |
| 11/16/2009 | OFFICE FURNITURE CFP | SLP / 5 | 19,561.01 | 0.00 | 19,561.01 | 19,561.01 | 0.00 | 19,561.01 | - | 8,802.45 |
| 12/1/2012 | OFFICE FURNITURE SJS | SLP / 3 | 1,937.21 | 0.00 | 1,937.21 | 1,937.21 | 0.00 | 1,937.21 | - | 871.74 |
| 3/15/2019 | Office Furniture UW | SLP / 7 | 1,864.77 | 0.00 | 1,864.77 | 1,286.00 | 266.00 | 1,552.00 | 312.77 | 839.15 |
| 7/1/2012 | OFFICE FURNITURE UW. | SLP / 5 | 4,973.75 | 0.00 | 4,973.75 | 4,973.75 | 0.00 | 4,973.75 | - | 2,238.19 |
| 4/26/2022 | OH Door - UW | SLP / 10 | 17,827.69 | 0.00 | 17,827.69 | 2,620.00 | 1,783.00 | 4,403.00 | 13,424.69 | 8,022.46 |
| 5/1/2020 | Opiplex Lobster Stunner | SLP / 10 | 44,834.41 | 0.00 | 44,834.41 | 16,438.00 | 4,483.00 | 20,921.00 | 23,913.41 | 20,175.48 |
| 10/2/2024 | Ozone Unit | SLP / 5 | 10,518.35 | 0.00 | 10,518.35 | 0.00 | 526.00 | 526.00 | 9,992.35 | |
| 11/10/2016 | Pallent Jacks (2) | SLP / 3 | 3,768.98 | 0.00 | 3,768.98 | 3,768.98 | 0.00 | 3,768.98 | - | 1,696.04 |
| 9/1/2005 | Pallet Jack - Multiton Galvanized | SLP / 5 | 3,138.00 | 0.00 | 3,138.00 | 3,138.00 | 0.00 | 3,138.00 | - | 1,412.10 |
| 7/1/1997 | Pallet Rack System | SLP / 5 | 2,800.00 | 0.00 | 2,800.00 | 2,800.00 | 0.00 | 2,800.00 | - | 1,260.00 |
| 5/31/2024 | Pallet Truck | SLP / 5 | 5,187.83 | 0.00 | 5,187.83 | 0.00 | 692.00 | 692.00 | 4,495.83 | 2,334.52 |
| 9/12/2024 | Pallet Truck | SLP / 5 | 5,036.60 | 0.00 | 5,036.60 | 0.00 | 336.00 | 336.00 | 4,700.60 | |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method:  BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/19/2024 | Pallet Truck x2 | SLP / 5 | 5,047.56 | 0.00 | 5,047.56 | 0.00 | 421.00 | 421.00 | 4,626.56 | 2,271.40 |
| 11/15/2019 | PPS Scale & Label System | SLP / 5 | 36,377.60 | 0.00 | 36,377.60 | 30,317.00 | 6,060.60 | 36,377.60 | - | 16,369.92 |
| 9/25/2013 | PRINTER - 600 DPI 110X14 (1 PRINTER) | SLP / 3 | 3,988.00 | 0.00 | 3,988.00 | 3,988.00 | 0.00 | 3,988.00 | - | 1,794.60 |
| 5/4/2018 | Process Water Chiller | SLP / 7 | 8,393.81 | 0.00 | 8,393.81 | 6,794.00 | 1,199.00 | 7,993.00 | 400.81 | 3,777.21 |
| 11/17/2017 | Process Water Chiller System | SLP / 7 | 211,878.53 | 0.00 | 211,878.53 | 186,653.00 | 25,225.53 | 211,878.53 | - | 95,345.34 |
| 12/12/2017 | Process Water Chiller System | SLP / 5 | 3,753.66 | 0.00 | 3,753.66 | 3,753.66 | 0.00 | 3,753.66 | - | 1,689.15 |
| 12/18/2008 | PRODUCTION DATABASE-NEW TERMINAL SERVICER WITH DRI | SLP / 5 | 10,784.45 | 0.00 | 10,784.45 | 10,784.45 | 0.00 | 10,784.45 | - | 4,853.00 |
| 8/1/2013 | PROXIMITY SENSOR 30MM DC PNP XS6 | SLP / 3 | 1,192.72 | 0.00 | 1,192.72 | 1,192.72 | 0.00 | 1,192.72 | - | 536.72 |
| 10/31/2021 | PSS Scale Stations | SLP / 10 | 4,126.00 | 0.00 | 4,126.00 | 929.00 | 413.00 | 1,342.00 | 2,784.00 | 1,856.70 |
| 5/1/2024 | Pump - Magnet Driven | SLP / 5 | 3,189.56 | 0.00 | 3,189.56 | 0.00 | 425.00 | 425.00 | 2,764.56 | 1,435.30 |
| 5/30/2023 | Pump - Pump G15PT11 | SLP / 5 | 680.98 | 0.00 | 680.98 | 91.00 | 136.00 | 227.00 | 453.98 | 306.44 |
| 7/25/2020 | Pump - Recirculating | SLP / 3 | 1,525.83 | 0.00 | 1,525.83 | 1,525.83 | 0.00 | 1,525.83 | - | 686.62 |
| 12/28/2021 | Pump - Submersible Pump Model CFP100C-CB1 | SLP / 10 | 4,468.00 | 0.00 | 4,468.00 | 931.00 | 447.00 | 1,378.00 | 3,090.00 | 2,010.60 |
| 2/8/2020 | Pump - Trask-Decrow  UW | SLP / 3 | 1,961.28 | 0.00 | 1,961.28 | 1,961.28 | 0.00 | 1,961.28 | - | 882.58 |
| 12/12/2011 | Pump - WS3A60 B PUMP FOR PIT | SLP / 3 | 5,568.50 | 0.00 | 5,568.50 | 5,568.50 | 0.00 | 5,568.50 | - | 2,505.83 |
| 3/21/2010 | PUSH BACK RACKS CFP | SLP / 7 | 6,643.90 | 0.00 | 6,643.90 | 6,643.90 | 0.00 | 6,643.90 | - | 2,989.76 |
| 12/25/2009 | PUSH BACK RACKS CFP | SLP / 7 | 8,127.00 | 0.00 | 8,127.00 | 8,127.00 | 0.00 | 8,127.00 | - | 3,657.15 |
| 12/5/2024 | Regenerative Blower | SLP / 5 | 2,228.88 | 0.00 | 2,228.88 | 0.00 | 37.00 | 37.00 | 2,191.88 | - |
| 4/3/2024 | Regenerative Blower - 5HP | SLP / 5 | 2,188.19 | 0.00 | 2,188.19 | 0.00 | 328.00 | 328.00 | 1,860.19 | 984.69 |
| 12/25/2009 | ROTARY SCREEN SJS | SLP / 5 | 41,620.00 | 0.00 | 41,620.00 | 41,620.00 | 0.00 | 41,620.00 | - | 18,729.00 |
| 6/26/2024 | RS Spring Wire SS Solid Pin | SLP / 5 | 1,740.96 | 0.00 | 1,740.96 | 0.00 | 203.00 | 203.00 | 1,537.96 | 783.43 |
| 12/29/2007 | SAEPLAST CANADA DEFROSTING SYSTEMS | SLP / 5 | 4,977.12 | 0.00 | 4,977.12 | 4,977.12 | 0.00 | 4,977.12 | - | 2,239.70 |
| 12/29/2007 | SAEPLAST CANADA DEFROSTING SYSTEMS | SLP / 5 | 37,800.00 | 0.00 | 37,800.00 | 37,800.00 | 0.00 | 37,800.00 | - | 17,010.00 |
| 11/16/2009 | Saeplast DEFROST BINS CFP | SLP / 5 | 6,215.00 | 0.00 | 6,215.00 | 6,215.00 | 0.00 | 6,215.00 | - | 2,796.75 |
| 10/7/2005 | Safestore cabinet & corrosion resistant enclosure | SLP / 5 | 1,095.91 | 0.00 | 1,095.91 | 1,095.91 | 0.00 | 1,095.91 | - | 493.16 |
| 5/24/2024 | Scale Table Fabrication | SLP / 5 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 467.00 | 467.00 | 3,033.00 | 1,575.00 |
| 5/31/2024 | Scales - 1280 Main Board & Programming | SLP / 5 | 1,370.00 | 0.00 | 1,370.00 | 0.00 | 183.00 | 183.00 | 1,187.00 | 616.50 |
| 7/15/2016 | Scales - Bench | SLP / 5 | 4,550.21 | 0.00 | 4,550.21 | 4,550.21 | 0.00 | 4,550.21 | - | 2,047.59 |
| 6/1/2019 | Scales - Bench  ICS4-9 - 3 | SLP / 5 | 9,813.64 | 0.00 | 9,813.64 | 8,997.00 | 816.64 | 9,813.64 | - | 4,416.14 |
| 9/9/2016 | Scales - Marel Platform - calibration | SLP / 5 | 2,805.00 | 0.00 | 2,805.00 | 2,805.00 | 0.00 | 2,805.00 | - | 1,262.25 |
| 8/25/2018 | Scales - Mettler Toledo Bench Scale Serial Number: B826046652 | SLP / 3 | 1,610.40 | 0.00 | 1,610.40 | 1,610.40 | 0.00 | 1,610.40 | - | 724.68 |
| 10/20/2017 | Scales - Platform | SLP / 7 | 5,203.15 | 0.00 | 5,203.15 | 4,644.00 | 559.15 | 5,203.15 | - | 2,341.42 |
| 12/12/2017 | Scales - Platform CFP | SLP / 3 | 1,635.24 | 0.00 | 1,635.24 | 1,635.24 | 0.00 | 1,635.24 | - | 735.86 |
| 11/16/2009 | SCALES - PLATFORM SCALE SYSTEM CFP | SLP / 5 | 10,292.14 | 0.00 | 10,292.14 | 10,292.14 | 0.00 | 10,292.14 | - | 4,631.46 |
| 6/26/2024 | Scales - PPS Load Cells and CW90 Indicators x3 UW | SLP / 5 | 5,999.73 | 0.00 | 5,999.73 | 0.00 | 700.00 | 700.00 | 5,299.73 | 2,699.88 |
| 5/26/2021 | Scales - PPS Programming | SLP / 5 | 3,069.74 | 0.00 | 3,069.74 | 1,637.00 | 614.00 | 2,251.00 | 818.74 | 1,381.38 |
| 6/3/2024 | Scales - PPS Reverse Grading Scales UW | SLP / 5 | 16,500.00 | 0.00 | 16,500.00 | 0.00 | 1,925.00 | 1,925.00 | 14,575.00 | 7,425.00 |
| 5/8/2023 | Scales - Rice Lake 9201 | SLP / 5 | 8,925.00 | 0.00 | 8,925.00 | 1,190.00 | 1,785.00 | 2,975.00 | 5,950.00 | 4,016.25 |
| 2/14/2018 | Security - Cunningham Camera | SLP / 5 | 1,459.96 | 0.00 | 1,459.96 | 1,459.96 | 0.00 | 1,459.96 | - | 656.98 |
| 1/2/2009 | SHED - UW | SLP / 5 | 1,395.00 | 0.00 | 1,395.00 | 1,395.00 | 0.00 | 1,395.00 | - | 627.75 |
| 5/31/2024 | Siemens Washdown HMI x2 | SLP / 5 | 7,096.93 | 0.00 | 7,096.93 | 0.00 | 946.00 | 946.00 | 6,150.93 | 3,193.62 |
| 9/1/2012 | SJS OFFICE RECONFIGURATION | SLP / 5 | 4,204.42 | 0.00 | 4,204.42 | 4,204.42 | 0.00 | 4,204.42 | - | 1,891.99 |
| 12/15/2016 | SI Water Header | SLP / 3 | 1,454.97 | 0.00 | 1,454.97 | 1,454.97 | 0.00 | 1,454.97 | - | 654.74 |
| 1/3/2010 | SMALL ROTARY SCREEN BASE | SLP / 3 | 3,882.48 | 0.00 | 3,882.48 | 3,882.48 | 0.00 | 3,882.48 | - | 1,747.12 |
| 6/15/2013 | SOCKET/LEG COOLING TANK | SLP / 7 | 7,913.04 | 0.00 | 7,913.04 | 7,913.04 | 0.00 | 7,913.04 | - | 3,560.87 |
| 12/3/2024 | Solid State Relay & Tranducer | SLP / 5 | 2,274.47 | 0.00 | 2,274.47 | 0.00 | 38.00 | 38.00 | 2,236.47 | - |
| 12/1/2011 | SOP COOKER HOOD(FABRICATION AND INSTALLATION) | MAN / 5 | 8,980.00 | 0.00 | 8,980.00 | 8,980.00 | 0.00 | 8,980.00 | - | 4,041.00 |
| 12/25/2009 | SOP LINE DIP /SPRAY GLAZE | MAN / 7 | 13,592.33 | 0.00 | 13,592.33 | 13,592.33 | 0.00 | 13,592.33 | - | 6,116.55 |
| 11/10/2016 | Specialty Lobster Line | SLP / 3 | 1,673.75 | 0.00 | 1,673.75 | 1,673.75 | 0.00 | 1,673.75 | - | 753.19 |

