**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20100 |

**CERTIFICATE OF SERVICE**

I, Angela L. Stewart, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on May 30, 2025, I filed the *Debtor's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* with a *proposed form of Order* (the "Motion") [Docket No. 94] and the *Notice of Expedited Hearing* [Docket No. 96] via the Court's CM/ECF electronic filing system, which sent notice to all parties receiving notification through the Court's CM/ECF system.

I further certify that the Motion and Notice of Expedited Hearing were served upon the parties as indicated on the attached Service List.

Dated: May 30, 2025

*/s/ Angela L. Stewart*
Angela L. Stewart, CP©, CEDS
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

## SERVICE LIST

**The Motion and Notice of Expedited Hearing were served upon the following parties via electronic mail or facsimile on May 30, 2025 at 3:32 PM EST:**

| NAME | SERVICE CONTACT (EMAIL or FAX) |
|---|---|
| Stephen G. Morrell, Assistant U.S. Trustee | Stephen.G.Morrell@usdoj.gov |
| Internal Revenue Services, Centralized Insolvency Operation | 855-383-9723 |
| Office of the U.S. Attorney - Portland | 207-780-3304 |
| Thomas A. Knowlton, Esq. Maine Revenue Services | thomas.a.knowlton@maine.gov |
| Compliance Bankruptcy Unit, Maine Revenue Service | compliancebk.mrs@maine.gov |
| Town of Cumberland Maine c/o Town Clerk's Office | 207-829-2214 |
| Titan Funding LLC c/o Kellie W. Fisher, Esq. and Jeremy R. Fischer, Esq. | kfisher@dwmlaw.com jfischer@dwmlaw.com |
| Paul G. White Tile Company Inc. | info@paulwhitecompany.com |
| Timberland Drywall, Inc. c/o David C. Johnson, Esq. and Daniel L. Rosenthal, Esq. | dcj@marcusclegg.com dlr@marcusclegg.com |
| Chase Excavating Inc. c/o Andre Duchete, Esq. | aduchette@tmfattorneys.com |
| American Aerial Services Inc. c/o Samantha Adams, Esq. | samadams@adamsbullock.com |
| Pond Cove Millwork | info@pondcovemillwork.com |
| James A. McBrady, Inc. c/o Aaron P. Burns, Esq. | aburns@pearcedow.com |
| Liston Paints, LLC c/o United States Corporation Agents, Inc., Registered Agent | raservice@legalzoom.com |
| Builders Capital Finance, LLC c/o Andrew Helman, Esq., Kyle D. Smith, Esq., Michael Schuster, Esq. and Carter Wallace, Esq. | mschuster@polsinelli.com cwallace@polsinelli.com andrew.helman@dentons.com kyle.d.smith@dentons.com |
| Fiddlehead Designs Cabinetry, Inc. c/o David Levesque, Registered Agent | david@levesquelaw.com |
| FBS Plumbing & Heating Co. c/o Andrew Mayo, President | AMayo@JerrysPlumbingME.com |

| NAME | SERVICE CONTACT (EMAIL or FAX) |
|---|---|
| Hancock Lumber Company, Inc. c/o Jeffrey T. Piampiano, Esq. | jpiampiano@dwmlaw.com |
| DeStefano & Associates Inc. c/o Matthew Altieri, Esq. | maltieri@pierceatwood.com |
| Optimum Building Systems, LLC c/o Bodie B. Colwell, Esq. | bcolwell@preti.com |
| JLD Services LLC d/b/a Enertec c/o Justin Dibiase, Owner | justin@enertecme.com |
| GDS Services, Inc. d/b/a Stone Surface c/o Greg Smith, Owner | greg@stonesurface.net |
| Seabee Electric, Inc. c/o David Perkins, Esq. | dperkins@curtisthaxter.com |
| Broad Cove Ridge, LLC c/o Paul Driscoll, Esq. | pdriscoll@nhdlaw.com |

**The Application to Employ served upon the following parties via U.S. First Class Mail on May 30, 2025:**

Liston Paint, L.L.C.
370 Sawyer Street
South Portland, Maine 04106

Fiddlehead Designs Cabinetry, Inc.
102 Echo Road
Brunswick, ME 04011