*RELIEF REQUESTED WITHOUT A HEARING*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20100 |

**MOTION TO (I) CONTINUE HEARINGS REGARDING RETENTION APPLICATION, TRUSTEE MOTION AND MOTION TO DISMISS, AND (II) SCHEDULE A STATUS CONFERENCE ON JUNE 11, 2025**

The Mark Real Estate Holdings, LLC (the "**Debtor**") respectfully moves this Court (the "**Motion**") for the entry of an order: (A) indefinitely continuing the hearings, currently scheduled for June 11, 2025, at 10:00 a.m., on (i) the application to employ Bernstein Shur Sawyer & Nelson, PA [Docket No. 49] (the "**BSSN Application**"); (ii) Builders Capital Finance LLC's motion to appoint a chapter 11 trustee [Docket No. 85] (the "**Trustee Motion**"); and (iii) the *Debtor's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* (the "**Motion to Dismiss**") [Docket No. 94]; and (B) converting the June 11 hearing to a status conference. Builders Capital and Titan Funding, LLC ("**Titan**") consent to the relief sought by this Motion. In support of this Motion, the Debtor states as follows:

1. On April 22, 2025, the Debtor commenced its chapter 11 case by filing a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code with this Court.

2. As noted in the *Motion to (I) Continue Hearing Regarding Retention Application, Trustee Motion and Motion to Dismiss, and (II) Enlarge Objection Deadline to Retention*

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

*Application* [Dkt. No. 98] (the "**Motion to Continue**"), the Debtor, Builders Capital, and Titan have been engaged in good faith and productive negotiations towards a global resolution of issues in this bankruptcy case, including a path forward for the completion and sale of the project in Cumberland, Maine (the "**Property**").

3. Based on those ongoing discussions and the progress made to date, the Debtor, with the consent of Builders Capital and Titan, requests that the Court enter an order indefinitely continuing the hearings scheduled for June 11, 2025, at 10:00 a.m. on the BSSN Application, Trustee Motion, and Motion to Dismiss. In lieu of the scheduled hearings, the Debtor further requests that the Court enter an order scheduling a status conference for June 11, 2025, at 10:00 a.m., where the Debtor anticipates that the parties will be able to provide the Court with a further update on the status of negotiations between the parties and the path forward for this chapter 11 case. The Debtor submits that no party will be prejudiced by the consensual relief requested herein.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting this Motion and granting such other and further relief as this Court deems just and proper.

Dated: June 10, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
aprescott@bernsteinshur.com

*Proposed counsel to the debtor and debtor-in-possession*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing motion via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy case.

Dated:  June 10, 2025

/s/ Adam R. Prescott
Adam R. Prescott
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
aprescott@bernsteinshur.com