# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,<br>CASCO BAY LOBSTER CO., INC., and<br>ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>**Case No. 25-20160**<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on August 4, 2025, I filed the following documents via this Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through the Court's CM/ECF system in this case:

- *Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, And (D) Approving Sale of Substantially All Assets Free and Clear, (B) Authorizing Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* including the Proposed Order with the Bid Procedures exhibit and the Cure and Possible Assumption and Assignment Notice exhibit (collectively, the "**Bid Procedures and Sale Motion**") [Docket No. 112];

- *Notice of Hearing* for Bid Procedures and Sale Motion (the "**Hearing Notice**") [Docket No. 116]; and

- *Supplement to Applications to Employ Bernstein, Shur, Sawyer & Nelson, P.A. and Opus Consulting Partners, LLC* (the "**Supplemental Retention Document**") [Docket No. 114].

I further certify that on August 4, 2025, I caused to be mailed upon the parties in the Service List attached hereto the Hearing Notice and the Supplemental Retention Document.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St John Street, Portland, ME 04102.

I further certify that on August 4, 2025, I served the Bid Procedures and Sale Motion, Hearing Notice, and Supplemental Retention Document via email upon the parties as indicated on the attached Email Service List.

Dated: August 4, 2025

/s/ Katherine Flynn
Katherine Flynn
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

## SERVICE LIST

**The Bid Procedures and Sale Motion, Hearing Notice, and Supplemental Retention Document were served upon the following parties via electronic mail or facsimile on August 4, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| East Coast Seafood, LLC | toneill@myseafood.com; | 08/04/2025 |
| J.K. Marine dba Louisbourg Seafood Ltd | derrick.k@louisbourgseafoods.ca; damien.b@louisbourgseafoods.ca; | 08/04/2025 |
| Whitecap International Seafood Exporters | egerber@whitecapseafoods.com; | 08/04/2025 |
| Northern Ocean Sea Products, LLC | joyce@northernoceanmarine.com; | 08/04/2025 08/04/2025 |
| Cape Bald Packers | dallain@capebaldpackers.com; | 08/04/2025 |
| Independent Fisheries Limited | office@independentfisheries.ca; | 08/04/2025 |
| Packedge | eatkins@packedgeinc.com; | 08/04/2025 |
| Sea Salt, LLC | shawn.seasalt@gmail.com; | 08/04/2025 |
| Arbutus Cove Enterprises | admin@arbutuscove.net; | 08/04/2025 |
| Wedgeport Lobsters Limited | tammy@wedgeportlobsters.ca; | 08/04/2025 |
| Area 52 | info@area52.ca; | 08/04/2025 |
| Camden National Bank | abutler@camdennational.bank; jfischer@dwmlaw.com; kfisher@dwmlaw.com; | 08/04/2025 |
| Mechanical Services Inc. | info@mechanicalservices.com cleger@kelleyleger.com; | 08/04/2025 |
| Atlantic Coast Seafood, Inc. | shelli@atlanticcoastsfd.com; tory@atlanticcoastsfd.com | 08/04/2025 |
| Volk Packaging Corporation | klaverriere@volkboxes.com; bcolwell@preti.com; | 08/04/2025 |
| Channel Fish Processing, Co., Inc. | BBrennan@channelfish.com; | 08/04/2025 |
| Acadia Insurance | joan.gallant@acadia-ins.com; | 08/04/2025 |
| Portland Fish Exchange | jberg@pfex.org; rvanmeter@pfex.org; | 08/04/2025 |
| BASE Seafood Auction | carina@baseseafood.com; Cassie@baseseafood.com; | 08/04/2025 |
| CoolSeal USA | mjaeck@coolsealusa.com | 08/04/2025 |
| Seth Mayberry | smayberry4746@gmail.com; | 08/04/2025 |
| C.B.S Lobster & Bait, Inc. | cbslobster13@yahoo.com; | 08/04/2025 |
| Vessel Services, Inc. | office@vesselservicesinc.com; | 08/04/2025 |
| Village of Tenants Harbor | t.elwell@stgeorgemaine.com; | 08/04/2025 |

