**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Mark Real Estate Holdings, LLC,[1] | Case No. 25-20100 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Kate Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on June 18, 2025, I filed the *Application of the Debtor to Compromise Controversies By and Between the Debtor, Builders Capital Finance LLC, and Titan Funding, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Request for Expedited Determination and Shortened Objection Period, Exhibit A (Settlement Term Sheet)*, and a *proposed form of Order* (the "Application") [Docket No. 112] via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that, on June 19, 2025, I filed the *Notice of Expedited Hearing* [Docket No. 116] via CM/ECF, which sent notice to all parties receiving notification through CM/ECF.

Lastly, I certify that the Application and Notice of Expedited Hearing were served upon the parties as indicated on the attached Service List.

Dated: June 20, 2025

/s/ Kate Flynn
Kate Flynn
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

**SERVICE LIST**

**The Application and Notice of Expedited Hearing were served upon the following parties via electronic mail or facsimile on June 19, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) |
| --- | --- |
| | |
| Ann Marie Dirsa and Heather A. Sprague, Assistant U.S. Trustee | ann.marie.dirsa@usdoj.gov heather.sprague@usdoj.gov |
| Internal Revenue Services, Centralized Insolvency Operation | 855-383-9723 |
| Office of the U.S. Attorney - Portland | 207-780-3304 |
| Thomas A. Knowlton, Esq. Maine Revenue Services<br><br>Compliance Bankruptcy Unit, Maine Revenue Service | thomas.a.knowlton@maine.gov<br><br>compliancebk.mrs@maine.gov |
| Town of Cumberland Maine c/o Town Clerk's Office | 207-829-2214 |
| Titan Funding LLC c/o Kellie W. Fisher, Esq. and Jeremy R. Fischer, Esq. | kfisher@dwmlaw.com jfischer@dwmlaw.com |
| Paul G. White Tile Company Inc. | info@paulwhitecompany.com |
| Timberland Drywall, Inc. c/o David C. Johnson, Esq. and Daniel L. Rosenthal, Esq. | dcj@marcusclegg.com dlr@marcusclegg.com |
| Chase Excavating Inc. c/o Andre Duchete, Esq. | aduchette@tmfattorneys.com |
| American Aerial Services Inc. c/o Samantha Adams, Esq. | samadams@adamsbullock.com |
| Pond Cove Millwork | info@pondcovemillwork.com |
| James A. McBrady, Inc. c/o Aaron P. Burns, Esq. | aburns@pearcedow.com |
| Liston Paints, LLC c/o United States Corporation Agents, Inc., Registered Agent | raservice@legalzoom.com |
| Builders Capital Finance, LLC c/o Andrew Helman, Esq., Kyle D. Smith, Esq., Michael Schuster, Esq. and Carter Wallace, Esq. | mschuster@polsinelli.com cwallace@polsinelli.com andrew.helman@dentons.com kyle.d.smith@dentons.com |
| Fiddlehead Designs Cabinetry, Inc. c/o David Levesque, Registered Agent | david@levesquelaw.com |
| FBS Plumbing & Heating Co. c/o Andrew Mayo, President | AMayo@JerrysPlumbingME.com |

2

| NAME | SERVICE CONTACT (EMAIL or FAX) |
|---|---|
| Hancock Lumber Company, Inc. c/o Jeffrey T. Piampiano, Esq. | jpiampiano@dwmlaw.com |
| DeStefano & Associates Inc. c/o Matthew Altieri, Esq. | maltieri@pierceatwood.com |
| Optimum Building Systems, LLC c/o Bodie B. Colwell, Esq. | bcolwell@preti.com |
| JLD Services LLC d/b/a Enertec c/o Justin Dibiase, Owner | justin@enertecme.com |
| GDS Services, Inc. d/b/a Stone Surface c/o Greg Smith, Owner | greg@stonesurface.net |
| Seabee Electric, Inc. c/o David Perkins, Esq. | dperkins@curtisthaxter.com |
| Broad Cove Ridge, LLC c/o Paul Driscoll, Esq. | pdriscoll@nhdlaw.com |

**The Application and Notice of Expedited Hearing were served upon the following parties via U.S. First Class Mail on June 20, 2025:**

See attached matrix.

