**Exhibit A**
**Declaration**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: | Chapter 11 |
| THE MARK REAL ESTATE HOLDINGS, LLC, | Case No. 25-20100 |
| Debtor.[1] | |

**DECLARATION OF STEFAN P. KEENAN IN SUPPORT OF APPLICATION OF THE DEBTOR FOR ORDER PURSUANT TO §§ 327 AND 328 OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF KEENAN AUCTION COMPANY, EFFECTIVE AS OF JULY 8, 2025**

I, Stefan P. Keenan, declare (this "**Declaration**"), pursuant to § 1746 of title 28 of the United States Code, as follows:

1.      I am the Real Estate Division Manager of Keenan Auction Company, Inc. ("**Keenan**") in Portland, Maine.  I have the primary responsibility of supervising all of Keenan's real estate auctions and am a licensed auctioneer and real estate broker.

2.      I submit this Declaration in the chapter 11 case of The Maek Real Estate Holdings, LLC (the "**Debtor**") in support of the *Application of the Debtor for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Keenan Auction Company, Inc., Effective as of July 8, 2025* (the "**Application**").

### DISINTERESTEDNESS OF PROFESSIONAL

3.      Keenan has conducted a search of its records for any connections to the persons and entities listed on **Exhibit 1** attached to this Declaration, which comprises secured creditors, accounts payable parties, taxing authorities, and utility providers relating to the Debtor.  The information listed on **Exhibit 1** may be updated or may change during the pendency of the Debtor's bankruptcy case.  I

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

will update this Declaration when necessary and promptly after I become aware of additional material information.

    4.    I am not related and, to the best of my knowledge, no other professional at Keenan is related, to any United States Bankruptcy Judge in this District or the United States Trustee for this District or any employee thereof.

    5.    In accordance with Local Rule 2014-1:

    (a)    Based on Keenan's conflicts search conducted to date and described herein, to the best of my knowledge, neither I, nor Keenan, nor any member thereof, insofar as I have been able to ascertain, holds an interest adverse to the Debtor, its creditors, or any other party in interest, or their respective attorneys and accountants.

    (b)    Keenan's connections with creditors and other parties in interest are disclosed as follows:

        (i)    In 2024, Titan Funding, LLC and Assets & Equity, LLC retained Keenan to auction real property owned by Dirigo Global Holdings, LLC in Hallowell and Bristol, Maine, at a lender foreclosure sale. Those auctions were stopped upon a bankruptcy filing, and Keenan was then retained by the debtor to auction the same properties in that chapter 11 case, in which Keenan's retention was approved by the Bankruptcy Court.

        (ii)    Titan has retained Keenan to auction additional properties in which Titan holds a mortgage in August 2025.

        (iii)    Prior to the Petition Date, Keenan and Builders Capital discussed Keenan's retention to auction the Property. Keenan acknowledges that it is being retained in this case by the Debtor, not Builders Capital.

        (iv)    SW Legacy LLC – Keenan conducted a Freeport, ME real estate foreclosure auction in December of 2024.

        (v)    Hancock Lumber Company, Inc. – Keenan conducted a Portland, ME real estate foreclosure auction in May of 2005.

        (vi)    James A. Mcbrady, Inc. – A current employee sold a property to McBrady approximately 8-9 years ago before gaining employment with Keenan.

    (c)    Keenan believes that none of the above connections is disqualifying under the applicable statutes and rules.

      (d)      I am, and each member of Keenan is, a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, in that Keenan and its employees and members:

            (i)      are not creditors, equity security holders, or insiders of the Debtor; and

            (ii)      are not and were not, within two (2) years before the date of filing of the Debtor's case, directors, officers, or employees of the Debtor.

6.      With respect to the entities listed in **Exhibit 1**, Keenan has not and will not represent such party in any matters related to the Debtor's bankruptcy case.

7.      Moreover, in the past, Keenan may have served as a professional person in matters wholly unrelated to the Debtor or its bankruptcy case, in which many other attorneys, accountants, and other professionals of the Debtor, creditors, or other parties in interest also may have served or serve as professional persons.  I do not believe any of these ordinary interactions constitute conflicts.

