**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20100 |

**CERTIFICATE OF SERVICE**

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on July 22, 2025, I filed the following documents via this Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through the Court's CM/ECF system:

- *Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, And (D) Granting Related Relief; And (II) Order (A) Approving Sale of Substantially All Assets Free and Clear And (B) Granting Related Relief*, including *Bid Procedure Proposed Order*, *Sale Order Proposed Order*, and the *Notice of Hearing* (collectively, the "**Bid Procedures and Sale Motion**") [Docket No. 146]; and

- *Application of the Debtor for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Keenan Auction Company, Inc., Effective as of July 8, 2025*, including *Proposed Order*, and *Notice of Hearing* (collectively, the "**Keenan Application**") [Docket No. 147].

I further certify that on July 22, 2025, I caused to be mailed upon the parties in the Service List attached hereto the (i) Notice of Hearing as to the *Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, And (D) Granting Related Relief; And (II) Order (A) Approving Sale of Substantially All Assets Free and Clear And (B) Granting Related Relief*, and (ii) Notice of Hearing

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

as to *Application of the Debtor for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Keenan Auction Company, Inc., Effective as of July 8, 2025.*

I further certify that on July 22, 2025, I served the (i) Bid Procedures and Sale Motion and (ii) the Keenan Application via email upon the parties as indicated on the attached Email Service List.

Dated: July 22, 2025          */s/ Katherine Flynn*
                              Katherine Flynn
                              BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
                              100 Middle Street
                              P.O. Box 9729
                              Portland, ME 04104-5029
                              Tel: (207) 774-1200

## SERVICE LIST

**The Bid Procedures and Sale Motion and the Keenan Application were served upon the following parties via electronic mail or facsimile on the dates as indicated below:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | Service Date |
|---|---|---|
| Heather Sprague, U.S. Trustee | Heather.sprague@usdoj.gov; erik.k.bradford@usdoj.gov; | 7/22/2025 |
| Internal Revenue Services, Centralized Insolvency Operation | 855-383-9723; | 7/22/2025 |
| Office of the U.S. Attorney - Portland | 207-780-3304; | 7/22/2025 |
| John Burke, Esq. Maine Revenue Services | john.burke@maine.gov; | 7/22/2025 |
| Compliance Bankruptcy Unit, Maine Revenue Service | compliancebk.mrs@maine.gov; | 7/22/2025 |
| Town of Cumberland Maine c/o Town Clerk's Office | 207-829-2214 | 7/22/2025 |
| Titan Funding LLC | kfisher@dwmlaw.com; jfischer@dwmlaw.com; | 7/22/2025 |
| Paul G. White Tile Company Inc. | info@paulwhitecompany.com; | 7/22/2025 |
| Timberland Drywall, Inc. | dcj@marcusclegg.com; dlr@marcusclegg.com; | 7/22/2025 |
| Chase Excavating Inc. c/o Andre Duchete, Esq. | aduchette@tmfattorneys.com; | 7/22/2025 |
| American Aerial Services Inc. | samadams@adamsbullock.com; | 7/22/2025 |
| Pond Cove Millwork | info@pondcovemillwork.com; | 7/22/2025 |
| James A. McBrady, Inc. | aburns@pearcedow.com; | 7/22/2025 |
| Liston Paints, LLC | raservice@legalzoom.com; | 7/22/2025 |
| Builders Capital Finance, LLC | Andrew.helman@dentons.com; kyle.d.smith@dentons.com; mschuster@polsinelli.com; cwallace@polsinelli.com; | 7/22/2025 7/22/2025 7/22/2025 |
| Fiddlehead Designs Cabinetry, Inc. | david@levesquelaw.com; | 7/22/2025 |
| FBS Plumbing & Heating Co. | AMayo@JerrysPlumbingME.com; | 7/22/2025 |

| NAME | SERVICE CONTACT (EMAIL or FAX) | Service Date |
|---|---|---|
| Hancock Lumber Company, Inc. | jpiampiano@dwmlaw.com; | 7/22/2025 |
| DeStefano & Associates Inc. | maltieri@pierceatwood.com; | 7/22/2025 |
| Optimum Building Systems, LLC | bcolwell@preti.com; | 7/22/2025 |
| JLD Services LLC d/b/a Enertec | justin@enertecme.com; | 7/22/2025 |
| GDS Services, Inc. d/b/a Stone Surface | greg@stonesurface.net; | 7/22/2025 |
| Seabee Electric, Inc. | dperkins@curtisthaxter.com; | 7/22/2025 |
| Broad Cove Ridge, LLC | pdriscoll@nhdlaw.com; | 7/22/2025 |

**The (i) Notice of Hearing as to the** *Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, And (D) Granting Related Relief; And (II) Order (A) Approving Sale of Substantially All Assets Free and Clear And (B) Granting Related Relief*, **and (ii) Notice of Hearing as to** *Application of the Debtor for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Keenan Auction Company, Inc., Effective as of July 8, 2025* **were served upon the following parties via U.S. First Class Mail on July 22, 2025:**

See attached matrix.

