**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| The Mark Real Estate Holdings, LLC | Case No. 25-20100 |
| Debtor.[1] |  |

**BUILDERS CAPITAL'S JOINDER TO DEBTOR'S OBJECTION**
**TO THE UNITED STATES TRUSTEE'S MOTION TO VACATE ORDER**
**APPROVING SETTLEMENT AGREEMENT AND TERM SHEET**

BUILDERS CAPITAL FINANCE, LLC ("**Builders Capital**"), by and through undersigned counsel, hereby joins in the *Debtor's Objection to the United States Trustee's Motion to Vacate Order Approving Settlement Agreement and Term Sheet* (the "**Objection**") [Dkt. No. 151] filed by The Mark Real Estate Holdings, LLC (the "**Debtor**") to the *United States Trustee's Motion to Vacate Order Approving Settlement Agreement and Term Sheet* (the "**Motion to Vacate**") [Dkt. No. 137].

For the reasons stated in the Objection, the United States Trustee has failed to demonstrate that this Court committed a "manifest error of law," as required to overcome the considerable burden imposed by Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 59(e). *In re Giger*, 504 B.R. 286, 290 (Bankr. D. Me. 2014) ("A manifest error of law is 'an error that is plain and indisputable, and that amounts to a complete disregard of the controlling law.'") (quoting *Venegas-Hernandez v. Sonolux Records*, 370 F.3d 183, 195 (1st Cir. 2004)).  What is more, and as the Court found when it approved the *Application to Compromise Controversies By and Between the Debtor, Builders Capital, and Titan Pursuant to Rule 9019 of*

---

[1]      The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

*the Federal Rules of Bankruptcy Procedure and Request for Expedited Determination and Shorted*

*Objection Period* (the "**Application**") [Dkt. No. 112], the settlement agreed to between Builders

Capital, the Debtor, and Titan Funding LLC ("**Titan**") is in the best interest of creditors and the

estate, and will permit for a value-maximizing sale that will accrue to the benefit of all parties in

interest.   The settlement should be carried through to fruition.   The U.S. Trustee presents no

compelling reason to conclude otherwise.

　　　For the foregoing reasons, and the reasons stated by the Debtor in the Objection, Builders

Capital requests that the Court enter an order denying the Motion to Vacate.


Dated:  July 29, 2025                    Respectfully submitted,

                              */s/ Kyle D. Smith*
                              Andrew C. Helman
                              Kyle D. Smith
                              DENTONS BINGHAM GREENEBAUM LLP
                              One City Center; Suite 11100
                              Portland, ME, 04101
                              Phone: (207) 619-0919
                              Email:  andrew.helman@dentons.com
                                     kyle.d.smith@dentons.com

                              -and-

                              Michael Schuster
                              POLSINELLI PC
                              1401 Lawrence Street, Suite 2300
                              Denver, CO 80202
                              Phone: (720) 931-1188
                              Email: mschuster@polsinelli.com

                              -and-

                              Carter Wallace
                              POLSINELLI PC
                              600 Third Avenue, 42nd Floor
                              New York, NY 10016
                              Phone: (212) 803 - 9914
                              Email: cwallace@polsinelli.com

                              *Counsel for Builders Capital Finance, LLC*

## CERTIFICATE OF SERVICE

I, Kyle D. Smith, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: July 29, 2025

/s/ *Kyle D. Smith*
Kyle D. Smith
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 553-8368
Email: kyle.d.smith@dentons.com