**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-20100 |

**BUILDERS CAPITAL'S JOINDER TO DEBTOR'S**
**OBJECTION TO THE UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE**

BUILDERS CAPITAL FINANCE, LLC ("**Builders Capital**"), by and through undersigned counsel, hereby joins in the *Debtor's Objection to the United States Trustee's Motion to Dismiss Debtor's Chapter 11 Case* (the "**Objection**") [Dkt. No. 152] filed by The Mark Real Estate Holdings, LLC (the "**Debtor**") to the *United States Trustee's Motion to Dismiss Debtor's Chapter 11 Case* (the "**Motion to Dismiss**") [Dkt. No. 138].

For the reasons stated in the Objection, the United States Trustee has failed to carry its burden to establish that there is "cause," pursuant to section 1112(b)(4) of the Bankruptcy Code, to dismiss the Debtor's chapter 11 case. The United States Trustee's baffling statement that "the parties have all the relief that they need" has no foundation in the Bankruptcy Code and ignores the factual history and economic reality of this case. Builders Capital—the party most likely to be economically harmed by dismissal as first lien secured creditor to the Debtor—believes strongly that are numerous facets of the bankruptcy process, including the power to sell estate property under section 363 of the Bankruptcy Code and the benefits of an open process with judicial oversight, that will accrete value to the mutual benefit of Builders Capital and other parties. Putting

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

this case on this path has been hard won through the good faith efforts of the parties with a financial stake in the outcome of this case. The Motion to Dismiss must be denied so that this process may continue.

For the foregoing reasons, and the reasons stated by the Debtor in the Objection, Builders Capital requests that the Court enter an order denying the Motion to Dismiss.

Dated:  July 29, 2025			Respectfully submitted,

*/s/ Kyle D. Smith*
Andrew C. Helman
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center; Suite 11100
Portland, ME, 04101
Phone: (207) 619-0919
Email:  andrew.helman@dentons.com
		kyle.d.smith@dentons.com

-and-

Michael Schuster
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (720) 931-1188
Email: mschuster@polsinelli.com

-and-

Carter Wallace
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, NY 10016
Phone: (212) 803 - 9914
Email: cwallace@polsinelli.com

*Counsel for Builders Capital Finance, LLC*

## CERTIFICATE OF SERVICE

      I, Kyle D. Smith, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: July 29, 2025

/s/ *Kyle D. Smith*
Kyle D. Smith
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 553-8368
Email: kyle.d.smith@dentons.com