**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-20100 |

**NOTICE OF AUCTION RESULTS AND DESIGNATION OF**
**SUCCESSFUL BIDDER AND BACKUP BIDDER**

**PLEASE TAKE NOTICE** that in accordance with the August 13, 2025, Bankruptcy Court order granting the bid procedures relief sought in the Bid Procedures and Sale Motion [Docket No. 174], The Mark Real Estate Holdings, LLC held an auction on September 17, 2025. As a result of that auction, attached hereto as **Exhibit A** is the Purchase & Sale Agreement for the Successful Bidder, and attached hereto as **Exhibit B** is the Purchase & Sale Agreement for the Backup Bidder.

Dated:  September 18, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER &**
**NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq,
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.