**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20100 |

**CERTIFICATE OF SERVICE**

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on September 18, 2025, I filed the *Debtor's Notice of Auction Results and Designation of Successful Bidder and Backup Bidder* [Docket No. 187] (the "**Notice of Auction Results**") via this Court's CM/ECF electronic filing system (**"CM/ECF"**)**,** which sent notice to all parties receiving notification through the Court's CM/ECF system in this case.

I further certify that on September 18, 2025, I served via email the Notice of Auction Results upon the service parties set forth in the attachment hereto.


Dated: September 18, 2025          */s/ Katherine Flynn*
                                   Katherine Flynn
                                   BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
                                   100 Middle Street, P.O. Box 9729
                                   Portland, ME 04104-5029
                                   Tel: (207) 774-1200

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

**SERVICE LIST**

**The Notice of Auction Results were served upon the following parties via electronic mail or facsimile on September 18, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Office of the U.S. Trustee | heather.sprague@usdoj.gov; eric.k.bradford@usdoj.gov; ann.marie.dirsa@usdoj.gov; Sandra.nicholls@usdoj.gov; | 09/18/2025 |
| Internal Revenue Services, Centralized Insolvency Operation | 8553839723@fax.bssn.com; | 09/18/2025 |
| Office of the U.S. Attorney - Portland | 2077803304@fax.bssn.com; | 09/18/2025 |
| John Burke, Esq. Maine Revenue Services | john.burke@maine.gov; | 09/18/2025 |
| Compliance Bankruptcy Unit, Maine Revenue Service | compliancebk.mrs@maine.gov; | |
| Town of Cumberland Maine c/o Town Clerk's Office | 2078292214@fax.bssn.com; | 09/18/2025 |
| Titan Funding LLC c/o Kellie W. Fisher, Esq. and Jeremy R. Fischer, Esq. | kfisher@dwmlaw.com; jfischer@dwmlaw.com; | 09/18/2025 |
| Paul G. White Tile Company Inc. | info@paulwhitecompany.com | 09/18/2025 |
| Timberland Drywall, Inc. c/o David C. Johnson, Esq. and Daniel L. Rosenthal, Esq. | dcj@marcusclegg.com dlr@marcusclegg.com | 09/18/2025 |
| Chase Excavating Inc. c/o Andre Duchete, Esq. | aduchette@tmfattorneys.com | 09/18/2025 |
| American Aerial Services Inc. c/o Samantha Adams, Esq. | samadams@adamsbullock.com | 09/18/2025 |
| Pond Cove Millwork | info@pondcovemillwork.com | 09/18/2025 |
| James A. McBrady, Inc. c/o Aaron P. Burns, Esq. | aburns@pearcedow.com | 09/18/2025 |
| Liston Paints, LLC c/o United States Corporation Agents, Inc., Registered Agent | raservice@legalzoom.com | 09/18/2025 |
| Builders Capital Finance, LLC c/o Andrew Helman, Esq., Kyle D. Smith, Esq., Michael Schuster, Esq. and Carter Wallace, Esq. | mschuster@polsinelli.com cwallace@polsinelli.com andrew.helman@dentons.com kyle.d.smith@dentons.com jedgall@dermerlePC.com; | 09/18/2025 |

| | | |
|---|---|---|
| Hancock Lumber Company, Inc. c/o Jeffrey T. Piampiano, Esq. | jpiampiano@dwmlaw.com; | 09/18/2025 |
| Fiddlehead Designs Cabinetry, Inc. c/o David Levesque, Registered Agent | david@levesquelaw.com | 09/18/2025 |
| FBS Plumbing & Heating Co. c/o Andrew Mayo, President | AMayo@JerrysPlumbingME.com | 09/18/2025 |
| DeStefano & Associates Inc. c/o Matthew Altieri, Esq. | maltieri@pierceatwood.com; | 09/18/2025 |
| Optimum Building Systems, LLC c/o Bodie B. Colwell, Esq. | bcolwell@preti.com; | 09/18/2025 |
| JLD Services LLC d/b/a Enertec c/o Justin Dibiase, Owner | justin@enertecme.com; | 09/18/2025 |
| GDS Services, Inc. d/b/a Stone Surface c/o Greg Smith, Owner | greg@stonesurface.net; | 09/18/2025 |
| Seabee Electric, Inc. c/o David Perkins, Esq. | dperkins@curtisthaxter.com; | 09/18/2025 |
| Broad Cove Ridge, LLC c/o Paul Driscoll, Esq. | pdriscoll@nhdlaw.com; | 09/18/2025 |