# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Maine

In Re.  The Mark Real Estate Holdings, LLC   §     Case No.  25-20100

                §
                §
        Debtor(s)   §     ☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025         Petition Date: 04/22/2025

Months Pending: 4         Industry Classification: | 5 | 3 | 1 | 3 |

Reporting Method:         Accrual Basis ○     Cash Basis ◉

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Adam R. Prescott         Adam R. Prescott
Signature of Responsible Party         Printed Name of Responsible Party

09/19/2025
Date

                100 Middle Street, Portland, Maine 04101
                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)         1

Debtor's Name  The Mark Real Estate Holdings, LLC                Case No.  25-20100

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $179,226 | $287,362 |
| f. Total disbursements for quarterly fee calculation (c+e) | $179,226 | $287,362 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $15,000,000,000 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $23,799,768,170 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $14,318,569,140 |
| n. Total liabilities (debt) (j+k+l+m) | $38,118,337,310 |
| o. Ending equity/net worth (e-n) | $-23,118,337,310 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                2

Debtor's Name  The Mark Real Estate Holdings, LLC                                    Case No.  25-20100

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $47,216 | $47,216 | $4,658 | $4,658 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Bernstein Shur | Lead Counsel | $47,216 | $47,216 | $4,658 | $4,658 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name The Mark Real Estate Holdings, LLC                              Case No.  25-20100

| | | | | |
|---|---|---|---|---|
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxviii | | | | |

Debtor's Name  The Mark Real Estate Holdings, LLC                    Case No.  25-20100

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  The Mark Real Estate Holdings, LLC                    Case No.  25-20100

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name The Mark Real Estate Holdings, LLC                                    Case No.  25-20100

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  The Mark Real Estate Holdings, LLC                                    Case No.  25-20100

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ●  No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:        Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  The Mark Real Estate Holdings, LLC                                    Case No. 25-20100

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


/s/ Edward N Piazza

Signature of Responsible Party

Manager

Title

Edward N Piazza

Printed Name of Responsible Party

09/19/2025

Date

Debtor's Name The Mark Real Estate Holdings, LLC                    Case No.  25-20100



PageOnePartOne

PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name The Mark Real Estate Holdings, LLC                                    Case No.  25-20100



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  The Mark Real Estate Holdings, LLC                                    Case No.  25-20100



