**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20100 |

**DEBTOR'S STATUS REPORT REGARDING STATUS OF SALE CLOSING**

In light of upcoming deadlines in this case, The Mark Real Estate Holdings, LLC files this status report stating that as of this filing, the proposed sale [see Dkt. No. 194] to Builders Capital Finance, LLC has not closed.

Dated: October 28, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I, Adam R. Prescott, state that on October 28, 2025, I filed the above document via this Court's CM/ECF filing system, which sent notice to all parties receiving electronic notice in this case.

Date: October 28, 2025                */s/ Adam R. Prescott*

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.