**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| The Mark Real Estate Holdings, LLC,[1] | Case No. 25-20100 |
| Debtor. | |

**TITAN FUNDING, LLC'S LIMITED OBJECTION TO: (A) DEBTOR'S MOTION FOR
ENTRY OF AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE; AND (B)
DEBTOR'S FIRST AND FINAL FEE APPLICATION FOR KEENAN AUCTION
COMPANY, INC. AS REAL ESTATE BROKER FOR THE DEBTOR FOR PERIOD OF
JULY 8, 2025 THROUGH SEPTEMBER 17, 2025**

Titan Funding, LLC ("Titan") hereby submits this limited objection to *Debtor's First and
Final Fee Application for Keenan Auction Company, Inc. as Real Estate Broker for the Debtor for
Period of July 8, 2025 through September 17, 2025* [Dkt. No. 197] (the "Application") and
*Debtor's Motion for Entry of An Order Dismissing The Debtor's Chapter 11 Case* [Dkt. No. 198]
(the "Motion"), and states as follows:

1.      As set forth in the Motion, on August 13, 2025, this Court entered its order
approving the bid procedures for the sale of the Property [Dkt. No. 174] (the "Bid Procedures
Order").[2]   In accordance with the Bid Procedures Order, the Debtor, with Keenan Auction
Company, Inc., conducted an auction on September 17, 2025.  At the auction, Construction Loan
Services II, LLC ("Builders Capital") was the successful bidder and entered into a Purchase and
Sale Agreement in the amount of Fifteen Million Seven Hundred Fifty Thousand and 00/100

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021,
and the last four digits of its taxpayer identification number are 8757.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures
Order.

($15,750,000.00) (the "Sale Contract"), a true and accurate copy of which is attached hereto as **Exhibit A**.

2.      In compliance with the Bid Procedures Order, Titan and/or its assigns was the holder of the second highest bid at the Auction and entered into a back-up Purchase and Sale Agreement in the amount of Fifteen Million Three Hundred Thirty Thousand and 00/100 ($15,330,000.00) (the "Backup Sale Contract"), a true and accurate copy of which is attached hereto as **Exhibit B**.

3.      Pursuant to the Bid Procedures Order and consistent with the Sale Contract, the Backup Sale Contract, and the *Order Granting Debtor's Motion for Entry of an Order: (A) Approving Sale of Substantially All Assets Free and Clear, and (b) Granting Related Relief* (the "Sale Order"), Debtor may designate the Backup Bider as the new Successful Bidder, and Debtor shall be authorized to consummate the transaction with the Backup Bidder without further Court order.

4.      Builders Capital failed to close pursuant to the terms of the Sale Contract (the closing deadline was October 12, 2025).

5.      Titan maintains that – by execution of the Backup Sale Contract – Titan is free to consummate the transaction with Debtor without further Court order and intends to do so.

6.      The relief requested in the Motion (i.e. dismissal of the Case) is predicated upon Debtor's sale of the real property subject to the Bid Procedures Order and Sale Order.  As the sale of the real property is not yet complete, dismissal is premature, and thus the Motion should be denied.  Likewise, the relief requested in the Application is predicated on a sale closing, and thus the Application should be denied[3].

---

[3] Titan agrees with the manner of calculation and expense reimbursement; however, the Fees (Auctioneer Commission) must be altered to align with the Backup Contract.

Dated:  October 28, 2025

*/s/ Jeremy R. Fischer*
Kellie W. Fisher
Jeremy R. Fischer
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Telephone: (207) 772-1941
E-mail: kfisher@dwmlaw.com
          jfischer@dwmlaw.com

*Counsel to Titan Funding, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing document via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy proceeding.

Dated: October 28, 2025                              */s/ Jeremy R. Fischer*