**IUNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| The Mark Real Estate Holdings, LLC | Case No. 25-20100 |
| Debtor.[1] | |

**CERTIFICATE OF SERVICE**

I, Andrew C. Helman, being over the age of eighteen and an employee at Dentons, certify that on October 30, 2025, I caused the *Builders Capital Finance LLC's Motion to Confirm Debtor's Authority to Close Pursuant to Order Granting Debtor's Motion for Entry of an Order: (A) Approving Sale of Substantially All Assets Free and Clear, and (B) Granting Related Relief* (the "Motion") [Dkt. No. 210] to be filed on Court's CM/ECF system, which sent notice to all parties receiving notice in this case through the Court's CM/ECF system.

I further certify that on October 31, 2025, I caused the *Notice of Expedited Hearing* (the "Notice of Hearing") [Dkt. No. 212] to be filed on Court's CM/ECF system, which sent notice to all parties receiving notice in this case through the Court's CM/ECF system.

I further certify that on October 31, 2025, I caused true and correct copies of the Motion and Notice of Hearing to be sent via electronic mail to the parties listed on the attached **Exhibit A**.

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

25201982.v1

Date: October 31, 2025
        */s/ Andrew C. Helman*
Andrew C. Helman
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine  04101
(207) 619-0919
andrew.helman@dentons.com
kyle.d.smith@dentons.com

-and-

Michael Schuster
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (720) 931-1188
Email: mschuster@polsinelli.com

-and-

Carter Wallace
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, NY 10016
Phone: (212) 803 - 9914
Email: cwallace@polsinelli.com

*Counsel to Builders Capital Finance LLC*

25201982.v1

## EXHIBIT A

### (Email Service List)

| Name | Service Contacts |
|---|---|
| Action Industries | theid@action-Ind.com |
| AlphaGraphics | us800@alphagraphics.com; agsupport@alphagraphics.com |
| American Aerial Services Inc. | jrussell@verrill-law.com |
| American Express | steve.squeri@aexp.com; tsc@americanexpress.com.bh |
| Androscoggin Pest Solutions | tonygow1@gmail.com |
| Auburn Concrete, Inc. | info@auburnconcrete.com |
| Bank of America | pno@bofa.com |
| Broad Cove Ridge LLC | Pdriscoll@nhdlaw.com |
| Builders Installed Products of Maine, LLC | usercare@installed.net |
| Builders Capital Finance, LLC | andrew.helman@dentons.com, tiffany.babcock@dentons.com; samantha.hayes@dentons.com; mschuster@polsinelli.com; kyle.d.smith@dentons.com; cwallace@polsinelli.com |
| Central Maine Power Company | customer.service@cmpco.com; Joseph.purington@cmpco.com |
| Chase Excavating, Inc. | aduchette@tmfattorneys.com; mchilds@tmfattorneys.com |
| Cintas First Aid & Safety | schneidert@cintas.com |
| Colonial Insulation & Fireproofing | info@colonialinsulation.com |
| Contractors Risk Management, Inc. | besafe@crmusa.com |
| Croteau Concrete Plumbing, LLC | kim@croteauconcretepumping.com |
| Cumberland Foreside Partners, LLC | Mark@genxcp.com |
| DeStefano & Associates, Inc. | maltieri@pierceatwood.com; pholmes@pierceatwood.com |
| Demo-Core LLC | vrosenbusch@democorellc.com |
| Dennis K. Burke, Inc. | ContactUs@Burkeoil.com |
| EarthCam, Inc. | sales@earthcam.com |
| Ed Hodson Masonry, Inc. | JasonH@ehm-corp.com |
| Eldredge Lumber | dremick@eldredgelumber.com |
| Enertec | justin@enertecme.com |
| Exactitude Inc. | dhansen@exactitudeinc.com |
| FBS Plumbing & Heating Co. | AMayo@JerrysPlumbingME.com |
| Fastener Warehouse | sales@fastener-warehouse.com |
| Fiddlehead Designs Cabinetry, Inc. | david@levesquelaw.com |
| GDS Services, Inc. d/b/a Stone Surface | greg@stonesurface.net |
| Gavin McCarthy, Esq. | gmccarthy@pierceatwood.com |
| Glass Pro | info@glassproinc.com |
| Grainger | michael.hanlon@grainger.com; communications@grainger.com |
| HD White Cap Construction | VendorInvoices@whitecap.com; WCAPExpenseInvoices@whitecap.com; |
| Hammond Lumber Company | sfeather@hammondlumber.com |
| Hancock Lumber Company | jpiampiano@dwmlaw.com |
| Henniker Directional Drilling, LLC | danielle@hddbore.com |

