*RELIEF REQUESTED WITHOUT A HEARING*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**DEBTORS' CONSENTED-TO MOTION TO ENLARGE SALE OBJECTION DEADLINE AND CONTINUE SALE HEARING**

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through undersigned counsel, with the consent of KeyBank, N.A., the U.S. Trustee, Camden National Bank, and the Official Committee of Unsecured Creditors (the "**Committee**"), move this Court for the entry of an order: (a) enlarging the Sale Objection Deadline[2] from October 6, 2025, at 12:00 PM to October 8, 2025, at 4:00 PM, and (b) continuing the Sale Hearing from October 7, 2025, at 1:00 PM to October 9, 2025. In support of this motion, the Debtors state as follows:

**JURISDICTION AND VENUE**

1.     The United States District Court for the District of Maine (the "**District Court**") has original, but not exclusive, jurisdiction over the Debtors' chapter 11 cases pursuant to

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the *Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, (D) Approving Procedures for Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief* [Dkt. No. 164] (the "**Bid Procedures Order**").

28 U.S.C. § 1334(b).  Pursuant to 28 U.S.C. § 157 and Rule 83.6 of the District Court's local rules, the District Court has authority to refer and has referred this proceeding to this Court.

2.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court has constitutional authority to enter final judgment in this proceeding.

3.   Venue is proper in this district pursuant to 28 U.S.C. § 1408, and venue over this proceeding is proper in this district pursuant to 28 U.S.C. § 1409.

## BACKGROUND

4.   On July 1, 2025 (the "**Petition Date**"), the Debtors commenced their chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.

5.   The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession.  These cases are being jointly administered for procedural purposes only.

6.   This Court entered the Bid Procedures Order on August 21, 2025.  Both before and after that date, the Debtors, with their advisors, actively marketed the assets for sale to parties around the world, including direct solicitation, maintenance of a robust data room, and numerous site visits in Maine.

7.   Under the Bid Procedures Order, and following a prior extension granted by this Court [Dkt. No. 211], the Bid Deadline was set for September 29, 2025.[3]  The Debtors received one Qualified Bid prior to the Bid Deadline.[4]  Accordingly, the Debtors canceled the Auction scheduled for September 30, 2025.  In the meantime, since receiving the Qualified Bid, the Debtors

---

[3] The Bid Deadline originally was September 23, 2025.
[4] The Debtors received two additional bids prior to the Bid Deadline.  Those bids, however, did not comply with the Bid Requirements in numerous material respects and were, therefore, not deemed Qualified Bids.  Such bidders have not conformed their bids into Qualified Bids as of this filing.

2

have continued to discuss with the Qualified Bidder the terms of the Qualified Bid and certain modifications to the Qualified Bid that may be acceptable to the Debtors and/or the Consultation Parties. Those productive discussions remain ongoing (and are nearing completion); however, as of this filing, the Debtors have not yet determined whether to deem the Qualified Bid the Successful Bid for purposes of seeking approval at the Sale Hearing.

8. Based on the progress of the bidding and ongoing discussions, the Debtors recognize that parties-in-interest, including the Consultation Parties, will require additional time to evaluate any final offer (if deemed the Successful Bid) and prepare an objection (to the extent deemed necessary) before the Sale Hearing. Thus, to afford a limited amount of additional time for the Debtors to complete negotiations with the Qualified Bidder and consult with the Consultation Parties, as well as to ensure that any potential objections to the proposed sale or assignment of contracts or leases may be filed in advance of the Sale Hearing and after the Debtors' determine of the Successful Bid is finalized, the Debtors seek entry of an order: (a) enlarging the Sale Objection Deadline (and contract assumption objection deadline) to October 8, 2025, at 4:00 PM, and (b) continuing the Sale Hearing to October 9, 2025 (at a time convenient for the Court). In addition, the Debtors will file a designation of Successful Bid and/or a status report regarding the bid process on or before October 7, 2025, at 4:00 PM.

9. The Debtors submit that the relief requested herein will help facilitate a robust sale process by affording the Debtors additional time to complete negotiations and to confer with the Consultation Parties before determining the Successful Bid, all in an effort to achieve a timely, value-maximizing, and consensual sale outcome.

3

WHEREFORE, the Debtors respectfully request that this Court enter an order modifying the applicable deadlines as proposed herein and granting such other and further relief as this Court deems just and proper.

Dated:   October 6, 2025                        Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING DEBTORS' CONSENTED-TO MOTION TO ENLARGE SALE OBJECTION DEADLINE AND CONTINUE SALE HEARING**

Upon the above-referenced motion [Dkt. No. \_\_\_] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, and with the consent of KeyBank, the U.S. Trustee, Camden National Bank, and the Committee, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadlines in the Bid Procedures Order are modified as follows:

    (a) The Debtors shall file and serve a notice of Successful Bid or, if no Successful Bid is selected, a status report, on or before **October 7, 2025, at 4:00 PM**.

    (b) The Sale Objection Deadline and the Objection to Contract Assumption Deadline are enlarged to **October 8, 2025, at 4:00 PM**.

    (c) The Sale Hearing is continued to **October 9, 2025, at \_\_\_:\_\_\_ \_\_M**.

3. On or before **October 7, 2025, at 12:00 PM**, the Debtors shall serve a copy of this Order on the Committee (through its counsel), the secured lenders (through their counsel), the

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

Contract Counterparties (as defined in the Bid Procedures Order) or their counsel, if known, the Office of the U.S. Trustee, and all parties that submitted a bid prior to the Bid Deadline. In addition, the Debtors shall immediately cause a copy of this Order to be placed in the data room.

4.    This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated:                                                             _____
                                                               Michael A. Fagone
                                                               United States Bankruptcy Judge
                                                               District of Maine

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing motion and proposed order via this Court's CM/ECF system on all parties requesting CM/ECF notice in the chapter 11 cases.

Dated:   October 6, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com