**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-20100 |

**NOTICE OF DEFAULT UNDER THAT CERTAIN SETTLEMENT TERM SHEET BY AND BETWEEN THE DEBTOR, BUILDERS CAPITAL FINANCE LLC, AND TITAN FUNDING LLC AND AFFILIATES**

PLEASE BE ADVISED THAT Builders Capital files this notice declaring that The Mark Real Estate Holdings LLC (the "Debtor") is in default under that certain Settlement Term Sheet approved by the Court by entry of an Order dated June 24, 2025 [D.E. 126]. Defaults under the Settlement Term Sheet include the failure of the Debtor to consummate a sale of the Property (as defined in the Settlement Term Sheet) by October 31, 2025.

PLEASE BE FURTHER ADVISED THAT Titan Funding LLC ("Titan") contends that it had the sole right to purchase the Property in advance of October 31, 2025, pursuant to that certain Purchase and Sale Agreement filed as **Exhibit B** to the document filed at Docket Entry 184 (the "Titan PSA") yet Titan failed to do so, thereby causing the Debtor to default under the Settlement Term Sheet.

PLEASE BE FURTHER ADVISED THAT Builders Capital disputes that Titan has authority to consummate a sale of the Property because, among other things, Titan is in default under the terms of the Titan PSA by failing to provide a deposit equal to 5% of the cash portion of its proposed purchase price when and as required under the Titan PSA and the bid procedures that this Court approved by entry of its O*rder (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, and (D) Granting Related Relief* [D.E. 174].

PLEASE BE FURTHER ADVISED THAT Builders Capital reserves all rights including, without limitation, all of its rights under that certain *Subordination and Intercreditor Agreement* dated August 30, 2023, a copy of which is filed as **Exhibit D** to the document filed at Docket Entry 82 (the "SIA"). This includes the right to enforce the terms of the SIA and to compel Titan to turn over any and all interests it may have in the Property or any right to acquire the Property until such time as Builders Capital's claim secured by the Property is paid in full.

---

[1] The Mark Real Estate Holdings, LLC's principal place of business is 100 US Route 1, Cumberland, Maine 04021, and the last four digits of its taxpayer identification number are 8757.

25215438.v2

Dated: November 7, 2025

Respectfully submitted,

*/s Andrew C. Helman*
Andrew C. Helman
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center; Suite 11100
Portland, ME, 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com
      kyle.d.smith@dentons.com

-and-

Michael Schuster
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (720) 931-1188
Email: mschuster@polsinelli.com

-and-

Carter Wallace
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, NY 10016
Phone: (212) 803 - 9914
Email: cwallace@polsinelli.com

*Counsel for Builders Capital Finance, LLC*

25215438.v2

## **CERTIFICATE OF SERVICE**

      I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

| | |
|---|---|
| Date: November 7, 2025 | /s/ *Andrew C. Helman* |
| | Andrew C. Helman |
| | Dentons Bingham Greenebaum LLP |
| | One City Center, Suite 11100 |
| | Portland, ME 04101 |
| | Phone: (207) 619-0919 |
| | Email: andrew.helman@dentons.com |

25215438.v2