**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>The Mark Real Estate Holdings, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20100 |

## NOTICE OF PENDING SETTLEMENT

Builders Capital Finance LLC ("Builders"), by and through undersigned counsel, files this Notice of Pending Settlement (the "Notice").

As of the filing of this Notice, Builders and Titan Funding, LLC ("Titan") have reached an agreement in principal that would resolve all disputes between Builders and Titan regarding: (i) *Titan Funding, LLC's Limited Objection to: (A) Debtor's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case; and (B) Debtor's First and Final Fee Application for Keenan Auction Company, Inc. as Real Estate Broker for the Debtor for Period of July 8, 2025 through September 17, 2025* [Dkt. No. 208]; (ii) *Builders Capital Finance LLC's Motion To Confirm Debtor's Authority to Close Pursuant to Order Granting Debtor's Motion for Entry of an Order: (A) Approving Sale of Substantially All Assets Free and Clear, and (B) Granting Related Relief* [Dkt. No. 210]; (iii) *Notice of Default Under That Certain Settlement Term Sheet By and Between the Debtor, Builders Capital Finance LLC, and Titan Funding LLC and Affiliates* [Dkt. No. 226]; and (iv) *Titan Funding, LLC's Motion to Confirm Debtor's Authority to Close Sale to Titan Funding, LLC and/or its Assigns and Motion to Amend Sale Order* [Dkt. No. 229].

Builders and Titan intend to promptly finalize the terms of their settlement and seek further relief from the Court as needed to consummate those terms.

107120814.1

Dated: November 11, 2025        Respectfully submitted,

*/s Andrew C. Helman*
Andrew C. Helman
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center; Suite 11100
Portland, ME, 04101
Phone: (207) 619-0919
Email: andrew.helman@dentons.com
       kyle.d.smith@dentons.com

-and-

Michael Schuster
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (720) 931-1188
Email: mschuster@polsinelli.com

-and-

Carter Wallace
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, NY 10016
Phone: (212) 803 - 9914
Email: cwallace@polsinelli.com

*Counsel for Builders Capital Finance, LLC*

## **CERTIFICATE OF SERVICE**

      I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: November 11, 2025	/s/ *Andrew C. Helman*
                                                    Andrew C. Helman
                                                    Dentons Bingham Greenebaum LLP
                                                    One City Center, Suite 11100
                                                    Portland, ME  04101
                                                    Phone: (207) 619-0919
                                                    Email: andrew.helman@dentons.com