## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: | Chapter 11 |
| The Mark Real Estate Holdings, LLC | Case No. 25-20100 |
| Debtor. | |

### AGREED ORDER GRANTING JOINT MOTION TO AMEND PURCHASE AND SALE AGREEMENT AND TO AUTHORIZE AND DIRECT DEBTOR TO CLOSE SECTION 363 SALE TO BUILDERS CAPITAL

Upon consideration of the above-referenced motion [Docket No. 231] (the "**Motion**") filed jointly by Builders Capital Finance LLC ("**BC**"), Titan Funding, LLC ("**Titan**"), and The Mark Real Estate Holdings, LLC ("**Debtor**") (together, the "**Parties**" and each a "**Party**"), which requests an Order that, among other things, (i) amends Paragraph 5 of the BC PSA[1] with respect to the outside closing deadline and (ii) authorizes and directs the Debtor to close the sale of the Property to BC pursuant to the BC PSA (as amended) and the Sale Order, and consistent with the Final Settlement between BC and Titan; and it further appearing that the legal and factual bases set forth in the Motion and the record made at the hearing thereon establish just cause for the relief granted herein; and after due deliberation and sufficient cause therefore, it is ORDERED as follows:

1. The Motion is GRANTED.

2. Sentence 2 of Paragraph 5 of the BC PSA (Docket No. 187-1)[2] is amended to read in its entirety: ""Closing shall take place on a date, mutually convenient to the parties, but not in any case later than November 28, 2025."

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The BC PSA was previously filed with the Court at Docket No. 187-1.

3. As soon as practicable following entry of this Order, the Debtor is authorized and directed to close the sale of the Property to BC pursuant to: (i) the BC PSA, as amended by this Order and (ii) the Sale Order (Docket No. 194), subject to the terms of the Final Settlement.

4. The sale of the Property shall be subject to the Final Settlement terms set forth in the Motion, which are incorporated herein by reference.

Date: November 14, 2025                        /s/ Peter G. Cary
                                                          Honorable Peter G. Cary
                                                          United States Bankruptcy Judge