## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

### NOTICE OF HEARING

Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**"), as counsel to Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (the "**Debtors**"), has filed the *First Interim Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors for the Period of July 1, 2025, through October 17, 2025* (the "**Fee Application**").

A hearing on the Fee Application is set to take place at the United States Bankruptcy Court, 202 Harlow Street, 3rd Floor, Bangor, ME 04401, on **November 20, 2025, at 1:00 p.m.** (the "**Hearing**"). You are encouraged to participate in the Hearing, either directly or through your attorney, as appropriate. Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

By the Fee Application, BSSN seeks approval of fees and expenses on an interim basis in the total amount of **$219,434.12** which is comprised of **$211,480.50** for professional services and **$7,953.62** for reimbursement of expenses incurred during the period of July 1, 2025, through and including October 17, 2025. The Fee Application is BSSN's first interim fee application in these cases.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

If you do not want the Court to approve the Fee Application, or if you want the Court to consider your views on the Fee Application, then **on or before November 13, 2025**, you or your attorney must file with the court a written response explaining your position. If you are not able to access the CM/ECF Filing System, your response should be served upon the Court and counsel for the Debtors at:

> Monica Bigley, Clerk of Court
> United States Bankruptcy Court for the District of Maine
> MC Smith Federal Building
> 202 Harlow Street, 3rd Floor
> Bangor, ME 04401

> -and-

> Adam R. Prescott, Esq.
> Bernstein, Shur, Sawyer & Nelson, P.A.
> 100 Middle St., PO Box 9729
> Portland, Maine 04104-5029

If you have to mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an order granting that relief.

Dated: October 23, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
D. Sam Anderson, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*