ASSET DEPRECIATION SHORT REPORT
**COZY HARBOR SEAFOOD - Dec. 28, 2024**

Method: BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2016 | Specialty Lobster Line | SLP / 3 | 734.62 | 0.00 | 734.62 | 734.62 | 0.00 | 734.62 | - | 330.58 |
| 6/17/2024 | Squeezing Belt | SLP / 5 | 1,512.73 | 0.00 | 1,512.73 | 0.00 | 176.00 | 176.00 | 1,336.73 | 680.73 |
| 5/4/2010 | SS - ENCLOSED WORK STATION | SLP / 5 | 2,741.50 | 0.00 | 2,741.50 | 2,741.50 | 0.00 | 2,741.50 | - | 1,233.68 |
| 12/30/2007 | SS - DEFROST TUB & CLOSED TOP LID | SLP / 5 | 22,951.35 | 0.00 | 22,951.35 | 22,951.35 | 0.00 | 22,951.35 | - | 10,328.11 |
| 3/20/2010 | SS - MOBILE SECURITY CAGE WITH INTERIOR | SLP / 7 | 3,652.35 | 0.00 | 3,652.35 | 3,652.35 | 0.00 | 3,652.35 | - | 1,643.56 |
| 10/17/2011 | SS - PALLET JACK ECO 1-55 | SLP / 3 | 2,144.04 | 0.00 | 2,144.04 | 2,144.04 | 0.00 | 2,144.04 | - | 964.82 |
| 9/23/2019 | SS - platforms @ Union Wharf | SLP / 7 | 11,200.00 | 0.00 | 11,200.00 | 6,933.00 | 1,600.00 | 8,533.00 | 2,667.00 | 5,040.00 |
| 11/15/2019 | SS - stand | SLP / 3 | 1,130.00 | 0.00 | 1,130.00 | 1,130.00 | 0.00 | 1,130.00 | - | 508.50 |
| 7/1/1987 | SS Baader 12 Station Trim Line | SLP / 5 | 41,430.00 | 0.00 | 41,430.00 | 41,430.00 | 0.00 | 41,430.00 | - | 18,643.50 |
| 1/13/2003 | SS Boot Racks | SLP / 5 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | - | 1,800.00 |
| 7/29/2013 | SS CART (FOR GLUE MACHINE) | SLP / 7 | 2,435.00 | 0.00 | 2,435.00 | 2,435.00 | 0.00 | 2,435.00 | - | 1,095.75 |
| 11/15/2015 | SS Carts - 2 | SLP / 7 | 1,877.00 | 0.00 | 1,877.00 | 1,877.00 | 0.00 | 1,877.00 | - | 844.65 |
| 8/20/2012 | SS CLEAN ROOM TABLE 30X96X34 | SLP / 7 | 7,162.40 | 0.00 | 7,162.40 | 7,162.40 | 0.00 | 7,162.40 | - | 3,223.08 |
| 7/17/1997 | SS CMP Lobster Glazing Tank | SLP / 7 | 7,825.00 | 0.00 | 7,825.00 | 7,825.00 | 0.00 | 7,825.00 | - | 3,521.25 |
| 10/15/2011 | SS COLUMN DUMPERS - WORKHORSE SS T-316 x 3 | SLP / 5 | 52,182.63 | 0.00 | 52,182.63 | 52,182.63 | 0.00 | 52,182.63 | - | 23,482.18 |
| 6/1/2013 | SS COLUMN DUMPERS - WORKHORSE SS T-316 x 3 | SLP / 5 | 55,537.00 | 0.00 | 55,537.00 | 55,537.00 | 0.00 | 55,537.00 | - | 24,991.65 |
| 3/15/2014 | SS CUSTOM FISH STANDS x 5 | SLP / 5 | 2,404.20 | 0.00 | 2,404.20 | 2,404.20 | 0.00 | 2,404.20 | - | 1,081.89 |
| 8/22/2020 | SS Custom stand HR | SLP / 3 | 1,870.00 | 0.00 | 1,870.00 | 1,870.00 | 0.00 | 1,870.00 | - | 841.50 |
| 7/1/1986 | SS Hydro Seives | SLP / 5 | 7,900.00 | 0.00 | 7,900.00 | 7,900.00 | 0.00 | 7,900.00 | - | 3,555.00 |
| 8/1/2012 | SS SHELVES ON ROLLING COASTERS - 2 | SLP / 5 | 5,449.96 | 0.00 | 5,449.96 | 5,449.96 | 0.00 | 5,449.96 | - | 2,452.48 |
| 8/7/2012 | SS SHELVING CARTS - SJS HR | SLP / 5 | 4,969.96 | 0.00 | 4,969.96 | 4,969.96 | 0.00 | 4,969.96 | - | 2,236.48 |
| 6/2/2018 | SS Table with Roller System | SLP / 5 | 2,930.00 | 0.00 | 2,930.00 | 2,930.00 | 0.00 | 2,930.00 | - | 1,318.50 |
| 10/15/2011 | SS VMAG CARTS - WORKHORSE SST-304 HD (40 X 600 lbs) | SLP / 5 | 32,913.62 | 0.00 | 32,913.62 | 32,913.62 | 0.00 | 32,913.62 | - | 14,811.13 |
| 8/1/2013 | SS VMAG CARTS (25-600LB) | SLP / 5 | 20,382.49 | 0.00 | 20,382.49 | 20,382.49 | 0.00 | 20,382.49 | - | 9,172.12 |
| 6/1/2013 | SS VMAG CARTS WITH DRAINS(10-600LB, 10-400LB) | SLP / 5 | 14,660.00 | 0.00 | 14,660.00 | 14,660.00 | 0.00 | 14,660.00 | - | 6,597.00 |
| 8/9/2009 | SS WORK TABLES - 2 30"X72" | SLP / 5 | 1,998.12 | 0.00 | 1,998.12 | 1,998.12 | 0.00 | 1,998.12 | - | 899.15 |
| 12/17/2008 | SS WORK TABLES 24"X24"X30"H x 3 | SLP / 5 | 2,688.56 | 0.00 | 2,688.56 | 2,688.56 | 0.00 | 2,688.56 | - | 1,209.85 |
| 9/20/2011 | SS WORKTABLES 30"DX96"WX30"H | SLP / 5 | 6,478.44 | 0.00 | 6,478.44 | 6,478.44 | 0.00 | 6,478.44 | - | 2,915.30 |
| 10/26/2011 | SS WORKTABLES ENDURA 30"DX96"WX30"H | SLP / 3 | 3,300.00 | 0.00 | 3,300.00 | 3,300.00 | 0.00 | 3,300.00 | - | 1,485.00 |
| 6/30/2018 | SSI Mid Range Printer | SLP / 3 | 2,295.00 | 0.00 | 2,295.00 | 2,295.00 | 0.00 | 2,295.00 | - | 1,032.75 |
| 11/15/2019 | Stainles Steel rolling table | SLP / 3 | 1,646.70 | 0.00 | 1,646.70 | 1,646.70 | 0.00 | 1,646.70 | - | 741.02 |
| 10/29/2011 | STAINLESS STEEL BENCH QS2424 | SLP / 3 | 1,821.86 | 0.00 | 1,821.86 | 1,821.86 | 0.00 | 1,821.86 | - | 819.84 |
| 5/30/2020 | Stainless steel chute | SLP / 3 | 1,760.00 | 0.00 | 1,760.00 | 1,760.00 | 0.00 | 1,760.00 | - | 792.00 |
| 9/9/2015 | Strapping Machine | SLP / 7 | 12,600.00 | 0.00 | 12,600.00 | 12,600.00 | 0.00 | 12,600.00 | - | 5,670.00 |
| 5/2/2016 | Strapping machine | SLP / 7 | 18,011.50 | 0.00 | 18,011.50 | 18,011.50 | 0.00 | 18,011.50 | - | 8,105.18 |
| 6/17/2013 | TAIL TANK 1/2 | SLP / 7 | 12,179.11 | 0.00 | 12,179.11 | 12,179.11 | 0.00 | 12,179.11 | - | 5,480.60 |
| 6/17/2013 | TAIL TANK 2/2 | SLP / 7 | 12,179.11 | 0.00 | 12,179.11 | 12,179.11 | 0.00 | 12,179.11 | - | 5,480.60 |
| 6/2/2017 | Tank Installation | SLP / 5 | 2,333.97 | 0.00 | 2,333.97 | 2,333.97 | 0.00 | 2,333.97 | - | 1,050.29 |