| City of Portland | treasury@portlandmaine.gov; ajames@portlandmaine.gov; rcreswell@creswelllaw.com; | 08/04/2025 |
|---|---|---|
| William Lunt | luntlobster@gmail.com; paulalunt@gmail.com; | 08/04/2025 |
| Tytan International, LLC | info@tytanintl.com; | 08/04/2025 |
| Cunningham Security Systerms | info@cunninghamsecurity.com; | 08/04/2025 |
| Maritime Energy | info@maritimeenergy.com; | 08/04/2025 |
| Crown Lift Trucks | amy.jackson@crown.com; | 08/04/2025 |
| Charter Communications | resibankruptcy@charter.com; | 08/04/2025 |
| Midcoast Marine Supply | mmsthomaston@yahoo.com; | 08/04/2025 |
| Office of the Maine State Treasurer | state.treasurer@maine.gov; | 08/04/2025 |
| Belinda Anderson | banderson@cozyharbor.com ; | 08/04/2025 |
| Key Bank | rclement@verrill-law.com; sdoil@verrill-law.com; | 08/04/2025 |
| Internal Revenue Service | scott.miller@irs.gov; | 08/04/2025 |
| Maine Revenue Services | compliancebk.mrs@maine.gov; John.Burke@maine.gov; | 08/04/2025 |
| Office of the U.S. Attorney | usame-bankruptcynotice@usdoj.gov; | 08/04/2025 |
| Ann-Marie Dirsa | Ann.Marie.Dirsa@usdoj.gov; | 08/04/2025 |
| Heather Sprague | heather.sprague@usdoj.gov; | 08/04/2025 |
| Joseph Donovan | kmcdonald@mpmlaw.com; msmart@mpmlaw.com; | 08/04/2025 |

**The Hearing Notice and the Supplemental Retention Document were served upon the following parties via U.S. First Class Mail on August 4, 2025:**
See attached matrix.

35 UNION LLC
P.O. Box 389
Portland        ME      04101

Acadia Insurance
P.O. Box 9010
Westbrook       ME      04098

Al Butler
190 Water Street
P.O Box 178
Gardiner        ME      04345

Alan A Post
PO Box 4
South Thomaston       ME      04858

Allegiance Trucks
351 North Street
Saco, ME 04072

Alex Ausplund
340 Wallston Road
Tenants Harbor        ME      04860

Amato's Sandwich Shops, Inc
312 Saint John Street  2nd Floor
Portland        ME      04102

AMCS OpCo LLC
292 Centennial Road
Toledo OH       43617

Anthem Blue Cross Blue Shield
2 Gannett Dr
South Portland, ME 04106

Arche Advisors, Inc.
50 E 100 S #201
St. George, UT 84770

Office of the United States Trustee
ATTN: Heather Sprague
5 Post Office Square, Suite 100
Boston, MA 02109

Applied Refrigeration Services
7C Commons Ave
Windham      ME     40692

Aqua Production Systems
4036 Gairloch Rd
Union Center  NS - Canada   B0K1S0

Araho Transfer
7 Fid Kennedy Ave
Boston MA     02210

Arbutus Cove Enterprises
650 Herald Street
Victoria          BC - Canada   V8W1S7

Area 52
163 Zack Rd
Lustes Mountain        NB - Canada   E1G2V1

Atlantic Coast Seafood, Inc
42-44 Boston Fish Pier
Boston MA     02210

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford      NH      03869

Baader North America Corp.
505 Hwy. 82 W.      Ste A
Indianola      MS      38751

Bangor Savings Bank
20 Marginal Way
Portland       ME      04101

BASE
62 Hassey Street
New Bedford   MA    02740

Beaver Enterprises, Inc
204 Park Street
Rockland       ME      04841

6

Belinda Anderson
P.O. Box 10
Tenants Harbor        ME        04860

Belt Power LLC
2197 Canton Road
Suite 208
Marietta        GA        30066

Brendan G. Newell
7 Creek Lane
Damariscotta   ME        04543

Brent Nappi
1 Shady Lane
Falmouth        ME        04105

Broadreach Public Relations
19 Commercial Street
Portland, ME 04101

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston        ME        04240

C.B.S. Lobster & Bait, Inc
52 Union Wharf
Portland        ME        04101

Camden National Bank c/o Kellie Fisher, Jeremy Fischer
2 Elm Street
Camden        ME        04843

Drummond Woodsum
Attn: Kellie Fisher, Esq.
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Drummond Woodsum
Attn: Jeremy R. Fischer, Esq.
84 Marginal Way, Suite 600
Portland, ME 04101-0248