Action Industries
14 McFadden Road
Palmer, PA 18045-7817

AlphaGraphics
230 Corporate Drive
Portsmouth, NH 03801-2849

American Aerial Services Inc.
c/o Samantha Adams, Esq.
Adams & Bullock, P.A.
217 Commercial St
Portland, ME 04101-4679

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Androscoggin Pest Solutions
PO Box 520
Sabattus, ME 04280-0520

Auburn Concrete, Inc.
8 Goldthwaite Road
Auburn, ME 04210

Bank of America
ATTN Bankruptcy Dept.
475 Cross Point Way
P.O. Box 9000
Getzville, NY 14068-9000

Bob Frizzell General Contractor, Inc.
16 Commerce Way
Milton, NH 03851

Broad Cove Ridge, LLC
97 Ledgebrook Crossing
Brunswick, ME 04011-7138

Builders Capital
1019 39th Ave SE
Suite 220
Puyallup, WA 98374-2116

Builders Capital Finance, LLC
1019 39th Ave SE
Suite 220
Puyallup, WA 98374-2116

Builders Capital Finance, LLC
c/o Joan M. Egdall, Esq.
Demerle & Assocites, P.C.
10 City Square
Charlestown, MA 02129-3740

Builders Installed Products of Maine, LLC
515 Riverside Industrial Pkwy
Portland, ME 04103-1417

C.A.S. Construction
368 Town Farm Road
North Shapleigh, ME 04076-3354

Central Maine Power Company
Attn: Bankruptcy Unit
83 Edison Drive
Augusta, ME 04330-6028

Chase Excavating Inc.
c/o Andre Duchette, Esq.
Taylor McCormack & Frame LLC,
267 Commercial Street
Portland, ME 04101-4623

Cintas First Aid & Safety
88 Spiller Dr
Westbrook, ME 04092-2077

Colonial Insulation and Fireproofing
764 US-1
York, ME 03909

Contractors Risk Management, Inc.
PO Box 211
Concord, NH 03302-0211

Croteau Concrete Plumbing, LLC
PO Box 272
Gorham, ME 04038-0272

Cumberland Foreside Partners, LLC
488 Northeast 18th Street
Miami, FL 33132-1112

Demo-Core LLC
159 Crestview Drive
Jaffrey, NH 03452-5507

Dennis K. Burke, Inc.
555 Constitution Drive
Taunton, MA 02780-7365

DeStefano & Associates Inc.
c/o Matthew Altieri, Esq.
Pierce Atwood
245 Commercial Street
Portland, ME 04101-4622

EarthCam, Inc.
650 E Crescent Avenue
Upper Saddle River, NJ 07458-1800

Ed Hodson Masonry Inc.
53 Turner Drive
North Monmouth, ME 04265-6237

Eldredge Lumber
627 US Route One
York, ME 03909-1672

Enertec
73 Rainmaker Dr.
Portland, ME 04103-1291

Exactitude Inc.
12 Sky View Drive
Cumberland Foreside, ME 04110-1340

Fastener Warehouse
145 Heritage Ave
Suite 220
Portsmouth, NH 03801-2091

FBS Plumbing & Heating Co.
d/b/a Jerry's Plumbing & Heating
36 Woldbrook Drive
Windham, ME 04062-5359

Fiddlehead Designs Cabinetry, Inc.
102 Echo Road
Brunswick, ME 04011-7181

Gavin McCarthy, Esq.
Pierce Atwood
254 Commercial Street
Portland, ME 04101-1110

GDS Services, Inc. d/b/a Stone Surface
9 Lakes Plaza Drive
Naples, ME 04055-5355

Glass Pro
84 Exeter Road
Epping, NH 03042-2209

Grainger
425 Warren Ave
Portland, ME 04103-1172

Hammond Lumber Company
2 Hammond Drive
Belgrade, ME 04917-4152

Hancock Lumber Company, Inc.
c/o Jeffrey T. Piampiano, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480

HD White Cap Construction
14 Rainmaker Drive
Portland, ME 04103-1291

Henniker Directional Drilling, LLC
P.O. Box 2156
Henniker, NH 03242-2156

Henry Barkley, Esq.
Curtis Thaxter LLC
PO Box 7320
Portland, ME 04112-7320

High Tech Fire Protection
84 Hackett Mills Road
Poland, ME 04274-6534

Hilti, Inc.
383 Dorchester Ave
STE 180
Boston, MA 02127-2435

Hissong Ready Mix
P.O. Box 878
Kennebunk, ME 04043-0878

Infinite Imaging
470 US Route 1
York, ME 03909-1696

INOFAB, LLC
26 Broadway St.
Pittsfield, NH 03263-3800

Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James A. McBrady, Inc.
c/o Aaron P. Burns, Esq.
Pearce, Down & Burns, LLP
P.O. Box 108
Auburn, ME 04212-0108