### SCOPE OF ENGAGEMENT

8.      The Debtor retained Keenan on or about July 8, 2025, to assist with the marketing and auction of the Property.

9.      Keenan will perform the following services in connection with its engagement as set forth in the Application.

### PROFESSIONAL COMPENSATION

10.      Keenan does not hold a claim against the Debtor.

11.      My biography is included at **Exhibit 2** to this Declaration.

12.      A copy of the Auction Marketing Proposal is attached as **Exhibit 3** to this Declaration.

13.      The Debtor proposes to pay Keenan the following compensation, as set forth in the Auction Marketing Proposal:

      (a)      **Auctioneer's Fee, Sale to Third Party:** Keenan will be due a 3% commission based on the final contract sale price, plus expenses (discussed below).  Keenan reserves the right to above fees if the Property is sold prior to auction or to a registered bidder within 30 days after the auction.

11

(b)     **Auctioneer's Fee, Sale to Lender:** In the event that Builders Capital or Titan Funding acquires the Property, the auctioneer's fee would be 1% of the sale price plus the approved advertising and expenses.

(c)     **Buyer's Broker Participation Program:** Brokers registering a winning bidder that closes the transaction will receive a 1% commission on the bid price.

(d)     **Contingency Fees:** $350 per on site postponement.

(e)     **Expenses and Advertising Budget:** Estimated $7,963.00 (to be determined at time of closing based on actual costs incurred by Keenen, see Auction Marketing Proposal for detailed summary of anticipated expenses).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2025

_____
Stefan P. Keenan

12

**Exhibit 1**
**Searched Parties**

ADVERSE PARTIES

- American Aerial Services, Inc.
- Benchmark Real Estate
- Broad Cove Ridge, LLC
- Builders Capital Finance, LLC
- Chase Excavating, Inc.
- Construction Loan Services II, LLC
- Cumberland Foreside Partners LLC
- Destefano & Associates
- Enertec
- FBS Plumbing & Heating Co.
- Fiddlehead Designs Cabinetry, Inc.
- GDS Services, Inc.
- GenX Capital
- Hancock Lumber Company, Inc.
- James A. Mcbrady, Inc.
- Jerry's Plumbing & Heating
- JLD Services, LLC
- Liston Paint LLC
- Mark McClure
- Optimum Building Systems, LLC
- Seabee Electric, Inc.
- Stone Surface
- SW Legacy LLC
- Timberland Drywall, Inc.
- Titan Funding, LLC

**Exhibit 2**
**Biographies**

## STEFAN P. KEENAN, REAL ESTATE DIVISION MANAGER

Stefan P. Keenan is the Real Estate Division Manger with the primary responsibility of supervising all personal property auctions and appraisals.  He is a licensed Auctioneer and Real Estate Broker and a graduate of Reich Auction School, the Certified Auctioneers Institute (CAI), the Auctioneer Accredited Real Estate (AARE) program of the Auction Marketing Institute, member of the National Auctioneer's Association, and past President of the Maine Auctioneers Association (MAA).

**Exhibit 3**
**Auction Marketing Proposal**

# Auction Marketing Proposal





Google Image Capture.
Not for marketing without proper permission.



**Prepared For**
**The Mark Real Estate Holdings, LLC**

**Prepared By**
**Keenan Auction Company, Inc.**

**Keenan Auction Company**®

Keenan Auction Company, LLC
2063 Congress Street
Portland, Maine 04102
Tel: (207) 885-5100 / Fax (207) 885-5877
www.KeenanAuction.com
Email: info@keenanauction.com
Maine Real Estate License #102175
Maine Auctioneer License #236

July 8, 2025


The Mark Real Estate Holdings, LLC
C/O
Edward N. Piazza (via email epiazza@titanfunding.com)
2701 NW Boca Raton Blvd., Ste 105
Boca Raton, Florida 33431


**Re: Auction Proposal 25-100 ~ Debtor in Possession Auction Pursuant to Bankruptcy Court Order**
**45-Unit Luxury Residential Complex - New Construction**
**"The Mark at Cumberland Foreside"**
**100 U.S. Route 1, Cumberland, Maine**


Dear Adam:

The Keenan Auction Company is pleased to present the following auction marketing proposal for the above referenced real estate. The proposed marketing campaign will target a national real estate market with a strong emphasis on the northeast. The national markets will be targeted through the Wall Street Journal national edition and online postings.