Action Industries
14 McFadden Road
Palmer, PA 18045


AlphaGraphics
230 Corporate Drive
Portsmouth, NH 03801


American Aerial Services Inc.
c/o Samantha Adams, Esq.
Adams & Bullock, P.A.
217 Commercial St
Portland, ME 04101


American Express
P.O. Box 981535
El Paso, TX 79998


Androscoggin Pest Solutions
PO Box 520
Sabattus, ME 04280


Auburn Concrete, Inc.
8 Goldthwaite Road
Auburn, ME 04211


Bank of America - ATTN Bankruptcy Dept.
475 Cross Point Way
P.O. Box 9000
Getzville, NY 14068


Bob Frizzell General Contractor, Inc.
16 Commerce Way
Milton, NH 03851

Broad Cove Ridge, LLC
97 Ledgebrook Crossing
Brunswick, ME 04011

Builders Capital
1019 39th Ave SE
Suite 220
Puyallup, WA 98374

Builders Capital Finance, LLC
1019 39th Ave SE
Suite 220
Puyallup, WA 98374

Builders Capital Finance, LLC
c/o Joan M. Egdall, Esq.
Demerle & Assocites, P.C.
10 City Square
Charlestown, MA 02129

Builders Installed Products of Maine, LLC
515 Riverside Industrial Pkwy
Portland, ME 04103

C.A.S. Construction
368 Town Farm Road
North Shapleigh, ME 04076-3354

Central Maine Power Company
Attn: Bankruptcy Unit
83 Edison Drive
Augusta, ME 04330

Chase Excavating Inc.
c/o Andre Duchette, Esq.
Taylor McCormack & Frame LLC
267 Commercial St.
Portland, ME 04101

Cintas First Aid & Safety
88 Spiller Dr
Westbrook, ME 04092

Colonial Insulation and Fireproofing
764 US-1
York, ME 03909

Contractors Risk Management, Inc.
PO Box 211

Concord, NH 03302

Croteau Concrete Plumbing, LLC
PO Box 272
Gorham, ME 04038

Cumberland Foreside Partners, LLC
488 Northeast 18th Street
Miami, FL 33132-1112

Demo-Core LLC
159 Crestview Drive
Jaffrey, NH 03452

Dennis K. Burke, Inc.
555 Constitution Drive
Taunton, MA 02780

DeStefano & Associates Inc.
c/o Matthew Altieri, Esq.
Pierce Atwood
245 Commercial Street
Portland, ME 04103

EarthCam, Inc.
650 E Crescent Avenue
Upper Saddle River, NJ 07458

Ed Hodson Masonry Inc.
53 Turner Drive
North Monmouth, ME 04265

Eldredge Lumber
627 US Route One
York, ME 03909

Enertec
73 Rainmaker Dr.
Portland, ME 04103

Exactitude Inc.
12 Sky View Drive
Cumberland Foreside, ME 04110

Fastener Warehouse

7

145 Heritage Ave
Suite 220
Portsmouth, NH 03801

FBS Plumbing & Heating Co.
d/b/a Jerry's Plumbing & Heating
36 Woldbrook Drive
Windham, ME 04062

Fiddlehead Designs Cabinetry, Inc.
102 Echo Road
Brunswick, ME 04011

Gavin McCarthy, Esq.
Pierce Atwood
254 Commercial Street
Portland, ME 04103

GDS Services, Inc. d/b/a Stone Surface
9 Lakes Plaza Drive
Naples, ME 04055

Glass Pro
84 Exeter Road
Epping, NH 03042

Grainger
425 Warren Ave
Portland, ME 04103

Hammond Lumber Company
2 Hammond Drive
Belgrade, ME 04917

Hancock Lumber Company, Inc.
c/o Jeffrey T. Piampiano, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480