PageThree



PageFour

**The Mark**

**Invoice Tracking Log**

| ID | Vendor | Account | | Invoice | Invoice Date | Due Date | Amount | Cordjia | | BC Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Received | Sent to BC | |
| 1 | MinuteMan | 88-2573751 | | 129558 | 11/1/2024 | 12/1/2024 | $600.00 | 6/17/2025 | 6/19/2025 | 7/11/2025 |
| 2 | Concord Insurance | 20066340 | | - | 5/11/2025 | 6/1/2025 | $4,516.30 | 6/17/2025 | 6/19/2025 | 7/11/2025 |
| 3 | Portland Water District | 30072420 | | - | 5/16/2025 | 6/20/2025 | $73.11 | 6/17/2025 | 6/19/2025 | 7/11/2025 |
| 4 | Spectrum (Voice + Internet) | 8358 30 17 0069574 | | 0069574052925 | 5/29/2025 | 6/15/2025 | $145.00 | 6/17/2025 | 6/19/2025 | 7/11/2025 |
| 5 | Central Maine Power | House 2 | 3001-6816-511 | 707002421802 | 6/17/2025 | 7/14/2025 | $6,359.14 | 6/23/2025 | 6/23/2025 | 7/11/2025 |
| 6 | DeStefano Associates | - | - | 1 | 6/27/2025 | 7/27/2025 | $65,526.25 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 7 | Central Maine Power | House 1 | 3001-6816-503 | 700000848177 | 6/20/2025 | 7/17/2025 | $611.89 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 8 | Central Maine Power | Unit 101 | 3001-6815-679 | 718002337952 | 6/20/2025 | 7/17/2025 | $98.77 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 9 | Central Maine Power | Unit 102 | 3001-6815-687 | 718002337953 | 6/20/2025 | 7/17/2025 | $108.06 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 10 | Central Maine Power | Unit 104 | 3001-6815-802 | 718002337954 | 6/20/2025 | 7/17/2025 | $112.00 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 11 | Central Maine Power | Unit 105 | 3001-6815-810 | 700000848154 | 6/20/2025 | 7/17/2025 | $169.24 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 12 | Central Maine Power | Unit 106 | 3001-6815-885 | 700000848158 | 6/20/2025 | 7/17/2025 | $125.43 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 13 | Central Maine Power | Unit 107 | 3001-6815-893 | 700000848160 | 6/20/2025 | 7/17/2025 | $115.36 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 14 | Central Maine Power | Unit 108 | 3001-6816-008 | 700000848171 | 6/20/2025 | 7/17/2025 | $189.47 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 15 | Central Maine Power | Unit 201 | 3001-6816-016 | 700000848174 | 6/20/2025 | 7/17/2025 | $91.12 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 16 | Central Maine Power | Unit 202 | 3001-6816-024 | 700000848175 | 6/20/2025 | 7/17/2025 | $159.90 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 17 | Central Maine Power | Unit 203 | 3001-6816-040 | 700000848179 | 6/20/2025 | 7/17/2025 | $119.74 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 18 | Central Maine Power | Unit 204 | 3001-6816-057 | 700000848181 | 6/20/2025 | 7/17/2025 | $111.08 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 19 | Central Maine Power | Unit 205 | 3001-6816-065 | 718002337955 | 6/20/2025 | 7/17/2025 | $136.49 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 20 | Central Maine Power | Unit 206 | 3001-6816-073 | 718002337956 | 6/20/2025 | 7/17/2025 | $124.74 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 21 | Central Maine Power | Unit 207 | 3001-6816-081 | 700000848183 | 6/20/2025 | 7/17/2025 | $134.35 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 22 | Central Maine Power | Unit 209 | 3001-6816-206 | 700000848189 | 6/20/2025 | 7/17/2025 | $170.85 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 23 | Central Maine Power | Unit 210 | 3001-6816-214 | 700000848191 | 6/20/2025 | 7/17/2025 | $155.57 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 24 | Central Maine Power | Unit 211 | 3001-6816-222 | 718002337957 | 6/20/2025 | 7/17/2025 | $186.95 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 25 | Central Maine Power | Unit 301 | 3001-6816-255 | 700000848193 | 6/20/2025 | 7/17/2025 | $142.51 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 26 | Central Maine Power | Unit 302 | 3001-6816-263 | 700000848195 | 6/20/2025 | 7/17/2025 | $140.94 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 27 | Central Maine Power | Unit 303 | 3001-6816-271 | 718002337958 | 6/20/2025 | 7/17/2025 | $126.65 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 28 | Central Maine Power | Unit 304 | 3001-6816-289 | 700000848197 | 6/20/2025 | 7/17/2025 | $117.51 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 29 | Central Maine Power | Unit 305 | 3001-6816-297 | 718002337959 | 6/20/2025 | 7/17/2025 | $123.58 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 30 | Central Maine Power | Unit 306 | 3001-6816-313 | 700000848199 | 6/20/2025 | 7/17/2025 | $140.22 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 31 | Central Maine Power | Unit 308 | 3001-6816-339 | 700000848200 | 6/20/2025 | 7/17/2025 | $152.46 | 6/30/2025 | 7/1/2025 | 7/11/2025 |