25201982.v1

| | |
|---|---|
| Henry Barkley, Esq. | hbarkley@curtisthaxter.com |
| High Tech Fire Protection | LSmith@htfp.me; bsthilaire@htfp.me |
| Hilti, Inc. | hiltionlinequestions@hilti.com; concretesensors@hilti.com |
| Hissong Ready Mix | mpizey@thehissonggroup.com |
| Inofab, LLC | nick@inofab.com |
| Infinite Imaging | us800@alphagraphics.com |
| IRS | Danny.werfel@irs.gov |
| JLD Services LLC | justin@enertecme.com |
| James A. McBrady | aburns@pearcedow.com; rpearce@pearcedow.com |
| James E. Belleau, Esq. | jbelleau@tmbf-law.com |
| KL Jack & Company | CustomerCare@KLJack.com |
| Kone, Inc. | info@kone.com |
| Landry and Sons Acoustics, Inc. | don@landryandsonsacoustics.com |
| Liston Paints, LLC | raservice@legalzoom.com |
| Lowes | customercare@lowes.com |
| Maine Revenue Services | thomas.a.knowlton@maine.gov; compliancebk.mrs@maine.gov |
| Mark McClure | Mark@genxcp.com |
| Michael J. Pearce, Esq. | mpearce@pearcedow.com |
| Mobile Fencing | karenhogan@mobilestorageri.com |
| Office of the US Trustee | ustpregion01.po.ecf@usdoj.gov; stephen.g.morrell@usdoj.gov |
| On Target Utility Services | mlevesque@ontargetservices.com |
| Optimum Building Systems LLC | bcolwell@preti.com; sbarrington@preti.com |
| Owen Haskell Inc. | ohi@owenhaskell.com |
| Paul Driscoll, Esq. | pdriscoll@nhdlaw.com |
| Paul G. White Tile Company | info@paulwhitecompany.com |
| Pella Windows & Doors | tyaggi@pella.com; pr@pella.com |
| Pond Cove Millwork | tracy@pondcovemillwork.com; peter@pondcovemillwork.com |
| Portland Water District | customerservice@pwd.org |
| ROI Staffing of Massachusetts | info@roistaffing.com |
| Rebars & Mesh | info@rebarsandmesh.com |
| RedCap Staffing | corp@piratestaffing.com |
| Royal Flush Portable Restrooms | payments@troianowaste.com |
| S. Richer, Inc. | sricher@metrocast.net |
| Seacoast Ace Hardware | store@seacoastace.com |
| Seacoast Concrete Plumbing | seacoastconcretepumping@gmail.com |
| Seabee Electric, Inc. | dperkins@curtisthaxter.com; jwashburn@curtisthaxter.com |
| Standard Waterproofing, Inc. | info@standard-waterproofing.com |
| Sunbelt Rentals | pcm284@sunbeltrentals.com |
| Survey, Inc. | wshippen@surveyincorporated.com |
| The Home Depot | hdcares@homedepot.com |
| The Mark Real Estate Holdings, LLC | aprescott@bernsteinshur.com; astewart@bernsteinshur.com; acummings@bernsteinshur.com; sbaker@bernsteinshur.com |
| Timberland Drywall, Inc. | bankruptcy@marcusclegg.com; dcj@marcusclegg.com; mmm@marcusclegg.com; drosenthal@marcusclegg.com; federalcourt@marcusclegg.com; kstone@marcusclegg.com |

25201982.v1

| | |
|---|---|
| Titan Funding, LLC | jfischer@dwmlaw.com; chunter@dwmlaw.com;mveilleux@dwmlaw.com; kfisher@dwmlaw.com, chunter@dwmlaw.com |
| Town of Cumberland | info@cumberlandmaine.com |
| Trade Source, Inc. | info@tradesource.com |
| Tri Cast Inc | gfrasertci@aol.com |
| United Rentals | egrenfell@ur.com |
| W.H. Demmons, Inc. | info@whdemmons.com |
| Wolf-Ridge | social@wolfridgeco.com |

25201982.v1