| 9/13/2013 | TELESCOPE BELT TAKE UP STAINLESS STEEL | SLP / 5 | 2,680.42 | 0.00 | 2,680.42 | 2,680.42 | 0.00 | 2,680.42 | - | 1,206.19 |
| 4/13/2020 | Trade Show Exhibit | SLP / 5 | 25,304.85 | 0.00 | 25,304.85 | 18,979.00 | 5,061.00 | 24,040.00 | 1,264.85 | 11,387.18 |
| 5/16/2024 | Trask-Decrow Equipment LE | SLP / 5 | 5,619.00 | 0.00 | 5,619.00 | 0.00 | 749.00 | 749.00 | 4,870.00 | 2,528.55 |
| 4/17/2012 | TRENTON CONDENSING UNIT(PACKING FREEZER) | SLP / 5 | 6,551.63 | 0.00 | 6,551.63 | 6,551.63 | 0.00 | 6,551.63 | - | 2,948.23 |
| 11/17/2006 | TRI-CHEM, INC CABINETS | SLP / 5 | 5,371.21 | 0.00 | 5,371.21 | 5,371.21 | 0.00 | 5,371.21 | - | 2,417.04 |
| 12/30/2006 | TRI-CHEM, INC CABINETS | SLP / 5 | 1,146.85 | 0.00 | 1,146.85 | 1,146.85 | 0.00 | 1,146.85 | - | 516.08 |
| 12/30/2006 | TRI-CHEM, INC CABINETS | SLP / 5 | 1,146.85 | 0.00 | 1,146.85 | 1,146.85 | 0.00 | 1,146.85 | - | 516.08 |
| 12/30/2006 | TRI-CHEM, INC CABINETS | SLP / 5 | 1,910.47 | 0.00 | 1,910.47 | 1,910.47 | 0.00 | 1,910.47 | - | 859.71 |
| 12/12/2017 | Trim Line CFP | SLP / 3 | 2,439.51 | 0.00 | 2,439.51 | 2,439.51 | 0.00 | 2,439.51 | - | 1,097.78 |
| 10/5/2009 | ULTRAVAC 550 STJ | SLP / 5 | 5,735.50 | 0.00 | 5,735.50 | 5,735.50 | 0.00 | 5,735.50 | - | 2,580.98 |
| 6/14/2024 | UV Filter, Pressure Gauges, O-Rings | SLP / 5 | 2,190.22 | 0.00 | 2,190.22 | 0.00 | 256.00 | 256.00 | 1,934.22 | 985.60 |

ASSET DEPRECIATION SHORT REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Method: BOOK - Std Conventions Applied

| | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | BOOK | Est Fair Value |
|---|---|---|---|---|---|---|---|---|
| | 7,436,131.70 | 0.00 | 7,374,218.70 | 5,633,158.97 | 385,121.05 | 6,018,280.02 | 1,417,851.68 | 3,314,866.40 |

**Asset A/C#: 143-0 - EQUIPMENT**

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr | Book | Est Fair Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2019 | UW Stainless Steel Equipment | SLP / 3 | 3,200.00 | 0.00 | 3,200.00 | 3,200.00 | 0.00 | 3,200.00 | - | 1,440.00 |
| 10/7/2024 | Vacuum Valve x2 | SLP / 5 | 1,869.12 | 0.00 | 1,869.12 | 0.00 | 93.00 | 93.00 | 1,776.12 | |
| 9/21/2016 | Video System 8 Camera 16 Channel, 3TB DVR | SLP / 5 | 9,205.48 | 0.00 | 9,205.48 | 9,205.48 | 0.00 | 9,205.48 | - | 4,142.47 |
| 5/12/2021 | VIZIO TV | SLP / 5 | 389.98 | 0.00 | 389.98 | 208.00 | 78.00 | 286.00 | 103.98 | 175.49 |
| 12/22/2008 | WASTE COMPACTOR 15' SELF CONTAINED | SLP / 7 | 26,711.00 | 0.00 | 26,711.00 | 26,711.00 | 0.00 | 26,711.00 | - | 12,019.95 |
| 10/1/2012 | WASTE COMPACTOR 39 YARD SELF CONTAINED COMPACTOR MODEL 2 | SLP / 5 | 42,622.07 | 0.00 | 42,622.07 | 42,622.07 | 0.00 | 42,622.07 | - | 19,179.93 |
| 12/1/2012 | WASTE COMPACTOR 8 YD FRONT LOAD ACCU PAK 5HP UNIT | SLP / 5 | 13,330.75 | 0.00 | 13,330.75 | 13,330.75 | 0.00 | 13,330.75 | - | 5,998.84 |
| 4/29/2024 | Waste Conveyor D-800 Hinge System | SLP / 5 | 1,326.94 | 0.00 | 1,326.94 | 0.00 | 199.00 | 199.00 | 1,127.94 | 597.12 |
| 1/1/2014 | Website - Cozy Harbor Seafood | SLP / 3 | 33,193.75 | 0.00 | 33,193.75 | 33,193.75 | 0.00 | 33,193.75 | - | 14,937.19 |
| 3/29/2005 | Weighpack Inv#019505 Loadcell | SLP / 7 | 1,410.81 | 0.00 | 1,410.81 | 1,410.81 | 0.00 | 1,410.81 | - | 634.86 |
| 1/29/2010 | WIRING ICE MACHINE, 2 NEW ROOFTOP CONDENSER UNITS, | SLP / 5 | 7,361.16 | 0.00 | 7,361.16 | 7,361.16 | 0.00 | 7,361.16 | - | 3,312.52 |
| 7/21/2003 | Xactic - 35 Cu Ft Insulated Bulk Boxes (15) | SLP / 5 | 5,635.00 | 0.00 | 5,635.00 | 5,635.00 | 0.00 | 5,635.00 | - | 2,535.75 |
| 11/20/2023 | XFP 100C-CB1.4 | SLP / 5 | 5,619.00 | 0.00 | 5,619.00 | 187.00 | 1,124.00 | 1,311.00 | 4,308.00 | 2,528.55 |
| 2/2/2004 | Zajac Conveyor - 30' SS Distribution | MAN / 10 | 18,976.97 | 0.00 | 18,976.97 | 18,976.97 | 0.00 | 18,976.97 | - | 8,539.64 |
| 12/27/2008 | Zebra Printer Heated enclosures | SLP / 3 | 4,194.75 | 0.00 | 4,194.75 | 4,194.75 | 0.00 | 4,194.75 | - | 1,887.64 |
| 4/30/2024 | Zebra ZD421 Wireless Printer x2 | SLP / 5 | 1,809.69 | 0.00 | 1,809.69 | 0.00 | 271.00 | 271.00 | 1,538.69 | 814.36 |
| 5/4/2018 | Zebra ZT610 Printer | SLP / 3 | 2,235.10 | 0.00 | 2,235.10 | 2,235.10 | 0.00 | 2,235.10 | - | 1,005.80 |
| 4/4/2020 | Zebra ZT610 Printer | SLP / 5 | 4,624.00 | 0.00 | 4,624.00 | 4,624.00 | 0.00 | 4,624.00 | - | 2,080.80 |
| 12/22/2020 | Zebra ZT610 Printer | SLP / 5 | 2,235.10 | 0.00 | 2,235.10 | 1,378.00 | 447.00 | 1,825.00 | 410.10 | 1,005.80 |
| 4/30/2024 | Zebra ZT610 Printer | SLP / 5 | 2,856.95 | 0.00 | 2,856.95 | 0.00 | 429.00 | 429.00 | 2,427.95 | 1,285.63 |
| | | | 6,899,664.89 | | 6,837,751.89 | | | **Total** | **1,417,851.68** | **3,314,866.40** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Cozy Harbor Seafood, Inc. |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (If known): | 25-20160 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name**<br>Camden National Bank | **Describe debtor's property that is subject to a lien**<br>Specific parts and equipment set forth in loan documents. |