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance Dept #100

P.O. Box 4776
Houston        TX        77210-4776

Cape Bald Packers
2618 Acadie Road
Cap-Pele        NB - Canada    E4N 1E3

Central Maine Power
P.O BOX 847810
BOSTON        MA        02284-7810

Channel Fish Processing Co Inc
200 Commerce Dr
Braintree        MA        02184

Charter Communications
P.O. Box 6030
Carol Stream    IL        60197-6030

Chep USA
15226  Collections Center Dr
Chicago        IL        60693

Cintas
P.O Box 631025
Cincinnati        OH        45263-1025

City of Portland
389 Congress Street
P.O. Box 544
Portland, ME 04112

City of Portland Department of Public Works
212 Canco Road        Suite B
Portland        ME        04103

Coastal  Carriers, Inc
28 Tichnor Court
Scituate        MA        02066

Coface North America Insurance Company
P.O. Box 70280        Lockbox 10116
Philadelphia    PA        19176-0280

Consolidated Communications
1 Davis Farm Road
Portland, ME 04103-1668

CoolSeal USA
232 J Street
Perrysburg        OH       43551

Corporate Payment Systems
P.O Box 790428
St. Louis         MO       63179-0428

Corporate Billing
P.O. Box 1726
Decatur, AL 35602

Crosspack, Inc
2 Alden Lane
Scarborough    ME       04074

Crown Lift Trucks
P.O Box 641173
Cincinatti        OH       45264 - 1173

Crown Lift Trucks
165 Innovation Way
Scarborough ME 04074

Crow's Nest Property
7 Wright Way
Falmouth          ME       04105

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte         NC       28208

Cunningham Security Systems
325 US Route 1
Falmouth          ME       04105

Curtis Thaxter  LLC
200 Middle Street
Suite 1001
Portland          ME       04101

Dale Carson
P. O. Box 441
Tenants Harbor          Maine  04860

Darrell Olsen
P.O. Box 24
Port Clyde      ME      04855

David Hupper
20 Hupper Lane
Tenants Harbor          ME      04860

David Johnson
299 Fern Avenue
Long Island    ME      04050

Dave Dyer
79 Summit Terrace
North Yarmouth          ME      04097

Dead River Company
P.O Box 467
Scarborough    ME      04070-0467

Doug's Fresh Express
91 Spring View Drive
Lynn    MA      01904

Downeast Energy
86 Pleasant Hill Road, STE 1
Scarborough    ME      04074

Durants Wharf, Inc.
899 Cundys Harbor Road
Harpswell      ME      04079

East Coast Seafood, LLC DBA Seatrade International
10 North Front Street
New Bedford  MA      02740

Equitable Payment Center
P.O. Box 371405
Pittsburgh      PA      15250 - 7405

F.W Webb Company

160 Middlesex Turnpike
Bedford        MA    01730

F/V Fishin Addiction
114 Macarthur Drive
New Bedford  MA    02740

F/V Max & Emma
114 MacArthur Drive
New Bedford  MA    02740

F/V TIMBERWOLF
114 MacArthur Drive
New Bedford  MA    02740

Fedex
P. O Box 371461
Pittsburgh      PA      15250-7461

Fedex Corporation
Attn: Legal Department - Compliance
1000 Ridgeway Loop - Ste 500
Memphis        TN      38120

FFE Transportation Services Inc
P.O. Box 847576
Dallas  TX    75284-7576

Finance Authority of Maine
5 Community Drive
Suite 102
Augusta, ME 04330

Fisherman's Wharf Gloucester
37 Rogers Street
Gloucester      MA      01930

Flores & Associates
P.O Box 63238
Charlotte        NC      28263-3238

Food Prep Solutions
P.O. Box 4777
Stamford        CT      06907

Frederick Safety Services
32 Grove Street
BrewerME     04112

Freightliner of Maine
422 Perry Road
BangorME     04401

Frosty Seas
6901 NW 41st STREET
Miami FL     33166

Galway Transport Inc
P.O Box 419
Kennebunk     ME     04112 - 0389

Goodyear Commercial Tire & Services
10 Gin Rd
Scarborough     ME     04074

Grainger
DEPT. 808682348
Palatine       IL       60038-0001

Graybar Electric Company, Inc
P. O Box 414426
Boston MA     02241 - 4428

Guys Locksmith
1932 Broadway
South PortlandME     04106

GWI
43 Landry St
Biddeford ME 04005

Hall Internet Marketing
10 Mill Brook Rd     Unit 1
Saco     ME     04072

Hamilton Marine
155 E. Main Street
Searsport       ME     04974

Harbor Fish Market

9 Custom House Wharf
Portland          ME      04101

Harcros Chemical Inc
P. O Box 74583
Chicago          IL       60696

Office of the United States Trustee
ATTN: Heather Sprague
5 Post Office Square, Suite 1000
Boston MA      02109