James E. Belleau, Esq.
Trafton, Matzen, Belleau & Frenette, LLP
10 Minot Avenue
Auburn, ME 04210-4900

JLD Sevices LLC d/b/a Enertec
c/o Justine Louis Dibiase
73 Rainmaker Drive
Portland, ME 04103-1291

Kellie W. Fisher, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Kelly McDonald, Esq.
Murray Plumb & Murray
75 Pearl Street
PO Box 9785
Portland, ME 04104-5085

KL Jack & Company
145 Warren Ave
Portland, ME 04103-1190

Kone, Inc.
2401 W. Broadway
Suite 16
South Portland, ME 04106-3368

Landry and Sons Acoustics, Inc.
141 Spring Street
Lewiston, ME 04240-7522

Liston Paints, LLC
370 Sawyer Street
South Portland, ME 04106-3935

Liston Paints, LLC
c/o United States Corporation
Agents, Inc.
315 Hatchet Mountain Road
Hope, ME 04847-3057

Lowes
1058 Brighton Avenue
Portland, ME 04102-1030

Maine Revenue Services
c/o Thomas A. Knowlton, Esq., AAG
6 State House Station
Augusta, ME 04333-0006

Mark McClure
2 Town Landing Road
Falmouth, ME 04105-1624

Michael J. Pearce, Esq.
Pearce, Down & Burns, LLP
Two Monument Square, Suite 901
P.O. Box 108
Portland, ME 04112-0108

Mobile Fencing
81 Pilsudski Street
Providence, RI 02909-2920

Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101-4100

Office of U.S. Trustee
537 Congress Street, Suite 300
Portland, ME 04101-3490

On Target Utility Services
52 Canco Road
Portland, ME 04103-3422

Optimum Building Systems, LLC
12 Colby Road
Litchfield, NH 03052-1033

Owen Haskell, Inc.
390 U.S. Route 1
Unit 10
Falmouth, ME 04105-1395

Paul F. Driscoll, Esq.
Norman, Hanson & DeTroy LLC
P.O. Box 4600
Portland, ME 04112-4600

Paul G. White Tile Company Inc.
444 Riverside Industrial Parkway
Portland, ME 04103-1418

Pella Windows & Doors
400 Expedition Drive
Suite B
Scarborough, ME 04074-5515

Pond Cove Millwork
22 Mill Brook Rd.
Saco, ME 04072-9806

Portland Water District
225 Douglass St.
Portland, ME 04102-2567

Rebars & Mesh
111 Avco Road
Haverhill, MA 01835-6956

RedCap Staffing
1158 Forest Ave
Portland, ME 04103-3338

ROI Staffing of Massachusetts
200 Highland Ave
STE 4
Needham, MA 02494-3052

Royal Flush Portable Restrooms
P.O. Box 3541
Portland, ME 04104-3541

S. Richer, Inc.
31 Smada Dr.
Sanford, ME 04073-5824

Seacoast Ace Hardware
70 Heritage Ave
Portsmouth, NH 03801-5662

Seacoast Concrete Plumbing
1941 State Rd
Eliot, ME 03903-1099

Seebee Electric, Inc.
c/o David Perkins, Esq.
Curtis Thaxter LLC
P.O. Box 7320
Portland, ME 04112-7320

Standard Waterproofing, Inc.
1020 Augusta Road
Waterville, ME 04901-0721

Sunbelt Rentals
5 Glasnow Road
Scarborough, ME 04074-8781

Survey, Inc.
P.O. Box 210
Windham, ME 04062-0210

The Home Depot
245 Riverside Street
Portland, ME 04103-1038

The Mark Real Estate Holdings, LLC
100 US Route 1
Cumberland, ME 04021

Timberland Drywall, Inc.
626 Main St.
Gorham, ME 04038-2620

TITAN FUNDING LLC
C/O EDWARD PIAZZA
2701 NW 2ND AVE STE 105
BOCA RATON FL  33431-6707
USPS change

Town of Cumberland
290 Tuttle Road
Cumberland, ME 04021-4116

Trade Source, Inc.
647 U.S. Route One
Suite 209
York, ME 03909-1689

Tri Cast Inc.
3 Rescue Ln
Somersworth, NH 03878-1246

United Rentals
10 Thomas Dr.
Westbrook, ME 04092-3824

Universal Framers
23 Essex Street
North Reading, MA 01864-1913

W.H. Demmons, Inc.
93 Warren Ave
Portland, ME 04103-1271

Wolf-Ridge
531 Quaker Hill Rd.
Albion, ME 04910-6621

Liston Paint, L.L.C.
370 Sawyer Street
South Portland, Maine 04106