The standard media strategy that we propose combines traditional and digital platforms that will target a broad market audience. The proposed newsprint campaign includes 4 newspapers that will generate over 1,724,353+/- in total circulation in 12 runs. An email auction notice will be professionally designed and sent to our in-house database of over 21,000 opt-in auction customers. Content information regarding the auction event will be posted to over 90 industry websites including Keenanauction.com, Realtor.com, Crexi.com, LoopNet.com, Trulia.com, and Zillow.com. The auction details will be shared on social media sites including Facebook.com and Instagram.com. Our marketing platform also incorporates signage, inspections, comprehensive information packages, and contact calling, all of which are discussed in further detail within this proposal.

The real estate brokerage community will be invited to participate in the auction process. They would be compensated if their buyer is successful and closes on the property. See Buyer's Broker Participation Program below. The broker registration form including the details of the program will be submitted to the client for review.

The details of our proposal are as follows:

**Auction Date, Preview Date & Auction Location**

**Auction Date:** Wednesday, September 17, 2025 at 11AM
**Preview Dates:** Wednesday, August 27, September 3 & 10, 2025 from 9AM-12PM
**Auction Location:** On premises. Absentee bidding will be available for any party that cannot attend the auction, but wishes to participate in the bidding process.

## Proposed Fees

**Auctioneer's Fee, Sale to Third Party:** Auctioneer will be due a 3% commission based on the final contract sale price. Auctioneer reserves the right to above fees from the seller if the property/note is sold prior to auction or to a registered bidder within 30 days after the auction. In the event that Builders Capital Finance, LLC or Titan Funding, LLC acquires the property, the auctioneer's fee would be 1% of the sale price plus the approved advertising and expenses.

**Buyer's Broker Participation Program:** Brokers registering a winning bidder that closes the transaction will receive a 1% (one percent) commission on the bid price to be paid by the Seller.

**Buyer's Premium:** A 5% buyer's premium will be added on the high bid for the real estate to equate the final contract purchase price. **The auctioneer doesn't retain the buyer's premium.** It is used in order to increase and become part of the final contract sale price and to help offset the costs of sale.

**Contingency Fees:** $350 per on site postponement. Court testimony - Keenan Auction Company hourly rate and expenses.

## Auction Expenses

**Advertising Budget:** $6,913.00 A detailed line item schedule is enclosed. Upon being awarded the contract, Keenan will utilize an accelerated auction marketing program to sell the asset. All advertising costs and expenses will be fronted by auctioneer and due from Seller at the conclusion of the auction sale campaign. Any savings realized from auctioneer's volume discount buys will be passed on directly to the Seller. Keenan does not add any adverting agency markups or fees to the advertising budget.

**Preview Budget:** $1,050.00 Two licensed Auctioneer/brokers will conduct advertised inspections prior to the auction and on auction day. The property will also be shown on an appointment basis. A detailed real estate property information package will be provided to the attendees at the inspection.

**Total Estimated Auction Expenses: $7,963.00**

## Proposed Auctioneer and Seller's Duties

**Auctioneer's Duties:**
- Obtain tax, zoning, and assessment information from the town hall
- Inspect and photograph real estate
- Prepare and place marketing advertising with newspaper
- Prepare and print property information package
- Post brochure and property information package to auctioneer's website
- Post auction listing on over 90 real estate listing websites
- Send over 21,000 email auction notifications
- Install and remove signage
- Conduct previews and showings
- Arrange for auction day logistics and conduct auction
- Execute purchase and sale agreements

**Seller and its Attorney's Duties:**
Provide the following for the property information package -
- Approval of terms and conditions of sale
- Approval of purchase and sale agreements (High Bidder and Back Up Bidder)
- Proposed form deed
- Specimen Title Insurance Policy and Purchaser's Cost
- Completion of state required property disclosure form
- Environmental site assessment report (if available)
- Provide access for preview and day of sale

Coordinate real estate closing with attorney and buyer

## Suggested Terms:

**Deposit to bid - $500,000** in cash or certified US funds made payable to Keenan Auction Company, Inc., increased to 5% of the purchase price within 5 business days of the sale. Builders Capital Finance, LLC and Titan Funding, LLC will be allowed to register to bid at the auction without submitting a deposit and to credit bid.

**Closing Period -** 35 Days

**Buyer's Premium -** 5%

Thank you for the opportunity to present our proposal. We look forward to working on this project. If it is satisfactory, kindly acknowledge below and return a copy for our files.

Sincerely,

Stefan P. Keenan – Maine Auction License #956, Maine Broker License #900087
Keenan Auction Company, Inc.