HD White Cap Construction
14 Rainmaker Drive
Portland, ME 04103

Henniker Directional Drilling, LLC

P.O. Box 2156
Henniker, NH 03242

Henry Barkley, Esq.
Curtis Thaxter LLC
PO Box 7320
Portland, ME 04112-7320

High Tech Fire Protection
84 Hackett Mills Road
Poland, ME 04274

Hilti, Inc.
383 Dorchester Ave
STE 180
Boston, MA 02127

Hissong Ready Mix
P.O. Box 878
Kennebunk, ME 04043

Infinite Imaging
470 US Route 1
York, ME 03909

INOFAB, LLC
26 Broadway St.
Pittsfield, NH 03263

Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James A. McBrady, Inc.
c/o Aaron P. Burns, Esq.
Pearce, Down & Burns, LLP
P.O. Box 108
Auburn, ME 04211

James E. Belleau, Esq.
Trafton, Matzen, Belleau & Frenette, LLP
10 Minot Avenue
Auburn, ME 04210

JLD Sevices LLC d/b/a Enertec
c/o Justine Louis Dibiase
73 Rainmaker Drive
Portland, ME 04103

Kellie W. Fisher, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Kelly McDonald, Esq.
Murray Plumb & Murray
75 Pearl Street, PO Box 9785
Portland, ME 04104-5085

KL Jack & Company
145 Warren Ave
Portland, ME 04103

Kone, Inc.
2401 W. Broadway
Suite 16
South Portland, ME 04106

Landry and Sons Acoustics, Inc.
141 Spring Street
Lewiston, ME 04240

Liston Paints, LLC
c/o United States Corporation Agents, Inc.
315 Hatchet Mountain Road
Hope, ME 04847

Lowes
1058 Brighton Avenue
Portland, ME 04102

Maine Revenue Services
c/o John Burke, Esq., AAG
6 State House Station
Augusta, ME 04333

Mark McClure
2 Town Landing Road
Falmouth, ME 04105

Michael J. Pearce, Esq.
Pearce, Down & Burns, LLP
Two Monument Square, Suite 901
Portland, ME 04211

Mobile Fencing
81 Pilsudski Street
Providence, RI 02909

Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

On Target Utility Services
52 Canco Road
Portland, ME 04103

Optimum Building Systems, LLC
12 Colby Road
Litchfield, NH 03052

Owen Haskell, Inc.
390 U.S. Route 1
Unit 10
Falmouth, ME 04105

Paul F. Driscoll, Esq.
Norman, Hanson & DeTroy LLC
P.O. Box 4600
Portland, ME 04112-4600

Paul G. White Tile Company Inc.
444 Riverside Industrial Parkway
Portland, ME 04103

Pella Windows & Doors
400 Expedition Drive
Suite B
Scarborough, ME 04074

Pond Cove Millwork
22 Mill Brook Rd.

Saco, ME 04072

Portland Water District
225 Douglass St.
Portland, ME 04102

Rebars & Mesh
111 Avco Road
Haverhill, MA 01835


RedCap Staffing
1158 Forest Ave
Portland, ME 04103

ROI Staffing of Massachusetts
200 Highland Ave
STE 4
Needham, MA 02494

Royal Flush Portable Restrooms
P.O. Box 3541
Portland, ME 04104

S. Richer, Inc.
31 Smada Dr.
Sanford, ME 04073

Seacoast Ace Hardware
70 Heritage Ave
Portsmouth, NH 03801

Seacoast Concrete Plumbing
1941 State Rd
Eliot, ME 03903

Seebee Electric, Inc.
c/o David Perkins, Esq.
Curtis Thaxter LLC, P.O. Box 7320
Portland, ME 04112-7320

Standard Waterproofing, Inc.
1020 Augusta Road
Waterville, ME 04901

Sunbelt Rentals
5 Glasnow Road
Scarborough, ME 04074

Survey, Inc.
P.O. Box 210
Windham, ME 04062

The Home Depot
245 Riverside Street
Portland, ME 04103

Timberland Drywall, Inc.
626 Main St.
Gorham, ME 04038

Titan Funding LLC
c/o Edward Piazza
2701 NW Boca Raton Blvd, Suite 105
Boca Raton, FL 33431

Titan Funding LLC
c/o Edward Piazza
2701 NW Boca Raton Blvd., Suite 105
Boca Raton, FL 33431

Town of Cumberland
290 Tuttle Road
Cumberland, ME 04021

Trade Source, Inc.
647 U.S. Route One
Suite 209
York, ME 03909

Tri Cast Inc.
3 Rescue Ln
Somersworth, NH 03878

United Rentals
10 Thomas Dr.
Westbrook, ME 04092

Universal Framers
23 Essex Street

North Reading, MA 01864

W.H. Demmons, Inc.
93 Warren Ave
Portland, ME 04103

Wolf-Ridge
531 Quaker Hill Rd.
Albion, ME 04910