**The Mark**

**Invoice Tracking Log**

| ID | Vendor | Account | | Invoice | Invoice Date | Due Date | Amount | Cordjia | | BC Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Received | Sent to BC | |
| 32 | Central Maine Power | Unit 309 | 3001-6816-347 | 718002337961 | 6/20/2025 | 7/17/2025 | $154.52 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 33 | Central Maine Power | Unit 310 | 3001-6816-354 | 700000847937 | 6/20/2025 | 7/17/2025 | $123.84 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 34 | Central Maine Power | Unit 311 | 3001-6816-362 | 700000848032 | 6/20/2025 | 7/17/2025 | $94.49 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 35 | Central Maine Power | Unit 401 | 3001-6816-388 | 718002337962 | 6/20/2025 | 7/17/2025 | $110.81 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 36 | Central Maine Power | Unit 402 | 3001-6816-396 | 700000848040 | 6/20/2025 | 7/17/2025 | $139.88 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 37 | Central Maine Power | Unit 403 | 3001-6816-404 | 718002337963 | 6/20/2025 | 7/17/2025 | $159.45 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 38 | Central Maine Power | Unit 404 | 3001-6816-412 | 718002337964 | 6/20/2025 | 7/17/2025 | $124.54 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 39 | Central Maine Power | Unit 405 | 3001-6816-420 | 718002337965 | 6/20/2025 | 7/17/2025 | $116.58 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 40 | Central Maine Power | Unit 406 | 3001-6816-438 | 700000848043 | 6/20/2025 | 7/17/2025 | $123.67 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 41 | Central Maine Power | Unit 407 | 3001-6816-446 | 718002337966 | 6/20/2025 | 7/17/2025 | $121.22 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 42 | Central Maine Power | Unit 408 | 3001-6816-453 | 718002337967 | 6/20/2025 | 7/17/2025 | $114.96 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 43 | Central Maine Power | Unit 409 | 3001-6816-461 | 700000848014 | 6/20/2025 | 7/17/2025 | $147.46 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 44 | Central Maine Power | Unit 411 | 3001-6816-487 | 718002337968 | 6/20/2025 | 7/17/2025 | $108.85 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 45 | Portland Water District | 30072420 | | - | 6/20/2025 | 7/18/2025 | $166.83 | 6/30/2025 | 7/1/2025 | 7/11/2025 |
| 46 | Concord Insurance | 20066340 | | - | 6/30/2025 | 7/19/2025 | $1,554.10 | 7/7/2025 | 7/7/2025 | 7/11/2025 |
| 47 | Spectrum (Voice + Internet) | 8358 30 17 0069574 | | 0069574052925 | 6/29/2025 | 7/16/2025 | $153.95 | 7/9/2025 | 7/9/2025 | 7/11/2025 |
| 48 | Central Maine Power | House 2 | 3001-6816-511 | 708002423603 | 6/23/2025 | 7/21/2025 | $735.61 | 7/11/2025 | 7/11/2025 | |
| 49 | Central Maine Power | Unit 312 | 3001-6816-370 | 704002450460 | 6/24/2025 | 7/21/2025 | $153.35 | 7/11/2025 | 7/11/2025 | |
| 50 | Central Maine Power | Unit 410 | 3001-6816-479 | 708002423602 | 6/23/2025 | 7/21/2025 | $129.47 | 7/11/2025 | 7/11/2025 | |
| 51 | Summit (Natural Gas) | 2387353 | | - | 7/7/2025 | 8/4/2025 | $500.77 | 7/14/2025 | 7/14/2025 | 7/25/2025 |
| 52 | Summit (Natural Gas) | Pending | | Pending | Pending | Pending | $6,859.55 | Pending | - | - |
| 53 | Central Maine Power | Unit 212 | 3001-6816-230 | 700000867733 | 7/30/2025 | 8/26/2025 | $250.16 | 7/22/2025 | 7/22/2025 | 7/23/2025 |
| 54 | Central Maine Power | Unit 213 | 3001-6931-880 | 710002431118 | 7/22/2025 | 8/18/2025 | $132.04 | 7/22/2025 | 7/22/2025 | 7/23/2025 |
| 55 | Portland Water District | 30072419 | | - | 7/18/2025 | 8/15/2025 | $320.49 | 7/28/2025 | 8/1/2025 | 8/8/2025 |
| 56 | Portland Water District | 30072420 | | - | 7/18/2025 | 8/15/2025 | $167.44 | 7/28/2025 | 8/1/2025 | 8/8/2025 |
| 57 | Portland Water District | 30070432 | | - | 5/16/2025 | ASAP - Final Bill | $973.40 | 8/5/2025 | 8/5/2025 | 8/8/2025 |
| 58 | Portland Water District | 30067924 | | - | 5/16/2025 | ASAP - Final Bill | $368.22 | 8/5/2025 | 8/5/2025 | 8/8/2025 |
| 59 | Cross Insurance | Pending | | - | 7/30/2025 | 7/31/2025 | $23,535.72 | 7/30/2025 | 7/31/2025 | 7/31/2025 |
| 60 | Central Maine Power | House 1 | 3001-6816-503 | 716002395600 | 7/23/2025 | 8/19/2025 | $432.37 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 61 | Central Maine Power | House 2 | 3001-6816-511 | 704002477060 | 7/24/2025 | 8/20/2025 | $1,247.62 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 62 | Central Maine Power | Unit 101 | 3001-6815-679 | 716002395560 | 7/23/2025 | 8/19/2025 | $36.73 | 8/5/2025 | 8/6/2025 | 8/8/2025 |