$ 323,855.00     $ 469,518.00

**Creditor's mailing address**
2 Elm Street
Camden, ME 04843

**Creditor's email address, if known**

**Describe the lien**
Security agreement,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| | |
|---|---|
| **Creditor's name**<br>Key Bank NA | **Describe debtor's property that is subject to a lien**<br>Cash on Hand, Accounts Receivable |

$4,901,241.00     $2,792,867.52

**Creditor's mailing address**
One Canal Plaza
3rd Floor, Portland, ME 04101

**Creditor's email address, if known**

**Describe the lien**
Security agreement,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 5,225,096.00

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Roger Clement<br>One Portland Square<br>10th Floor<br>Portland, ME, 04102 | Line 2. _2_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Cozy Harbor Seafood, Inc. |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (if known) | 25-20160 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Atlantic Coast Seafood, Inc.<br>42-44 Boston Fish Pier<br>Boston, MA 02210<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Products/Inventory<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 36,903.96 | $ 16,665.91 |
| **2.2** Priority creditor's name and mailing address<br>Base Seafood Auction<br>62 Hassey Street<br>New Bedford, MA 02740<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Product/Inventory<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 25,246.80 | $ 10,227.00 |
| **2.3** Priority creditor's name and mailing address<br>Beaver Enterprises, Inc.<br>204 Park Street<br>Rockland, ME 04841<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Product/Inventory<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 3,024.00 | $ 1,209.60 |

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
| --- | --- | --- | --- |
| | Name | | |

**Part 1.**    Additional Page

| | Total claim | Priority amount |
| --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4**   **Priority creditor's name and mailing address**

Belt Power LLC
2197 Canton Road
Suite 208
Marietta, GA 30066

$ 3,195.44      $ 2,243.77

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5**   **Priority creditor's name and mailing address**

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston, ME 04240

$ 17,919.38      $ 8,247.82

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6**   **Priority creditor's name and mailing address**

Cape Ann Seafood Exchange
P.O. Box 4776
Dept #100
Houston, TX 77210-4776

$ 17,503.85      $ 5,009.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7**   **Priority creditor's name and mailing address**

Channel Fish Processing Co., Inc.
200 Commerce Drive
Braintree, MA 02184

$ 38,588.70      $ 30,953.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor   Cozy Harbor Seafood, Inc.   Case number (if known) 25-20160
_____
Name

| **Part 1.** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.8** Priority creditor's name and mailing address
Chep USA
15226 Collection Center Dr.
Chicago, IL 60693

**Total claim:** $ 606.58  **Priority amount:** $ 606.58

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.9** Priority creditor's name and mailing address
CoolSeal USA
232 J Street
Perrysburg, OH 43551

**Total claim:** $ 25,108.00  **Priority amount:** $ 7,604.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.10** Priority creditor's name and mailing address
Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte, NC 28208

**Total claim:** $ 9,162.21  **Priority amount:** $ 6,362.09

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.11** Priority creditor's name and mailing address
East Coast Seafood, LLC
10 North Front Street
New Bedford, MA 02740

**Total claim:** $ 1,374,780.00  **Priority amount:** $ 863,980.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Product/Inventory
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) 25-20160 |
|---|---|---|
| | Name | |

**Part 1.**    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Employees
75 St. John Street
Portland, ME 04102

Total claim: $ 0.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Total claim: $ 760.02

Priority amount: $ 473.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

F/V TIMBERWOLF
114 MacArthur Drive
New Bedford, MA 02740

Total claim: $ 35,163.00

Priority amount: $ 20,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address

Grainger
Dept. 808682348
Palatine, IL 60038-0001

Total claim: $ 3,322.02

Priority amount: $ 1,146.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Cozy Harbor Seafood, Inc.
        Name

Case number *(if known)*  25-20160

| **Part 1.** | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.16** Priority creditor's name and mailing address

Harcros Chemical Inc
P.O. Box 74583
Chicago, IL 60696

$ 996.80          $ 700.80

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim:

Product/Inventory
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

JAMISON DOOR COMPANY
55 Jv Jamison Drive
Hagerstown, MD 21740

$ 1,236.82          $ 1,236.82

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim:

Product/Inventory
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

Maine Hardware
274 St John Street
Portland, ME 04102

$ 994.81          $ 307.40

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim:

Product/Inventory
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.19** Priority creditor's name and mailing address

Maine Marine Supply
416 Commercial Street
Portland, ME 04101

$ 1,644.06          $ 534.62

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim:

Product/Inventory
_____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Cozy Harbor Seafood, Inc.                    Case number (if known) 25-20160
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.20**  **Priority creditor's name and mailing address**
Messer LLC
P.O. Box 731114
Dallas, TX 75373-1114

$ 35,007.71    $ 14,885.84

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Product/Inventory

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.21**  **Priority creditor's name and mailing address**
Northern Ocean Sea Products LLC
7 Parker Street
2nd Floor
Gloucester, MA 01930

$ 284,244.69    $ 73,577.66

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Product/Inventory

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.22**  **Priority creditor's name and mailing address**
Packaging Products Corp
P.O. Box 697
Wilmington, MA 01887

$ 3,103.20    $ 1,163.70

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Product/Inventory

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.23**  **Priority creditor's name and mailing address**
Packedge
955 Portland Road
Saco, ME 04072-9675

$ 95,082.41    $ 42,554.44

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Product/Inventory

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor   Cozy Harbor Seafood, Inc.                          Case number *(if known)*   25-20160
         Name

| Part 1. | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.24** Priority creditor's name and mailing address
Pallet One
P.O. Box L
Livermore Falls, ME 04254

Total claim: $ 13,043.94
Priority amount: $ 13,043.94

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Product/Inventory

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
Retail Services Co.
2108 West Broadway
Unit A
South Portland, ME 04106

Total claim: $ 11,394.74
Priority amount: $ 6,873.95

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Product/Inventory

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
Robinson's Wharf, Inc.
20 Hendricks Hill Road
Southport, ME 04576

Total claim: $ 5,670.00
Priority amount: $ 3,510.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Product/Inventory

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.27** Priority creditor's name and mailing address
Sea Salt LLC
660 Main Street
Saco, ME 04072

Total claim: $ 72,688.50
Priority amount: $ 42,538.50

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Product/Inventory

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Cozy Harbor Seafood, Inc.
        Name

Case number (if known) 25-20160

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.28 Priority creditor's name and mailing address
South Bristol Fisherman's Co-Op
P.O. Box 63
South Bristol, ME 04568-0063

Total claim: $36.00    Priority amount: $36.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim: Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

### 2.29 Priority creditor's name and mailing address
Staples
P.O. Box 70242
Philadelphia, PA 19176-2122

Total claim: $264.29    Priority amount: $136.71

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim: Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

### 2.30 Priority creditor's name and mailing address
Tribune Seafood Limited
P.O. Box 55811
Boston, MA 02205-5811

Total claim: $17,834.50    Priority amount: $17,177.50

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim: Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

### 2.31 Priority creditor's name and mailing address
Volk Packaging Corporation
11 Morin Street
Biddeford, ME 04005

Total claim: $40,761.82    Priority amount: $17,466.54

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim: Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor _____Cozy Harbor Seafood, Inc._____   Case number *(if known)*___25-20160____
         Name

| Part 1. | Additional Page |
|---|---|

<table>
<tr><td>Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.</td><td>Total claim</td><td>Priority amount</td></tr>
</table>