Hygiena LLC
941 Avenida Acaso
Camarillo        CA      93012

Immigration and Customs Enforcement (ICE)
David Fife, Special Agent
One City Center, Suite 404
Portland          ME      04101

Intact Services USA
P.O Box 371871
Pittsburgh       PA      15250-7871

Independent Fisheries Limited
1271 Little Harbour Road, Comp 2 Box 9
Sable River      Nova Scotia    B0T 1V0

Industrial Calibration
71C Pine Rd.
Hudson           NH      03051

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia    PA      19101-7346

International C Food Inc.,
P. O Box E - South Station
Fall River        MA      02724

Intral Worldwide LLC
ATTN: Dean Scribner
1900 Crown Colony, Suite 407

13

QuincyMA     02169

Ion Networking
1 Perry Hawkes Rd
Windham      ME    04062

IPFS Corporation
P.O Box 32144
New York     NY    10087-2144

Jamison Door Company
55 Jv Jamison Dr
Hagerstown, MD 21740

JK Marine dba Louisbourg Seafood, Ltd.
P.O. Box 5609
Louisbourg    NS - Canada   B1C1B5

JK Marine dba Louisbourg Seafood, Ltd.
77 Kings Rd
Sydney, Nova Scotia B1S1A2
Canada

John Armstrong
PO Box 127
Tenants Harbor      ME    04860

John Hansen
P.O. Box 426
Tenants Harbor      ME    04860

Johnson Controls
DEPT. CH 10320
Palatine      IL    60055-0320

Joseph B. Donovan c/o Kelly McDonald, Micah Smart
Murray, Plumb & Murray
75 Pearl Street, P.O. Box 9785
Portland, Maine 04104-5085

Katahdin Analytical Services
P.O Box 540
Scarborough   ME    04070

KCV Trailer Rentals

14

127 Pleasant Hill Rd
Scarborough    ME    04074

Key Bank, N.A.
One Canal Plaza        3rd Floor
Portland        ME    04101

Key Bank, N.A. c/o Shawn K. Doil, Esq.
Verrill Dana,LLP
One Portland Square, 10th Floor
Portland, ME 04101-4054

Key Bank, N.A. c/o Roger Clement, Esq.
Verrill Dana,LLP
One Portland Square, 10th Floor
Portland, ME 04101-4054

Kyocera
55 Bradly Drive
Westbrook      ME    04092

Laitram Machinery INC
P.O. BOX 730443
Dallas  TX    75373-0443

Lineage Logistics PFS, LLC
P.O Box 734938
Dallas  TX    75373

Lineage Logistics, LLC
P.O Box 974647
Dallas  TX    75397

LITTLE BAY LOBSTER
158 SHATTUCK WAY
NEWINGTON          NH    03801

Logtek Inc
P.O Box 744889
AtlantaGA    30384-4889

Loma Systems Inc
39425 Treasury Center
Chicago        IL    60694-9400

Maine Coast Petroleum
48 Main Street
St. George, ME 04860

Maine Department of Agriculture, Conservation & Forestry
28 Statehouse Station
Augusta        ME        04333

Maine Department of Marine Resources
21 Statehouse Station
Augusta        ME        04333

Maine Hardware
274 Saint John Street
Portland        ME        04102

Maine Marine Supply
416 Commercial Street
Portland        ME        04101

Maine Revenue Services
51 Commerce Dr
Augusta        ME        04333

Office of the Maine State Treasurer
39 State House Station, Burton M. Cross Building
111 Sewall Street
Augusta        ME        04333-0039

Maine Scale LLC
4 Washington Street North
Auburn        ME        04210

Marel Inc.
1024 Airport Parkway
Gainesville        GA        30501

Marine Stewardship Council International Ltd
Marine House
1 Snow Hill
London        England        EC1A 2DH

Maritime Energy
153 New County Rd
Thomaston        ME        04861

16

Mark Lannon
75 St. John Street
Portland, ME 04102

Massachusetts Port Authority
P.O Box 3471
Boston MA     02241

Matheson Tri-Gas Inc
P.O. Box 347297
Pittsburgh     PA     15251-4297

Matrix Sciences     1061
Feehanville Dr
Mount Prospect     FL     60056

McCloskey, Mina, Cunniff & Fawley
12 City Center
Portland, ME 04101

McMaster-Carr Supply Company
P.O. Box 7690
Chicago     IL     60680

Mechanical Services, Inc
400 PRESUMPSCOT STREET
PORTLAND  ME     04103

Memic
P.O. Box 6900
Lewiston     ME     04243-6900

Mesa Labs
Lakewood Manufacturing Facility
12100 W 6th Ave
Lakewood     CO     80228