Enc.

Adam R. Prescott, Esq. (via email: aprescott@bernsteinshur.com)

**ACKNOWLEDGMENT**

**PROPOSAL SEEN AND AGREED TO:**

**Seller**
**The Mark Real Estate Holdings, LLC**

By: _____     Date: _____

   Print:

   Its:

## Auction 25-100
### Advertising Schedule & Invoice

| **NEWSPRINT** | **INSERTIONS** | **ESTIMATED COST** |
|---|---|---|
| **Maine** | | |
| **Maine Sunday Telegram** | Sun, Aug 17, 2025 (Auction Section) | $     440.00 |
| Coverage: Statewide, Maine | Sun, Aug 24, 2025 (Auction Section) | 440.00 |
| Ad Size: 2col x 4" (Auction Section) | Sun, Aug 31, 2025 (Auction Section) | 440.00 |
| E-paper fee | | 12.00 |
| | | |
| **National & New England Editions** | | |
| **Wall Street Journal** | Wed, Aug 20, 2025 (Com'l RE Section-National Edition) | 2,704.00 |
| Coverage: **USA & New England** | Wed, Aug 27, 2025 (Com'l RE Section-NE Edition) | 1,035.00 |
| National Size: 2col X 3" | | |
| New England Size: 2col X 5" | | |
| | | |
| **Boston Globe** | Sun, Aug 24, 2025 (Auction Section) | 887.00 |
| Coverage: **New England** | | |
| Ad Size: 2col x 3" | | |
| | | |
| **Upcoming Auctions Calendar** | | 175.00 |
| Calendar alternating between the **Bangor** | | |
| **Daily News** and the **Maine Sunday Telegram** | | |

**INTERNET & SOCIAL MEDIA ADVERTISING**            250.00

**Keenanauction.com** ~ Auctioneer will post the auction brochure and the
PIP to its website at www.keenanauction.com. The availability of the on line
PIP for review and downloading will help to keep hard copy printing cost to a minimum. Website
experiences high Internet traffic counts for Maine auctions and averages over **30,000** hits monthly.
**Auction Email Notification** ~ will be sent to over **21,000** prospective bidders. Includes
an in-house list including **4,300** Maine real estate brokers, residential and investment buyers.
**Propertyauction.com** ~ Auction will be posted to Propertyauction.com
**Facebook.com** ~ Auctioneer will post the auction on our company Facebook page
**Instagram.com** ~ Auctioneer will post the auction on our company Instagram page
**Loopnet.com** ~ Auction will be posted to Loopnet.com
**CREXI.com** ~ Auctioneer will post the auction at CREXI.com commercial real estate posting site
**Craigslist.com** ~ Auctioneer will post the auction on Craigslist.com/ME
**GotoAuction.com** ~ Auctioneer will post the auction at GotoAuction.com national posting site
**MaineAuctioneers.org** ~ Auctioneer will post the auction at MaineAuctioneers.org upcoming
auction calendar, a part of the Maine Auctioneer's Association website.
**MyStateMLS.com** ~ Auction will be posted to **MyMLS.com**, which direct feeds the listing to
**Realtor.com**, **Zillow.com**, **Trulia.com**, **Homes.com,** and **ListHub.com that feeds to an
additional 90+ websites on both a national and international scope. Not all sites will
accept a commercial listing.**

**SIGNAGE**
(1) 4x4 Professional property specific chloroplast signage with vinyl graphics will be installed.     350.00

**PROPERTY INFORMATION PACKAGE**            100.00
A detailed Property Information Package (PIP) will be assembled and provided to prospective
bidders who inquire at our office, visit the website, and attend the previews. The PIP will contain
advertising, property and agency disclosures, disclaimer, aerial and location maps, municipal
tax and fee information, terms and conditions, purchase and sale agreement, tax maps, tax
assessment field cards, zoning, legal description, plans, permits, and property disclosure form.
(10 at $10.00 each or actual)

**AUCTION  UPDATE CALLS & DIRECT CONTACT**            80.00
In the event of a postponement, cancellation, or important auction update,
A Keenan Auction Company agent will place calls to prospective bidders
informing them of the update. Our reserve list of investors and high net worth individuals
will be contacted directly informing them of the auction event. (40 @ $2 each or actual)

**TOTAL ESTIMATED ADVERTISING EXPENSE**            **$ 6,913.00**