9/15/2025



**The Mark**

**Invoice Tracking Log**

| ID | Vendor | Account | | Invoice | Invoice Date | Due Date | Amount | Cordjia | | BC Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Received | Sent to BC | |
| 63 | Central Maine Power | Unit 102 | 3001-6815-687 | 716002395561 | 7/23/2025 | 8/19/2025 | $71.75 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 64 | Central Maine Power | Unit 103 | 3001-6815-695 | 716002395562 | 7/23/2025 | 8/19/2025 | $161.45 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 65 | Central Maine Power | Unit 104 | 3001-6815-802 | 716002395563 | 7/23/2025 | 8/19/2025 | $38.17 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 66 | Central Maine Power | Unit 105 | 3001-6815-810 | 716002395564 | 7/23/2025 | 8/19/2025 | $89.62 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 67 | Central Maine Power | Unit 106 | 3001-6815-885 | 716002395565 | 7/23/2025 | 8/19/2025 | $55.55 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 68 | Central Maine Power | Unit 107 | 3001-6815-893 | 716002395566 | 7/23/2025 | 8/19/2025 | $45.32 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 69 | Central Maine Power | Unit 108 | 3001-6816-008 | 716002395567 | 7/23/2025 | 8/19/2025 | $42.22 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 70 | Central Maine Power | Unit 201 | 3001-6816-016 | 716002395568 | 7/23/2025 | 8/19/2025 | $52.23 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 71 | Central Maine Power | Unit 202 | 3001-6816-024 | 716002395569 | 7/23/2025 | 8/19/2025 | $65.56 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 72 | Central Maine Power | Unit 203 | 3001-6816-040 | 716002395570 | 7/23/2025 | 8/19/2025 | $61.51 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 73 | Central Maine Power | Unit 204 | 3001-6816-057 | 716002395571 | 7/23/2025 | 8/19/2025 | $51.26 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 74 | Central Maine Power | Unit 205 | 3001-6816-065 | 716002395572 | 7/23/2025 | 8/19/2025 | $52.23 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 75 | Central Maine Power | Unit 206 | 3001-6816-073 | 716002395573 | 7/23/2025 | 8/19/2025 | $34.36 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 76 | Central Maine Power | Unit 207 | 3001-6816-081 | 716002395574 | 7/23/2025 | 8/19/2025 | $62.71 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 77 | Central Maine Power | Unit 208 | 3001-6816-099 | 716002395575 | 7/23/2025 | 8/19/2025 | $166.04 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 78 | Central Maine Power | Unit 209 | 3001-6816-206 | 716002395576 | 7/23/2025 | 8/19/2025 | $90.57 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 79 | Central Maine Power | Unit 210 | 3001-6816-214 | 716002395577 | 7/23/2025 | 8/19/2025 | $80.81 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 80 | Central Maine Power | Unit 211 | 3001-6816-222 | 716002395578 | 7/23/2025 | 8/19/2025 | $90.57 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 81 | Central Maine Power | Unit 213 | 3001-6931-880 | 709002434035 | 7/24/2025 | 8/20/2025 | $40.52 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 82 | Central Maine Power | Unit 301 | 3001-6816-255 | 716002395579 | 7/23/2025 | 8/19/2025 | $35.55 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 83 | Central Maine Power | Unit 302 | 3001-6816-263 | 716002395580 | 7/23/2025 | 8/19/2025 | $63.90 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 84 | Central Maine Power | Unit 303 | 3001-6816-271 | 716002395581 | 7/23/2025 | 8/19/2025 | $47.22 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 85 | Central Maine Power | Unit 304 | 3001-6816-289 | 716002395582 | 7/23/2025 | 8/19/2025 | $48.65 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 86 | Central Maine Power | Unit 306 | 3001-6816-313 | 716002395584 | 7/23/2025 | 8/19/2025 | $60.08 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 87 | Central Maine Power | Unit 307 | 3001-6816-321 | 716002395585 | 7/23/2025 | 8/19/2025 | $174.65 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 88 | Central Maine Power | Unit 308 | 3001-6816-339 | 716002395586 | 7/23/2025 | 8/19/2025 | $59.14 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 89 | Central Maine Power | Unit 309 | 3001-6816-347 | 716002395587 | 7/23/2025 | 8/19/2025 | $62.46 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 90 | Central Maine Power | Unit 310 | 3001-6816-354 | 716002395588 | 7/23/2025 | 8/19/2025 | $40.55 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 91 | Central Maine Power | Unit 311 | 3001-6816-362 | 704002477057 | 7/23/2025 | 8/19/2025 | $38.64 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 92 | Central Maine Power | Unit 312 | 3001-6816-370 | 716002395589 | 7/23/2025 | 8/19/2025 | $205.11 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 93 | Central Maine Power | Unit 401 | 3001-6816-388 | 704002477058 | 7/24/2025 | 8/20/2025 | $35.31 | 8/5/2025 | 8/6/2025 | 8/8/2025 |