**2.** 32 **Priority creditor's name and mailing address**

Zoro Tools, Inc.
P.O. Box 5233
Janesville, WI 53547-5233

$ 1,164.95          $ 415.08

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____ Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____ Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____ Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    Cozy Harbor Seafood, Inc.                      Case number (if known)  25-20160
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
35 UNION LLC
P.O. Box 389
Portland, ME 04101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 23,535.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
Acadia Insurance
P.O. Box 9010
Westbrook, ME 04098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 27,787.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
Allegiance Trucks
351 North Street
Saco, ME 04072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 228.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
Amato's Sandwich Shops, Inc.
312 Saint John Street
2nd Floor
Portland, ME 04102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 50.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
AMCS OpCo LLC
292 Centennial Road
Toledo, OH 43617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,027.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
Anthem Blue Cross Blue Shield

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 17,239.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Cozy Harbor Seafood, Inc.
_____
Name

Case number (if known)  25-20160

| Part 2: | Additional Page |

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |
|---|---|

**3.⁷ Nonpriority creditor's name and mailing address**

Applied Refrigeration Services
7C Commons Ave
Windham, ME 04062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,508.26

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.⁸ Nonpriority creditor's name and mailing address**

Aqua Production Systems
4036 Gairloch Rd
Union Center, Nova Scotia Canada B0K1S0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,019.57

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.⁹ Nonpriority creditor's name and mailing address**

Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,113.03

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.¹⁰ Nonpriority creditor's name and mailing address**

Arbutus Cove Enterprises
650 Herald Street
Victoria, BC - Canada

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68,558.05

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.¹¹ Nonpriority creditor's name and mailing address**

Arche Advisors

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,912.00

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Area 52
163 Zack Rd
Lustes Mountain, NB-Canada E1G2V1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,048.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13** **Nonpriority creditor's name and mailing address**

Atlantic Coast Seafood Inc.
42-44 Boston Fish Pier
Boston, MA 02210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,903.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14** **Nonpriority creditor's name and mailing address**

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford, NH 03869

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,011.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15** **Nonpriority creditor's name and mailing address**

Baader North America Corp.
505 Hwy. 82 W
Suite A
Indianola, MS 38751

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,697.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16** **Nonpriority creditor's name and mailing address**

Base Seafood Auction
62 Hassey Street
New Bedford, MA 02740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,246.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Cozy Harbor Seafood, Inc.
Name

Case number (if known)    25-20160

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**  Nonpriority creditor's name and mailing address

Beaver Enterprises, Inc.
204 Park Street
Rockland, ME 04841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,024.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.18**  Nonpriority creditor's name and mailing address

Belt Power, LLC
2197 Canton Road
Suite 208
Marietta, GA 30066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,195.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.19**  Nonpriority creditor's name and mailing address

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston, ME 04240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 17,919.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.20**  Nonpriority creditor's name and mailing address

Camden National Bank
2 Elm Street
Camden, ME 04843

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 35,774.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.21**  Nonpriority creditor's name and mailing address

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance, P.O. Box 4776
Dept #100
Houston, TX 77210-4776

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 17,503.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Cape Bald Packers
2618 Acadie Road
Cap-Pele NB - Canada E4N1E3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 206,000.00

---

**3.23  Nonpriority creditor's name and mailing address**

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,565.73

---

**3.24  Nonpriority creditor's name and mailing address**

Channel Fish Processing Co. Inc.
200 Commerce Drive
Braintree, MA 02184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,588.70

---

**3.25  Nonpriority creditor's name and mailing address**

Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 405.12

---

**3.26  Nonpriority creditor's name and mailing address**

City of Portland
P.O. Box 544
389 Congress Street
Portland, ME 04112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 694.50

---

Debtor    Cozy Harbor Seafood, Inc.
        Name

Case number (if known)    25-20160

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 27    **Nonpriority creditor's name and mailing address**

Coface North American Insurance Company
P.O. Box 70280
Lockbox 10116
Philadelphia, PA 19176-0280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 134.72

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28    **Nonpriority creditor's name and mailing address**

CoolSeal USA
232 J Street
Perrysburg, OH 43551

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,108.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 29    **Nonpriority creditor's name and mailing address**

Crosspack, Inc.
2 Alden Lane
Scarborough, ME 04074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,350.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 30    **Nonpriority creditor's name and mailing address**

Crow's Nest Property
7 Wright Way
Falmouth, ME 04105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,269.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 31    **Nonpriority creditor's name and mailing address**

Crown Lift Trucks
165 Innovation Way
Scarborough, ME 04074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 8,494.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32**  **Nonpriority creditor's name and mailing address**

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte, NC 28208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,162.21

---

**3.33**  **Nonpriority creditor's name and mailing address**

Cunningham Security Systems
325 US Route 1
Falmouth, ME 04105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,014.10

---

**3.34**  **Nonpriority creditor's name and mailing address**

Curtis Thaxter, LLC
200 Middle Street
Suite 1001
Portland, ME 04101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 24,634.50

---

**3.35**  **Nonpriority creditor's name and mailing address**

Dead River Company
P.O. Box 467
Scarborough, ME 04070-0467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,941.23

---

**3.36**  **Nonpriority creditor's name and mailing address**

Doug's Fresh Express
91 Spring View Drive
Lynn, MA 01904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 212.52

---

Debtor    Cozy Harbor Seafood, Inc.
_____
Name

Case number *(if known)*    25-20160

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

East Coast Seafood, LLC
10 North Front Street
New Bedford, MA 02740

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,374,780.00

---

**3.38** Nonpriority creditor's name and mailing address

Equitable Payment Center
P.O. Box 371405
Pittsburgh, PA 1520-7405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,643.00

---

**3.39** Nonpriority creditor's name and mailing address

F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 760.02

---

**3.40** Nonpriority creditor's name and mailing address

F/V Max & Emma
114 MacArthur Drive
New Bedford

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,500.00

---

**3.41** Nonpriority creditor's name and mailing address

F/V TIMBERWOLF
114 MacArthur Drive
New Bedford, MA 02740

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 35,163.00

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

FedEx
P.O. Box 371461
Pittsburgh, PA 1520-7461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,419.57

---

**3.43** Nonpriority creditor's name and mailing address

FFE Transportation Services, Inc.
P.O. Box 847576
Dallas, TX 75284-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 917.51

---

**3.44** Nonpriority creditor's name and mailing address

Finance Authority of Maine
5 Community Drive
Suite 102
Augusta, ME 04330

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 337,500.00

---

**3.45** Nonpriority creditor's name and mailing address

Fisherman's Wharf Gloucester
37 Rogers Street
Gloucester 01930

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 22,441.50

---

**3.46** Nonpriority creditor's name and mailing address

Flores & Associates
P.O. Box 63238
Charlotte, NC 28263-3238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 93.75

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 47    **Nonpriority creditor's name and mailing address**

Food Prep Solutions
P.O. Box 4777
Stamford, CT 06907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 409.39

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 48    **Nonpriority creditor's name and mailing address**

Frederick Safety Services
32 Grove Street
Portland, ME 04112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 351.20

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 49    **Nonpriority creditor's name and mailing address**

Freightliner of Maine
422 Perry Road
Bangor, ME 04401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,122.41

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 50    **Nonpriority creditor's name and mailing address**

Galway Transport, Inc.
P.O. Box 419
Kennebunk, ME 04112-0389

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,477.69

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 51    **Nonpriority creditor's name and mailing address**

Grainger
DEPT. 808682348
Palatine, IL 60038-0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,322.02

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) 25-20160 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Graybar Electric Company, Inc.
P.O. Box 414426
Boston, MA 02241-4428

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 300.57

---

**3.53** Nonpriority creditor's name and mailing address

Hall Internet Marketing
10 Mill Brook Road
Unit 1
Saco, ME 04072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 849.00

---

**3.54** Nonpriority creditor's name and mailing address

Hamilton Marine
155 E. Main Street
Searsport, ME 04974

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 170.54

---

**3.55** Nonpriority creditor's name and mailing address

Harbor Fish Market
9 Custom House Wharf
Portland, ME 04101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 242.60

---

**3.56** Nonpriority creditor's name and mailing address

Harcros Chemical, Inc.
P.O. Box 74583
Chicago, IL 60696

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 996.80

---

Debtor    Cozy Harbor Seafood, Inc.                                    Case number (if known)    25-20160
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 57** Nonpriority creditor's name and mailing address

Hygenia, LLC
941 Avenida Acaso
Camarillo, CA 93012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,436.96

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 58** Nonpriority creditor's name and mailing address

Independent Fisheries Limited
1271 Little Harbour Road
Comp 2, Box 9
Sable River, Nova Scotia, B0T1V0, Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99,622.48

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 59** Nonpriority creditor's name and mailing address

Industrial Calibration
71C Pine Road
Hudson, NH 03051

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,415.78

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 60** Nonpriority creditor's name and mailing address

International C Food, Inc.
P.O. Box E - South Station
Fall River, MA 02724

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,462.10

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 61** Nonpriority creditor's name and mailing address

Intral Worldwide, LLC
ATTN: Dean Scribner
1900 Crown Colony, Ste 407
Quincy, MA 02169

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,725.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Cozy Harbor Seafood, Inc.
          Name

Case number (if known)    25-20160

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 62   Nonpriority creditor's name and mailing address**