Messer LLC
P.O Box 731114
Dallas  TX     75373-1114

Michael Ames
570 Port Clyde Road
Tenants Harbor     ME     04860

Midcoast Marine Supply
153 New County Rd
Thomaston    ME    04861

Michael Floyd
18 Vernon Road
Long Island    ME    04050

Michael Johnson
283 Fern Ave.
Long Island    ME    04050

Mike Hahn
20 Marginal Way
Portland    ME    04101

Miner, Ltd.
18 Willey Road
Saco    ME    04072

Modern Pest Services
100 PLEASANT ST
BRUNSWICK    ME    04011

Multivac
DEPT. CH 17573
PALATINE    IL    60055-7573

Mutual Of Omaha    Payment Processing Center
P.O. Box 2147
Omaha NE    68103-2147

NEPW Logistics Inc
70 Quarry Road
Portland    ME    04103

New England Bait, LLC
1755 Indian River Road
Jonesport, ME 04649

New England Kenworth
42 Wallace Avenue
South PortlandME    04106

New York Life Insurance Company
P.O. Box 130539
Dallas, TX 75313

NHDOT E-Z Pass     P.O Box 9687
Manchester    NH     03108

Northeast Delta Dental
One Delta Drive
P.O. Box 2002
Conrod, NH 03302-2002

Northeast Laboratory Services
P.O Box 788
Waterville     ME     04903

Northern Ocean Sea Products LLC dba Northern Ocean Marine
7 Parker Street2nd Floor
Gloucester     MA     01930

NWD Inc
P.O Box 50821
New Bedford  MA     02745

Ocean Explorer
P.O. Box 6
Tenants Harbor        ME     04860

Office of the U.S. Attorney
537 Congress Street
Suite 300
Portland        ME     04101-3490

O'Hara Corporation
120 Tillson Avenue     Suite 100
Rockland        ME     04841

Packaging Products Corp.
P.O Box 697
Wilmington     MA     01887

Packedge
955 Portland Rd
Saco    ME     04072-9675

Pallet One - Issacson Lumber Company
P.O. BOX L
Livermore falls          ME      04254

Paula Lunt
P.O. Box 198
Tenants Harbor, ME 04860

Plastic Supply
6 Pomerleau Street
Biddeford        ME      04005

PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DR.          SUITE 250
HORSHAM    PA      19044

Portland Fish Exchange
6 Portland Fish Pier
Portland         ME      04101

Portland Plastic Pipe
444 Lincoln Street Extension
South PortlandME      04106

Portland Water District
225 Douglass Street
P.O. Box 3553
Portland         ME      04101