9/15/2025



**The Mark**

**Invoice Tracking Log**

| ID | Vendor | Account | | Invoice | Invoice Date | Due Date | Amount | Cordjia | | BC Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Received | Sent to BC | |
| 94 | Central Maine Power | Unit 402 | 3001-6816-396 | 704002477059 | 7/24/2025 | 8/20/2025 | $48.89 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 95 | Central Maine Power | Unit 403 | 3001-6816-404 | 716002395590 | 7/23/2025 | 8/19/2025 | $61.75 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 96 | Central Maine Power | Unit 404 | 3001-6816-412 | 716002395591 | 7/23/2025 | 8/19/2025 | $57.45 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 97 | Central Maine Power | Unit 405 | 3001-6816-420 | 716002395592 | 7/23/2025 | 8/19/2025 | $49.84 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 98 | Central Maine Power | Unit 406 | 3001-6816-438 | 716002395593 | 7/23/2025 | 8/19/2025 | $56.74 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 99 | Central Maine Power | Unit 407 | 3001-6816-446 | 716002395594 | 7/23/2025 | 8/19/2025 | $59.37 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 100 | Central Maine Power | Unit 408 | 3001-6816-453 | 716002395595 | 7/23/2025 | 8/19/2025 | $46.03 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 101 | Central Maine Power | Unit 409 | 3001-6816-461 | 716002395596 | 7/23/2025 | 8/19/2025 | $58.89 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 102 | Central Maine Power | Unit 410 | 3001-6816-479 | 716002395597 | 7/23/2025 | 8/19/2025 | $182.92 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 103 | Central Maine Power | Unit 411 | 3001-6816-487 | 716002395598 | 7/23/2025 | 8/19/2025 | $39.83 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 104 | Central Maine Power | Unit 412 | 3001-6816-495 | 716002395599 | 7/23/2025 | 8/19/2025 | $142.18 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 105 | Spectrum (Voice + Internet) | | 8358 30 17 0069574 | 0069574072925 | 7/29/2025 | 8/15/2025 | $150.00 | 8/5/2025 | 8/6/2025 | 8/8/2025 |
| 106 | DeStefano Associates | - | - | 2 | 8/11/2025 | 9/10/2025 | $142,023.27 | 8/14/2025 | 8/14/2025 | 8/20/2025 |
| 107 | Summit (Natural Gas) | | 2387353 | - | 8/6/2025 | 9/2/2025 | $432.16 | 8/13/2025 | 8/14/2025 | 8/20/2025 |
| 108 | Sevee & Maher Engineers | | 250881 | 46555 | 8/14/2025 | 9/13/2025 | $6,189.70 | 8/14/2025 | 8/28/2025 | In Progress |
| 109 | High Tech Fire Protection | | 8770SQ | - | 8/28/2025 | 9/27/2025 | $1,115.00 | 8/28/2025 | 8/28/2025 | In Progress |
| 110 | BellPort Property Mgt | | - | 2025-1286 | 8/1/2025 | 8/1/2025 | $3,500.00 | 9/4/2025 | 9/4/2025 | |
| 111 | BellPort Property Mgt | | - | 2025-1344 | 9/1/2025 | 9/1/2025 | $3,500.00 | 9/4/2025 | 9/4/2025 | |
| 112 | Central Maine Power | House 1 | 3001-6816-503 | 712002445913 | 8/22/2025 | 9/18/2025 | $910.87 | 9/14/2025 | 9/15/2025 | |
| 113 | Central Maine Power | House 2 | 3001-6816-511 | 700000883526 | 8/28/2025 | 9/24/2025 | $1,662.07 | 9/14/2025 | 9/15/2025 | |
| 114 | Central Maine Power | Unit 101 | 3001-6815-679 | 721002354096 | 8/21/2025 | 9/17/2025 | $84.54 | 9/14/2025 | 9/15/2025 | |
| 115 | Central Maine Power | Unit 102 | 3001-6815-687 | 712002445903 | 8/22/2025 | 9/18/2025 | $138.66 | 9/14/2025 | 9/15/2025 | |
| 116 | Central Maine Power | Unit 103 | 3001-6815-695 | 721002354097 | 8/21/2025 | 9/17/2025 | $206.13 | 9/14/2025 | 9/15/2025 | |
| 117 | Central Maine Power | Unit 104 | 3001-6815-802 | 721002354098 | 8/21/2025 | 9/17/2025 | $84.32 | 9/14/2025 | 9/15/2025 | |
| 118 | Central Maine Power | Unit 105 | 3001-6815-810 | 721002354099 | 8/21/2025 | 9/17/2025 | $143.48 | 9/14/2025 | 9/15/2025 | |
| 119 | Central Maine Power | Unit 106 | 3001-6815-885 | 721002354100 | 8/21/2025 | 9/17/2025 | $106.92 | 9/14/2025 | 9/15/2025 | |
| 120 | Central Maine Power | Unit 107 | 3001-6815-893 | 721002354101 | 8/21/2025 | 9/17/2025 | $90.34 | 9/14/2025 | 9/15/2025 | |
| 121 | Central Maine Power | Unit 108 | 3001-6816-008 | 721002354102 | 8/21/2025 | 9/17/2025 | $85.29 | 9/14/2025 | 9/15/2025 | |
| 122 | Central Maine Power | Unit 201 | 3001-6816-016 | 721002354103 | 8/21/2025 | 9/17/2025 | $128.09 | 9/14/2025 | 9/15/2025 | |
| 123 | Central Maine Power | Unit 202 | 3001-6816-024 | 721002354104 | 8/21/2025 | 9/17/2025 | $126.64 | 9/14/2025 | 9/15/2025 | |
| 124 | Central Maine Power | Unit 203 | 3001-6816-040 | 712002445904 | 8/22/2025 | 9/18/2025 | $115.83 | 9/14/2025 | 9/15/2025 | |