Ion Networking
1 Perry Hawkes Road
Windham, ME 04062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,767.34

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 63   Nonpriority creditor's name and mailing address**

J.K. Marine dba Lousibourg Seafood Ltd
P.O. Box 5609
Louisbourg, NS-Canada B1C1B5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 803,400.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 64   Nonpriority creditor's name and mailing address**

Johnson Controls
DEPT. CH 10320
Palatine, IL 60055-0320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,914.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 65   Nonpriority creditor's name and mailing address**

Katahdin Analytical Services
P.O. Box 540
Scarborough, ME 04070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,449.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 66   Nonpriority creditor's name and mailing address**

KCV Trailer Rentals
127 Pleasant Hill Road
Scarborough, ME 04074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 4,491.60

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Cozy Harbor Seafood, Inc.
        Name

                                                                    Case number (if known)   25-20160

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Kyocera
55 Bradly Drive
Westbrook, ME 04092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 528.64

---

**3.68** Nonpriority creditor's name and mailing address

Laitram Machinery, Inc.
P.O. Box 730443
Dallas, TX 75373-0443

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,144.08

---

**3.69** Nonpriority creditor's name and mailing address

Lineage Logistics PFS, LLC
P.O. Box 734938
Dallas, TX 75373

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 34,079.23

---

**3.70** Nonpriority creditor's name and mailing address

Lineage Logistics, LLC
P.O. Box 974647
Dallas, TX 75397

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 62.04

---

**3.71** Nonpriority creditor's name and mailing address

Logtek, Inc.
P.O. Box 744889
Atlanta, GA 30384-4889

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,506.20

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <sup>72</sup>  **Nonpriority creditor's name and mailing address**

Loma Systems, Inc.
39425 Treasury Center
Chicago, IL 60694-9400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,474.76

---

**3.** <sup>73</sup>  **Nonpriority creditor's name and mailing address**

MA Division of Marine Fisheries
30 Emerson Avenue
Gloucester, MA 01930

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260.00

---

**3.** <sup>74</sup>  **Nonpriority creditor's name and mailing address**

Maine Hardware
274 Saint John Street
Portland, ME 04102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 994.81

---

**3.** <sup>75</sup>  **Nonpriority creditor's name and mailing address**

Maine Marine Supply
416 Commercial Street
Portland, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,644.06

---

**3.** <sup>76</sup>  **Nonpriority creditor's name and mailing address**

Maine Scale, LLC
4 Washington Street North
Auburn, ME 04210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,722.27

---

Debtor    Cozy Harbor Seafood, Inc.

Name

Case number _(if known)_ __25-20160__

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.77**   Nonpriority creditor's name and mailing address

Marel Inc.
1024 Airport Parkway
Gainesville, GA 30501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 7,875.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.78**   Nonpriority creditor's name and mailing address

Marine Stewardship Council International Ltd
1 Snow Hill
Marine House
London, England EC1A2DH

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 267.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.79**   Nonpriority creditor's name and mailing address

Mark White Fractional Cfo
110 Roaring Brook
Portland, ME 04103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,450.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.80**   Nonpriority creditor's name and mailing address

Matheson Tri-Gas Inc.
P.O. Box 347297
Pittsburgh, PA 15251-4297

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 136.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.81**   Nonpriority creditor's name and mailing address

Matrix Sciences International, Inc.
1061 Feehanville Dr
Mount Prospect, IL 60056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,731.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Cozy Harbor Seafood, Inc.                    Case number *(if known)*    25-20160
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.82  Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 9,226.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.83  Nonpriority creditor's name and mailing address**

Mechanical Services, Inc
400 Presumpscot Street
Portland, ME 04103

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 33,359.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.84  Nonpriority creditor's name and mailing address**

Memic
P.O. Box 6900
Lewiston, ME 04243-6900

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 17,668.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.85  Nonpriority creditor's name and mailing address**

Messer LLC
P.O. Box 731114
Dallas, TX 75373-1114

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 35,007.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.86  Nonpriority creditor's name and mailing address**

Miner Ltd
18 Willey Road
Saco, ME 04072

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 429.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   Cozy Harbor Seafood, Inc.
     Name

Case number (if known)   25-20160

---

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** [87]   **Nonpriority creditor's name and mailing address**

Modern Pest Services
100 Pleasant Street
Brunswick, ME 04011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 491.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** [88]   **Nonpriority creditor's name and mailing address**

Mutual of Omaha
Payment Processing Center
P.O. Box 2147
Omaha, NE 68103-2147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 217.71

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** [89]   **Nonpriority creditor's name and mailing address**

NEPW Logistics Inc
70 Quarry Road
Portland, ME 04103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,578.41

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** [90]   **Nonpriority creditor's name and mailing address**

New England Kenworth
42 Wallace Avenue
South Portland, ME 04106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,052.01

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** [91]   **Nonpriority creditor's name and mailing address**

New York Life Insurance Company
P.O. Box 130539
Dallas, TX 75313

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 414.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92   Nonpriority creditor's name and mailing address**

Northeast Delta Dental
One Delta Drive
P.O. Box 2002
Concord, NH 03302-2002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 278.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93   Nonpriority creditor's name and mailing address**

Northern Ocean Sea Products LLC
7 Parker Street
2nd Floor
Gloucester, MA 01930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 284,244.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94   Nonpriority creditor's name and mailing address**

NWD Inc
P.O. Box 50821
New Bedford, MA 02745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 121.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95   Nonpriority creditor's name and mailing address**

Office of the Attorney General, Commonwealth of
Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96   Nonpriority creditor's name and mailing address**

Packaging Products Corp
P.O. Box 697
Wilmington, MA 01887

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,103.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.⁹⁷** Nonpriority creditor's name and mailing address

Packedge
955 Portland Road
Saco, ME 04072-9675

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 95,082.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹⁸** Nonpriority creditor's name and mailing address

Pallet One
P.O. Box L
Livermore Falls, ME 04254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 13,043.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹⁹** Nonpriority creditor's name and mailing address

PNC Equipment Finance
655 Business Center Drive
Suite 250
Horsham, PA 19044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,156.35

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰⁰** Nonpriority creditor's name and mailing address

Portland Fish Exchange
6 Portland Fish Pier
Portland, ME 04101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 27,203.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰¹** Nonpriority creditor's name and mailing address

Portland Plastic Pipe
444 Lincoln Street Extension
South Portland, ME 04106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 394.37

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **102** **Nonpriority creditor's name and mailing address**

Portland Water District
225 Douglass Street
P.O. Box 3553
Portland, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,756.12

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **103** **Nonpriority creditor's name and mailing address**

Power Products Systems
90 Bay State Road
Wakefield, MA 01880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,605.70

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **104** **Nonpriority creditor's name and mailing address**

Progressive Scale & Label Systems, LLC
P.O. Box 587
Bethel, CT 06801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,844.33

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **105** **Nonpriority creditor's name and mailing address**

Pyramid Transport & Cold Storage
100 S. Law Street
Bridgeville, DE 19933

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **106** **Nonpriority creditor's name and mailing address**

Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.78

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Cozy Harbor Seafood, Inc.
_____
Name

Case number *(if known)*   25-20160
_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 107   **Nonpriority creditor's name and mailing address**

Quadient Leasing USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.71

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 108   **Nonpriority creditor's name and mailing address**

Retail Services Co.
2108 West Broadway
Unit A
South Portland, ME 04106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,394.74

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 109   **Nonpriority creditor's name and mailing address**

Robinson's Wharf, Inc.
20 Hendricks Hill Road
Southport, ME 04576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,670.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 110   **Nonpriority creditor's name and mailing address**

Ross Industries, Inc.
P.O. Box 677817
Dallas, TX 75267-7817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,295.37

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 111   **Nonpriority creditor's name and mailing address**

Sea Salt LLC
660 Main Street
Saco, ME 04072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,688.50

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Cozy Harbor Seafood, Inc.    Case number (if known)    25-20160
         Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.112** Nonpriority creditor's name and mailing address

Secretary of State
148 State House Station
Augusta, ME 04333

**As of the petition filing date, the claim is:** $2,626.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

SEDNA TECHNOLOGIES
27 Parker Street
Suite 12251
Dartmouth, NS - Canada, B2Y 4T5

**As of the petition filing date, the claim is:** $1,898.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

**As of the petition filing date, the claim is:** $264.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Stavis Seafoods LLC
P.O. Box 712122
Philadelphia, PA 19171-2122

**As of the petition filing date, the claim is:** $13,098.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Taylor Lobster Company LLC
32 Route 236
Kittery, ME 03904

**As of the petition filing date, the claim is:** $2,160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Cozy Harbor Seafood, Inc.