Power Products Systems
90 Bay State Road
Wakefield        MA      01880

Progressive Scale & Label Systems, LLC
P.O Box 587
Bethel  CT      06801

Purdy Powers & Company
130 Middle Street
Portland         ME      04101

Pyramid Transport & Cold Storage
100 S. Laws St
Bridgeville      DE      19933

Quadient Finance USA, Inc
P.O Box 6813
Carol Stream   IL     60197-6813

R&D Trash Removal
PO Box 130
Thomaston     ME     04861

City of Portland c/o Randy J. Creswell
P.O. Box 7340
Portland, ME 04112

Retail Services Co.
2108 West Broadway Unit A
South PortlandME     04106

Robinson's Wharf, Inc.
20 Hendricks Hill Road
Southport       ME     04576

Ross Industries, Inc.
P.O Box 677817
Dallas  TX     75267-7817

Round-2 Lobster Co., Inc.
1708 State Road
Plymouth, MA 02360

Russell Langmaid
99 Little John Road
Yarmouth       ME     04096

Ryder Transportation Services
P. O Box  96723
Chicago         IL     60693-9337

Sea Salt LLC
660 Main Street
Saco    ME     04072

Secretary of State
148 State House Station
Augusta, ME 04333

SEDNA TECHNOLOGIES

21

27 Parker Street SUITE # 12251
Dartmouth      NS - Canada    B2Y 4T5

Seth Mayberry
81 Totten Road
Gray    ME    04039

Share-ify
585 East State Road 434        1st Floor
Longwood      FL      32750

Shyer's Lobster Pound, Inc.
380 S Broadway
Salem, NH 03079

South Bristol Fisherman's Co-Op
P.O. Box 63
South Bristol   ME      04568-0063

Staples c/o Shane Anderson
P.O. BOX 70242
PHILADELPHIA      PA      19176-0242

Stavis Seafoods LLC
P. O. Box 712122
Philadelphia    PA      19171-2122

Taylor Lobster Company LLC
32 Route 236
Kittery ME      03904

Taylor Services, LLC
16 Westview Drive
Raymond        ME      04071

TCN Holdings, LLC d/b/a ODORITE Co.
5 Wallace Avenue BLDG 2
South Portland Maine  04106

TD Bank
1 Portland Square      Suite 4
Portland        ME      04101

Tenants Harbor Wharf, LLC
P.O. Box 389

Portland        ME      04112

The Cote Corporation
2980 Hotel Road
P.O Box 1418
Auburn          ME      04211-1418

TOM RENEHAN
11 WINTER ST
YARMOUTH ME      04096

Tom Scola
36 Eastern Ave
Gloucester       MA      01930

Trace Register, Inc.
119 1st Avenue South
Suite #440
Seattle, WA 98104

Tribune Seafood Limited - C/O T65045
P.O. Box 55811
Boston MA      02205-5811

Trillium Drivers
P.O Box 671854
Detroit MI      48267-1854

Troiano Waste Services, Inc
PO BOX 3541
Portland        ME      04104-3541

Tycho Poly Inc.
101 Hanlan Rd
Woodbridge, ON L4L 395
Canada

Tytan International, LLC
801 Carpenters Crossing
Folcroft         PA      19032

Ubaldo Chach Julian
1423 Pleasant Street    Apt 1
New Bedford  MA      02740

Uline
Attn: Accounts Receivable
PO BOX 88741
Chicago      IL      60680-1741

Ultra Source LLC
1414 West 29th Street
Kansas City   MO    64108-3604

Unifirst Corporation
P.O Box 650481
Dallas  TX    75265-0481

United States Department of Commerce - National Marine Fisheries Service
55 Great Republic Drive
Gloucester      MA    01930

UNITIL
P.O BOX 981077
BOSTON      MA    02298-1010

US Cellular
DEPT. 0205
PALATINE IL      60055-0205

USA Container Freezer & Refrigeration, LLC
75 Neal Court
Plainville CT   06062

VERNO d'EON FISHING SUPPLIES LTD
P.O BOX 70
MIDDLE WEST PUBNICO
NS - Canada   B0W 2M0

Verrill Dana
c/o Roger Clement
1 Portland Square - 10th Floor
Portland      ME    04101

Vessel Services, Inc.
1 Portland Fish Pier
Portland      ME    04101

Village of Tenants Harbor
3 School Street

24

Tenants Harbor         ME       04860

Vital Delivery Solutions LLC
P. O Box 1075
WILLISTON  VT      05495

Volk Packaging Corporation
11 Morin Street
Biddeford       ME      04005

Preti Flaherty, LLP
Attn: Bodie B. Colwell, Esq.
One City Center
P.O. Box 9546
Portland, ME 04112-9546

WD Matthews
901 Center St
Auburn         ME      04210

Wedgeport Lobsters Limited
P.O Box 400
Lower Wedgeport     NS - Canada    B0W 2B0

Wells Fargo Equipment Finance, Inc.
600 South 4th Street   MAC N9300-100
Minneapolis    MN      55412

Wells Fargo Vendor Financial Services, LLC
PO Box 070241
Philadelphia    PA      19176-0241

Whitecap International Seafood Exporters
591 North Avenue
Wakefield       MA      01880

William Lunt
P.O Box 198
Tenants Harbor         Maine  04860

WNDK Limited Liability Company
c/o John Norton, Lr.
P.O Box 389
Portland        ME      04112

Worldwide Perishables Enterprises LLC
195 Cottage Street
Chelsea          MA     02150

WQS, LLC
15720 Brixham Hill Ave        Suite 320
Charlotte       NC     28277

Wright Express Fleet Services        WEX Bank
P.O Box 4337
Carol Stream   IL       60197-6293

Zep Manufacturing Co.
P.O Box 3338
Boston MA      02241-0389

Zoro Tools, Inc.
ATTN: Cash Processing
P.O Box 5233
Janesville WI  53547-5233