9/15/2025



**The Mark**

**Invoice Tracking Log**

| ID | Vendor | Account | | Invoice | Invoice Date | Due Date | Amount | Cordjia | | BC Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Received | Sent to BC | |
| 125 | Central Maine Power | Unit 204 | 3001-6816-057 | 721002354105 | 8/21/2025 | 9/17/2025 | $105.95 | 9/14/2025 | 9/15/2025 | |
| 126 | Central Maine Power | Unit 205 | 3001-6816-065 | 712002445905 | 8/22/2025 | 9/18/2025 | $107.89 | 9/14/2025 | 9/15/2025 | |
| 127 | Central Maine Power | Unit 206 | 3001-6816-073 | 721002354106 | 8/21/2025 | 9/17/2025 | $82.64 | 9/14/2025 | 9/15/2025 | |
| 128 | Central Maine Power | Unit 207 | 3001-6816-081 | 721002354107 | 8/21/2025 | 9/17/2025 | $128.08 | 9/14/2025 | 9/15/2025 | |
| 129 | Central Maine Power | Unit 208 | 3001-6816-099 | 721002354108 | 8/21/2025 | 9/17/2025 | $222.54 | 9/14/2025 | 9/15/2025 | |
| 130 | Central Maine Power | Unit 209 | 3001-6816-206 | 721002354109 | 8/21/2025 | 9/17/2025 | $161.02 | 9/14/2025 | 9/15/2025 | |
| 131 | Central Maine Power | Unit 210 | 3001-6816-214 | 712002445909 | 8/22/2025 | 9/18/2025 | $140.59 | 9/14/2025 | 9/15/2025 | |
| 132 | Central Maine Power | Unit 211 | 3001-6816-222 | 712002445907 | 8/22/2025 | 9/18/2025 | $153.32 | 9/14/2025 | 9/15/2025 | |
| 133 | Central Maine Power | Unit 212 | 3001-6816-230 | 721002354110 | 8/21/2025 | 9/17/2025 | $327.92 | 9/14/2025 | 9/15/2025 | |
| 134 | Central Maine Power | Unit 213 | 3001-6931-880 | 715002428689 | 8/28/2025 | 9/24/2025 | $217.34 | 9/14/2025 | 9/15/2025 | |
| 135 | Central Maine Power | Unit 312 | 3001-6816-370 | Disconnection notice | 8/28/2025 | 9/10/2025 | $205.11 | 9/14/2025 | 9/15/2025 | |
| 136 | Central Maine Power | Unit 301 | 3001-6816-255 | 721002354111 | 8/21/2025 | 9/17/2025 | $80.00 | 9/14/2025 | 9/15/2025 | |
| 137 | Central Maine Power | Unit 302 | 3001-6816-263 | 712002445908 | 8/21/2025 | 9/17/2025 | $121.84 | 9/14/2025 | 9/15/2025 | |
| 138 | Central Maine Power | Unit 303 | 3001-6816-271 | 721002354112 | 8/21/2025 | 9/17/2025 | $101.40 | 9/14/2025 | 9/15/2025 | |