Name

Case number (if known)    25-20160

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 117 **Nonpriority creditor's name and mailing address**

Taylor Services LLC
16 Westview Drive
Raymond, ME 04071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 880.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 118 **Nonpriority creditor's name and mailing address**

TCN Holdings, LLC d/b/a ODORITE Co.
5 Wallace Avenue
Bldg 2
South Portland, ME 04106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 319.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 119 **Nonpriority creditor's name and mailing address**

The Cote Corporation
2980 Hotel Road
P.O. Box 1418
Auburn, ME 04211-1418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,775.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 120 **Nonpriority creditor's name and mailing address**

Tom Renehan
11 Winter Street
Yarmouth, ME 04096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 121 **Nonpriority creditor's name and mailing address**

Tom Scola
36 Eastern Ave
Gloucester, MA 01930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 770.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Cozy Harbor Seafood, Inc.                          Case number (if known)    25-20160
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 122** Nonpriority creditor's name and mailing address

Tribune Seafood Limited
P.O. Box 55811
Boston, MA 02205-5811

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,834.50

---

**3. 123** Nonpriority creditor's name and mailing address

Trillium Drivers
P.O. Box 671854
Detroit, MI 48267-1854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,755.00

---

**3. 124** Nonpriority creditor's name and mailing address

Troiano Waste Services, Inc.
P.O. Box 3541
Portland, ME 04104-3541

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,748.25

---

**3. 125** Nonpriority creditor's name and mailing address

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,380.33

---

**3. 126** Nonpriority creditor's name and mailing address

Ultra Source LLC
1414 West 29th Street
Kansas City, MO 64108-3604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 664.72

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

Unifirst Corporation
P.O. Box 650481
Dallas, TX 75265-0481

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,511.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

UNITIL
P.O. Box 981077
Boston, MA 02298-1010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 283.56

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

US Cellular
Dept. 0205
Palatine, IL 60055-0205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 127.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

USA Container Freezer & Refrigeration, LLC
75 Neal Court
Plainville, CT 06062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,300.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

VERNO d'EON FISHING SUPPLIES LTD
P.O. Box 70
Middle West Pubnico, NS- Canada, B0W2M0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 133.03

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 132 **Nonpriority creditor's name and mailing address**

Vital Delivery Solutions LLC
P.O. Box 1075
Williston, VT 05495

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 596.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 133 **Nonpriority creditor's name and mailing address**

Volk Packaging Corporation
11 Morin Street
Biddeford, ME 04005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,761.82

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 134 **Nonpriority creditor's name and mailing address**

WD Matthews
901 Center Street
Auburn, ME 04210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 262.21

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 135 **Nonpriority creditor's name and mailing address**

Wedgeport Lobsters Limited
P.O. Box 400
Lower Wedgeport, NS -Canada B0W-2B0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,552.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 136 **Nonpriority creditor's name and mailing address**

Wells Fargo Vendor Financial Services, LLC
P.O. Box 070241
Philadelphia, PA 19176-0241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 395.76

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 137 | **Nonpriority creditor's name and mailing address**

Whitecap International Seafood Exporters
591 North Avenue
Wakefield, MA 01880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 342,375.00

---

**3.** 138 | **Nonpriority creditor's name and mailing address**

Worldwide Perishables Enterprises LLC
195 Cottage Street
Chelsea, MA 02150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,671.77

---

**3.** 139 | **Nonpriority creditor's name and mailing address**

WQS Food Verification LLC
15720 Brixham Hall Ave
Suite 320
Charlotte, NC 28277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,592.00

---

**3.** 140 | **Nonpriority creditor's name and mailing address**

Zep Manufacturing Co.
P.O. Box 3338
Boston, MA 02241-0389

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,909.23

---

**3.** 141 | **Nonpriority creditor's name and mailing address**

Zoro Tools, Inc.
Attn: Cash Processing
P.O. Box 5233
Janesville, WI 53547-5233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,164.95

Debtor _____   Case number (if known) ___25-20160___
        Cody Hansen Seafoods, Inc.
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,176,453.20 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,567,095.92 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,743,549.12 |

**Fill in this information to identify the case:**

Debtor name _____Cozy Harbor Seafood, Inc._____

United States Bankruptcy Court for the: ___District of Maine____

Case number (If known): ____25-20160_____       Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Two Pallet Jacks<br>Lessee | Crown Lift Trucks<br>P.O. Box 641173<br>Cincinatti, OH, 45264-1173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Sublease Portland Fish Exchange<br>Lessee | Portland Fish Exchange<br>6 Portland Fish Pier<br>Portland, ME, 04101 |
| | State the term remaining | Expires September 1, 2029 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | WNDK Lease, See P9Q55 Attachment<br>Lessee | WNDK Limited Liability Company<br>P.O. Box 431<br>Portland, ME, 04112 |
| | State the term remaining | Expires May 28, 2026 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease<br>Lessee | Wells Fargo Vendor Financial Services, LLC<br>P.O. Box 070241<br>Philadelphia, PA, 19176-0241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Doosan Forklift<br>Lessee | PNC Bank<br>300 Fifth Avenue<br>Pittsburgh, PA, 15222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Cozy Harbor Seafood, Inc.___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___25-20160___

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Cozy Harbor Seafood, Inc.___

United States Bankruptcy Court for the: District of Maine

Case number (If known): ___25-20160___

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 12/29/2024 (MM / DD / YYYY) to Filing date | ☑ Operating a business<br>☐ Other | $ 16,630,247.66 |
| **For prior year:** From 12/31/2023 (MM / DD / YYYY) to 12/28/2024 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 46,643,837.44 |
| **For the year before that:** From 01/01/2023 (MM / DD / YYYY) to 12/30/2023 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 38,655,550.24 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 12/29/2024 (MM / DD / YYYY) to Filing date | Interest Earned | $ 20,515.81 |
| **For prior year:** From 12/31/2023 (MM / DD / YYYY) to 12/28/2024 (MM / DD / YYYY) | Interest Earned/Forgivable Loan Incom | $ 135,826.10 |
| **For the year before that:** From 01/01/2023 (MM / DD / YYYY) to 12/30/2023 (MM / DD / YYYY) | Interest Earned | $ 30,813.09 |

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 | | $ 6,006,989.93 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |
| 3.2. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached SOFA Part 2 | _____ | $ 349,525.50 | |
| | Insider's name | | | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | _____ | $ _____ | |
| | Insider's name | | | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | _____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | _____ | | | |

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* 25-20160 |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Corporate Finance Associate New England, LL | | _____ | $ 30,000.00 |
| | **Address** | | | |
| | One Union Street | | | |
| | Suite 200 | | | |
| | Portland, ME 04101 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Curtis Thaxter LLC | | _____ | $ 147,175.00 |
| | **Address** | | | |
| | One Canal Plaza | | | |
| | Suite 1000, P.O. Box 7320 | | | |
| | Portland, ME 04101 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    Cozy Harbor Seafood, Inc.
_____    Case number (if known)  25-20160
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) 25-20160 |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor _____Cozy Harbor Seafood, Inc._____     Case number (if known)__25-20160___
　　　　　Name

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

---

| | |
|---|---|
| Debtor | Cozy Harbor Seafood, Inc. |
| | Name |

Case number (*if known*) 25-20160

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | CHS Disc.<br>_____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | **Business name and address**<br><br>SBSL<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | **Business name and address**<br><br>Cozy Harbor Foods<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor   Cozy Harbor Seafood, Inc.
_____
Name

Case number (*if known*) 25-20160
_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Mark White<br>Name<br>110 Roaring Brook, Portland ME 04103 | From 07/01/2023<br>To 07/05/2025 |
| 26a.2. | Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Purdy Powers & Co<br>Name<br>130 Middle St, Portland ME 04101 | From 07/01/2023<br>To 07/01/2025 |
| 26b.2. | Opus Consulting Partners, LLC<br>Name<br>770 Congress St, Portland ME 04102 | From 07/01/2023<br>To 07/01/2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Purdy Powers & Co<br>Name<br>130 Middle St, Portland ME 04101 | |

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26c.2.  Opus Consulting Partners, LLC
        Name
        770 Congress St, Portland ME 04102

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|

26d.1.  Key Bank N.A.
        Name
        One Canal Plaza, 3rd Floor, Portland ME 04101

| Name and address |
|------------------|

26c.2.
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| John Norton                                                   |                   | $                                                                            |

| Name and address of the person who has possession of inventory records |
|-------------------------------------------------------------------------|

27.1.   Roland Jacques
        Name
        75 St. John Street
        Portland, ME 04102

Debtor    Cozy Harbor Seafood, Inc.
_____        Case number (if known) 25-20160 _____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| John Norton | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  Crystal O'Dell
_____
       Name
       75 St. John Street
       Portland, ME 04102

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John S. Norton, Jr. | 75 St. John Street, Portland, ME 04102 | | 66 |
| Joseph B. Donovan | 75 St. John Street, Portland, ME 04102 | | 25 |
| Joel Knox | 75 St. John Street, Portland, ME 04102 | | 9 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nancy Norton | 75 St. John Street | | 07/01/2023 To 06/01/2025 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 2 <br> Name | 349,525.50 | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    Cozy Harbor Seafood, Inc.
_____
Name

Case number (if known) 25-20160

---

**30.2**    Name and address of recipient

Name

Relationship to debtor

---

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

Name of the parent corporation

Cozy Harbor Seafood, Inc.