| 139 | Central Maine Power | Unit 304 | 3001-6816-289 | 712002445909 | 8/21/2025 | 9/17/2025 | $95.39 | 9/14/2025 | 9/15/2025 | |
| 140 | Central Maine Power | Unit 305 | 3001-6816-297 | 721002354113 | 8/21/2025 | 9/17/2025 | $100.44 | 9/14/2025 | 9/15/2025 | |
| 141 | Central Maine Power | Unit 306 | 3001-6816-313 | 721002354114 | 8/21/2025 | 9/17/2025 | $120.14 | 9/14/2025 | 9/15/2025 | |
| 142 | Central Maine Power | Unit 307 | 3001-6816-321 | 721002354115 | 8/21/2025 | 9/17/2025 | $223.78 | 9/14/2025 | 9/15/2025 | |
| 143 | Central Maine Power | Unit 308 | 3001-6816-339 | 721002354116 | 8/21/2025 | 9/17/2025 | $103.81 | 9/14/2025 | 9/15/2025 | |
| 144 | Central Maine Power | Unit 309 | 3001-6816-347 | 721002354117 | 8/21/2025 | 9/17/2025 | $114.38 | 9/14/2025 | 9/15/2025 | |
| 145 | Central Maine Power | Unit 310 | 3001-6816-354 | 712002445910 | 8/21/2025 | 9/17/2025 | $87.94 | 9/14/2025 | 9/15/2025 | |
| 146 | Central Maine Power | Unit 311 | 3001-6816-362 | 721002354118 | 8/21/2025 | 9/17/2025 | $90.34 | 9/14/2025 | 9/15/2025 | |
| 147 | Central Maine Power | Unit 312 | 3001-6816-370 | 721002354119 | 8/21/2025 | 9/17/2025 | $258.61 | 9/14/2025 | 9/15/2025 | |
| 148 | Central Maine Power | Unit 401 | 3001-6816-388 | 721002354120 | 8/21/2025 | 9/17/2025 | $128.56 | 9/14/2025 | 9/15/2025 | |
| 149 | Central Maine Power | Unit 402 | 3001-6816-396 | 724002247404 | 8/21/2025 | 9/17/2025 | $63.81 | 9/14/2025 | 9/15/2025 | |
| 150 | Central Maine Power | Unit 403 | 3001-6816-404 | 712002445911 | 8/21/2025 | 9/17/2025 | $116.55 | 9/14/2025 | 9/15/2025 | |
| 151 | Central Maine Power | Unit 404 | 3001-6816-412 | 721002354121 | 8/21/2025 | 9/17/2025 | $107.64 | 9/14/2025 | 9/15/2025 | |
| 152 | Central Maine Power | Unit 405 | 3001-6816-420 | 721002354122 | 8/21/2025 | 9/17/2025 | $98.28 | 9/14/2025 | 9/15/2025 | |
| 153 | Central Maine Power | Unit 406 | 3001-6816-438 | 721002354123 | 8/21/2025 | 9/17/2025 | $115.33 | 9/14/2025 | 9/15/2025 | |
| 154 | Central Maine Power | Unit 407 | 3001-6816-446 | 821002354124 | 8/21/2025 | 9/17/2025 | $108.37 | 9/14/2025 | 9/15/2025 | |