Employer Identification number of the parent corporation

EIN: 02-0368494

---

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the pension fund

EIN: _____

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/25/25
                MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name   John Norton

Position or relationship to debtor   Authorized Party

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☑ Yes

---

Debtor Name    Cozy Harbor Seafood, Inc.                                    Case number *(if known)*    25-20160

## Continuation Sheet for Official Form 207

**11) Payments related to bankruptcy**

| Opus Consulting Partners LLC | 770 Congress Street, Portland, ME 04102 | $63,970.00 | |
| Spinglass Management Group LLC | 91 Auburn Street Suite J, Portland, ME 04101 | $18,465.00 | |
| Bernstein , Shur, Sawyer & Nelson, P.A. | 100 Middle Street P.O. Box 9729, Portland, ME 04104-5029 | $100,000.00 | 06/02/2025 |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

Form 207 Part 2 Payments

| Creditor's Name | Dates | Sum of 90 Day Payments | 91-365 Day Insider Payments | Reason for Payment |
|---|---|---|---|---|
| 35 UNION LLC | 4/3/25-7/1/25 | 54,133.56 | Not Insider | Supplier or Vendor |
| Acadia Insurance | 4/3/25-7/1/25 | 32,552.00 | Not Insider | Supplier or Vendor |
| Anthem Blue Cross Blue Shield | 4/3/25-7/1/25 | 52,345.63 | Not Insider | Supplier or Vendor |
| Arbutus Cove Enterprises | 4/3/25-7/1/25 | 45,000.00 | Not Insider | Supplier or Vendor |
| Atlantic Coast Seafood, Inc | 4/3/25-7/1/25 | 95,069.48 | Not Insider | Supplier or Vendor |
| Base | 4/3/25-7/1/25 | 101,589.10 | Not Insider | Supplier or Vendor |
| Broadreach Public Relations LLC | 4/3/25-7/1/25 | 12,000.00 | Not Insider | Supplier or Vendor |
| Butler Brothers Industrial Supply | 4/3/25-7/1/25 | 8,781.57 | Not Insider | Secured Debt |
| C.B.S. Lobster & Bait, Inc | 4/3/25-7/1/25 | 58,117.50 | Not Insider | Supplier or Vendor |
| Camden National Bank | 4/3/25-7/1/25 | 36,047.31 | Not Insider | Supplier or Vendor |
| Cape Ann Seafood Exchange | 4/3/25-7/1/25 | 25,698.34 | Not Insider | Supplier or Vendor |
| Cape Bald Packers | 4/3/25-7/1/25 | 50,000.00 | Not Insider | Supplier or Vendor |
| Central Maine Power | 4/3/25-7/1/25 | 74,053.01 | Not Insider | Supplier or Vendor |
| Channel Fish Processing Co Inc | 4/3/25-7/1/25 | 28,447.50 | Not Insider | Supplier or Vendor |
| City of Portland Treasury | 4/3/25-7/1/25 | 24,954.91 | Not Insider | Supplier or Vendor |
| CoolSeal USA | 4/3/25-7/1/25 | 33,376.00 | Not Insider | Supplier or Vendor |
| Corporate Payment Systems | 4/3/25-7/1/25 | 68,652.94 | Not Insider | Supplier or Vendor |
| Crown Lift Trucks | 4/3/25-7/1/25 | 9,526.66 | Not Insider | Supplier or Vendor |
| Cryovac Sealed Air Corporation | 4/3/25-7/1/25 | 9,764.75 | Not Insider | Supplier or Vendor |
| Curtis Thaxter  LLC | 4/3/25-7/1/25 | 132,834.00 | Not Insider | Supplier or Vendor |
| Durants Wharf, Inc. | 4/3/25-7/1/25 | 312,887.50 | Not Insider | Supplier or Vendor |
| East Coast Seafood, LLC | 4/3/25-7/1/25 | 1,166,715.75 | Not Insider | Supplier or Vendor |
| F/V Fishin Addiction | 4/3/25-7/1/25 | 39,373.00 | Not Insider | Supplier or Vendor |
| F/V Max & Emma | 4/3/25-7/1/25 | 111,535.00 | Not Insider | Supplier or Vendor |
| F/V PERSEVERANCE | 4/3/25-7/1/25 | 67,637.00 | Not Insider | Secured Debt |
| F/V TIMBERWOLF | 4/3/25-7/1/25 | 43,616.00 | Not Insider | Supplier or Vendor |
| Fisherman's Wharf Gloucester | 4/3/25-7/1/25 | 10,330.40 | Not Insider | Supplier or Vendor |
| Galway Transport Inc | 4/3/25-7/1/25 | 31,095.37 | Not Insider | Supplier or Vendor |
| GWI | 4/3/25-7/1/25 | 9,265.24 | Not Insider | Supplier or Vendor |
| Independent Fisheries Limited | 4/3/25-7/1/25 | 114,828.29 | Not Insider | Supplier or Vendor |
| Ion Networking | 4/3/25-7/1/25 | 18,418.17 | Not Insider | Supplier or Vendor |
| J.K. Marine dba Louisbourg Seafood Ltd | 4/3/25-7/1/25 | 267,800.00 | Not Insider | Supplier or Vendor |
| Key Bank | 4/3/25-7/1/25 | 483,995.15 | Not Insider | Supplier or Vendor |
| Lineage Logistics PFS, LLC | 4/3/25-7/1/25 | 44,590.18 | Not Insider | Supplier or Vendor |
| LITTLE BAY LOBSTER | 4/3/25-7/1/25 | 46,325.00 | Not Insider | Supplier or Vendor |
| Mark White Fractional Cfo | 4/3/25-7/1/25 | 9,475.00 | Not Insider | Supplier or Vendor |
| Matrix Sciences International Inc. | 4/3/25-7/1/25 | 10,764.12 | Not Insider | Supplier or Vendor |
| McCloskey, Mina, Cunniff & Frawley, LLC | 4/3/25-7/1/25 | 25,000.00 | Not Insider | Supplier or Vendor |
| Memic | 4/3/25-7/1/25 | 57,445.17 | Not Insider | Supplier or Vendor |
| Messer LLC | 4/3/25-7/1/25 | 40,560.52 | Not Insider | Supplier or Vendor |
| Northern Ocean Sea Products LLC | 4/3/25-7/1/25 | 666,778.76 | Not Insider | Supplier or Vendor |
| Packedge | 4/3/25-7/1/25 | 47,863.71 | Not Insider | Supplier or Vendor |
| Paid Family and Medical Leave Contributions | 4/3/25-7/1/25 | 10,967.00 | Not Insider | Supplier or Vendor |
| Portland Fish Exchange | 4/3/25-7/1/25 | 44,561.18 | Not Insider | Supplier or Vendor |
| Portland Water District | 4/3/25-7/1/25 | 43,055.16 | Not Insider | Supplier or Vendor |
| Purdy Powers & COmpany | 4/3/25-7/1/25 | 23,080.98 | Not Insider | Supplier or Vendor |
| Robinson's Wharf, Inc. | 4/3/25-7/1/25 | 69,759.00 | Not Insider | Supplier or Vendor |
| Round 2 Lobster Co. Ltd | 4/3/25-7/1/25 | 47,174.00 | Not Insider | Supplier or Vendor |
| Sea Salt LLC | 4/3/25-7/1/25 | 61,668.00 | Not Insider | Supplier or Vendor |
| Shyer's Lobster Pounds, Inc. | 4/3/25-7/1/25 | 10,530.00 | Not Insider | Supplier or Vendor |
| South Bristol Fisherman's Co-Op | 4/3/25-7/1/25 | 684,349.07 | Not Insider | Supplier or Vendor |
| Trace Register Inc. | 4/3/25-7/1/25 | 11,000.00 | Not Insider | Supplier or Vendor |
| Tribune Seafood Limited | 4/3/25-7/1/25 | 20,400.60 | Not Insider | Supplier or Vendor |
| Trillium Drivers | 4/3/25-7/1/25 | 9,962.26 | Not Insider | Supplier or Vendor |
| Troiano Waste Services, Inc | 4/3/25-7/1/25 | 17,008.64 | Not Insider | Supplier or Vendor |
| Tycho Poly Inc. | 4/3/25-7/1/25 | 12,646.60 | Not Insider | Supplier or Vendor |
| Unifirst Corporation | 4/3/25-7/1/25 | 14,729.76 | Not Insider | Supplier or Vendor |

| Creditor's Name | Dates | Sum of 90 Day Payments | 91-365 Day Insider Payments | Reason for Payment |
|---|---|---|---|---|
| UNITIL | 4/3/25-7/1/25 | 20,544.56 | Not Insider | Supplier or Vendor |
| Volk Packaging Corporation | 4/3/25-7/1/25 | 16,131.09 | Not Insider | Supplier or Vendor |
| Wedgeport Lobsters Limited | 4/3/25-7/1/25 | 81,962.20 | Not Insider | Supplier or Vendor |
| Whitecap International Seafood Exporters | 4/3/25-7/1/25 | 65,075.00 | Not Insider | Supplier or Vendor |
| Worldwide Perishables Enterprises LLC | 4/3/25-7/1/25 | 32,184.45 | Not Insider | Supplier or Vendor |
| Zep Manufacturing Co. | 4/3/25-7/1/25 | 11,811.79 | Not Insider | Supplier or Vendor |
| WNDK | 4/3/25-7/1/25 | 54,000.00 | 162,000.00 | Rent |
| John S Norton | 4/3/25-7/1/25 | 31,200.00 | 93,600.00 | Salary |
| Joe B Donovan | 4/3/25-7/1/25 | 26,975.00 | 80,925.00 | Salary |
| Mark Lannon | 4/3/25-7/1/25 | 6,970.00 | 13,000.50 | Supplier or Vendor |
| **Total** | | **6,006,989.93** | **349,525.50** | |