9/15/2025



**The Mark**

**Invoice Tracking Log**

| ID | Vendor | Account | | Invoice | Invoice Date | Due Date | Amount | Cordjia | | BC Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Received | Sent to BC | |
| 155 | Central Maine Power | Unit 408 | 3001-6816-453 | 721002354125 | 8/21/2025 | 9/17/2025 | $99.00 | 9/14/2025 | 9/15/2025 | |
| 156 | Central Maine Power | Unit 409 | 3001-6816-461 | 721002354126 | 8/21/2025 | 9/17/2025 | $118.70 | 9/14/2025 | 9/15/2025 | |
| 157 | Central Maine Power | Unit 410 | 3001-6816-479 | 712002445812 | 8/21/2025 | 9/17/2025 | $237.66 | 9/14/2025 | 9/15/2025 | |
| 158 | Central Maine Power | Unit 411 | 3001-6816-487 | 721002354127 | 8/21/2025 | 9/17/2025 | $81.44 | 9/14/2025 | 9/15/2025 | |
| 159 | Central Maine Power | Unit 412 | 3001-6816-495 | 700000881312 | 8/21/2025 | 9/17/2025 | $183.79 | 9/14/2025 | 9/15/2025 | |
| 160 | Spectrum (Voice + Internet) | 8358 30 17 0069574 | | 0069574052925 | 8/29/2025 | 9/15/2025 | $145.00 | 9/14/2025 | 9/15/2025 | |

9/15/2025





**Cordjia Capital Projects Group, LLC**
16 Tannery Lane, Suite 23
PO Box 1367
Camden, ME 04843

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/3/2025 | 1644-03-2025 |

| Bill To: |
|---|
| The Mark Real Estate Holdings, LLC |

| Project: |
|---|
| The Mark, Cumberland, Maine |
| Owner Project Management, Construction Advisory Services |
| Billing Period: |
| 08/01/2025 - 08/31/2025 |

| Professional Services | Amount |
|---|---|
| | $21,220.84 |
| **1. Cash Flow and Cost-to Complete Analysis** | |
|   a. Assess how much funding is needed to complete the remaining work. | |
| **2. Contract and Land-Use Review** | |
|   a. Identify contractual and land-use regulatory risks (general contractor, subcontracts, design agreements). | |
| **3. Schedule Critical Path Analysis** | |
|   a. Review and provide an analysis of the contractor's schedule to complete the remaining work. | |
| **4. Project Monitoring and Overnight** | |
|   a. Provide independent oversight of remaining work. | |
|   b. Track progress, quality, and budget adherence. | |
| **5. Construction Claims Analysis** | |
|   a. Identify and quantify potential or pending claims, if necessary. | |
|   b. Change Orders | |
|   c. Delay claims | |
|   d. Disruption and acceleration claims | |
|   e. Assist in negotiation or litigation support | |
| **6. Mechanics' Lien Advisory** | |
|   a. Analyze exposure to liens | |
| **7. Asset Recovery and Disposition Support** | |
|   a. Provide support to sell construction asset | |
| **8. Expert Witness and Litigation Support** | |
|   a. Provide expert opinions in bankruptcy court or related litigation related to construction advisory services | |
|   b. Support with documentation, discovery, and testimony. | |
| **9. Stakeholder Communication Support** | |
|   a. Assist in communicating with all stakeholders | |
| *Mileage:* | $424.90 |
| *Prints:* | $76.00 |

| Thank you for your business! | | | **Total this Invoice** | **$21,721.74** |
|---|---|---|---|---|
| Phone #: | Facsimile #: | E-mail Address: | **Payments/Credits** | **$0.00** |
| 207.236.9970 | 207.236.9971 | sgriffin@cordjiacpg.com | **Balance Due** | **$21,721.74** |

Please return this portion with your payment

| Project: | The Mark, Cumberland, Maine | | **Total this Invoice** | $21,721.74 |
|---|---|---|---|---|
| | Owner Project Management, Construction Advisory Services | | | |
| Invoice #: | 1644-03-2025 | Due Date: 10/3/2025 | **Payments/Credits** | $0.00 |
| *A monthly service charge of 1% will be added to any amounts unpaid after 30 days from invoice date.* | | | **Balance Due** | **$21,721.74** |

# Transaction Report



---

**Transaction Report for account \*0090**

Reported on Mon Sep 15 17:16:00 GMT 2025

**Available Balance** $0.00
**Collected Balance** $0.00
**Current Balance** $0.00
**Closing Ledger** $0.00
**Last Activity Date**
**Float Amount** $0.00
**Hold Amount** $0.00
**Last Deposit Amount** $0.00
**Last Deposit Date**
**Credit Line / Overdraft Amount** $0.00

---

| Date | Description | Credit | Debit | Calculated Balance |
|------|-------------|--------|-------|--------------------|

---



# Account Information Report

**THE MARK REAL ESTATE HOLDINGS, LLC**

**August 01, 2025 - August 31, 2025**

**Account: *0090 (The Mark RE Holdings)**

| | |
|---|---|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $0.00 |
| Last Deposit Date | |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 09/15/25 11:01:10 AM