**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br>**CASCO BAY LOBSTER CO., INC., and**<br>**ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on October 23, 2025, the *First Interim Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors for the Period of July 1, 2025, Through October 17, 2025* [Docket No. 258] ("**BSSN Compensation Application**") was filed with via this Court's CM/ECF electronic filing system ("**CM/ECF**") which sent notice to all parties receiving notification through the Court's CM/ECF system.

I further certify that on October 23, 2025, I served the BSSN Compensation Application via electronic mail or facsimile upon the parties as indicated on the attached Email Service list.

I further certify that on October 24, 2025, I caused to be mailed the BSSN Compensation Application Notice of Hearing upon the parties set forth in the attachment hereto via U.S. First Class Mail.

Dated: October 24, 2025            */s/ Katherine Flynn*
                                                    Katherine Flynn

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St John Street, Portland, ME 04102.

BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

Case 25-20160    Doc 261    Filed 10/24/25    Entered 10/24/25 16:56:04    Desc Main
Document    Page 2 of 13

## SERVICE LIST

**The BSSN Compensation Application was served upon the following parties via electronic mail or facsimile on October 23, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| East Coast Seafood, LLC | toneill@myseafood.com; | 10/23/2025 |
| J.K. Marine dba Louisbourg Seafood Ltd | derrick.k@louisbourgseafoods.ca; damien.b@louisbourgseafoods.ca; | 10/23/2025 |
| Whitecap International Seafood Exporters | egerber@whitecapseafoods.com; | 10/23/2025 |
| Northern Ocean Sea Products, LLC | joyce@northernoceanmarine.com; | 10/23/2025  10/23/2025 |
| Cape Bald Packers | dallain@capebaldpackers.com; | 10/23/2025 |
| Independent Fisheries Limited | office@independentfisheries.ca; | 10/23/2025 |
| Packedge | eatkins@packedgeinc.com; | 10/23/2025 |
| Sea Salt, LLC | shawn.seasalt@gmail.com; | 10/23/2025 |
| Arbutus Cove Enterprises | admin@arbutuscove.net; | 10/23/2025 |
| Wedgeport Lobsters Limited | tammy@wedgeportlobsters.ca; | 10/23/2025 |
| Area 52 | info@area52.ca; | 10/23/2025 |
| Camden National Bank | abutler@camdennational.bank; jfischer@dwmlaw.com; kfisher@dwmlaw.com; | 10/23/2025 |
| Mechanical Services Inc. | info@mechanicalservices.com cleger@kelleyleger.com; | 10/23/2025 |
| Atlantic Coast Seafood, Inc. | shelli@atlanticcoastsfd.com; tory@atlanticcoastsfd.com | 10/23/2025 |
| Volk Packaging Corporation | klaverriere@volkboxes.com; bcolwell@preti.com; | 10/23/2025 |
| Channel Fish Processing, Co., Inc. | BBrennan@channelfish.com; | 10/23/2025 |
| Acadia Insurance | joan.gallant@acadia-ins.com; | 10/23/2025 |
| Portland Fish Exchange | jberg@pfex.org; rvanmeter@pfex.org; | 10/23/2025 |
| BASE Seafood Auction | carina@baseseafood.com; Cassie@baseseafood.com; | 10/23/2025 |
| CoolSeal USA | mjaeck@coolsealusa.com | 10/23/2025 |
| Seth Mayberry | smayberry4746@gmail.com; | 10/23/2025 |
| C.B.S Lobster & Bait, Inc. | cbslobster13@yahoo.com; | 10/23/2025 |
| Vessel Services, Inc. | office@vesselservicesinc.com; | 10/23/2025 |
| Village of Tenants Harbor | t.elwell@stgeorgemaine.com; | 10/23/2025 |
| City of Portland | treasury@portlandmaine.gov; | 10/23/2025 |

|  | ajames@portlandmaine.gov; rcreswell@creswelllaw.com; |  |
|---|---|---|
| William Lunt | luntlobster@gmail.com; paulalunt@gmail.com; | 10/23/2025 |
| Tytan International, LLC | info@tytanintl.com; | 10/23/2025 |
| Cunningham Security Systerms | info@cunninghamsecurity.com; | 10/23/2025 |
| Maritime Energy | info@maritimeenergy.com; | 10/23/2025 |
| Crown Lift Trucks | amy.jackson@crown.com; | 10/23/2025 |
| Charter Communications | resibankruptcy@charter.com; | 10/23/2025 |
| Midcoast Marine Supply | mmsthomaston@yahoo.com; | 10/23/2025 |
| Office of the Maine State Treasurer | state.treasurer@maine.gov; | 10/23/2025 |
| Belinda Anderson | banderson@cozyharbor.com ; | 10/23/2025 |
| Key Bank | rclement@verrill-law.com; sdoil@verrill-law.com; | 10/23/2025 |
| Internal Revenue Service | scott.miller@irs.gov; | 10/23/2025 |
| Maine Revenue Services | compliancebk.mrs@maine.gov; John.Burke@maine.gov; | 10/23/2025 |
| Office of the U.S. Attorney | usame-bankruptcynotice@usdoj.gov; | 10/23/2025 |
| Ann-Marie Dirsa | Ann.Marie.Dirsa@usdoj.gov; | 10/23/2025 |
| Heather Sprague | heather.sprague@usdoj.gov; | 10/23/2025 |
| Joseph Donovan | kmcdonald@mpmlaw.com; msmart@mpmlaw.com; | 10/23/2025 |
| Counsel on behalf of the Official Committee of Unsecured Creditors | Andrew.helman@dentons.com; kyle.d.smith@dentons.com; | 10/23/2025 |
| Aquashell USA, LLC | btb@marcusclegg.com; bankruptcy@marcusclegg.com; dcj@marcusclegg.com; | 10/23/2025 |
| Sparks Belting | JMeeuwenberg@sparksmol.com; | 10/23/2025 |

**The BSSN Compensation Application Notice of Hearing was served upon the following parties via U.S. First Class Mail on October 24, 2025:**
See attached matrix.

35 UNION LLC
P.O. Box 389
Portland  ME         04101

Acadia Insurance
P.O. Box 9010
Westbrook         ME       04098

Al Butler
190 Water Street
P.O Box 178
Gardiner ME         04345

Alan A Post
PO Box 4
South Thomaston    ME      04858

Allegiance Trucks
351 North Street
Saco, ME 04072

Alex Ausplund
340 Wallston Road
Tenants Harbor    ME      04860

Amato's Sandwich Shops, Inc
312 Saint John Street    2nd Floor
Portland  ME       04102

AMCS OpCo LLC
292 Centennial Road

Toledo    OH        43617

Anthem Blue Cross Blue Shield
2 Gannett Dr
South Portland, ME 04106

Arche Advisors, Inc.
50 E 100 S #201
St. George, UT 84770

Office of the United States Trustee

ATTN: Heather Sprague
5 Post Office Square, Suite 100
Boston, MA 02109

Applied Refrigeration Services
7C Commons Ave
Windham ME         40692

Aqua Production Systems
4036 Gairloch Rd
Union Center    NS - Canada
          B0K1S0

Araho Transfer
7 Fid Kennedy Ave
Boston    MA       02210

Arbutus Cove Enterprises
650 Herald Street
Victoria  BC
Canada   V8W1S7

Area 52
163 Zack Rd
Lustes Mountain    NB
Canada   E1G2V1

Atlantic Coast Seafood, Inc
42-44 Boston Fish Pier

Boston    MA       02210

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford       NH       03869

Baader North America Corp.
505 Hwy. 82 W.   Ste A
Indianola MS       38751

Bangor Savings Bank
20 Marginal Way
Portland  ME       04101

BASE
62 Hassey Street
New Bedford       MA       02740

Beaver Enterprises, Inc
204 Park Street
Rockland ME       04841

Belinda Anderson
P.O. Box 10
Tenants Harbor    ME      04860

Belt Power LLC
2197 Canton Road
Suite 208
Marietta  GA       30066

Brendan G. Newell
7 Creek Lane
Damariscotta    ME      04543

Brent Nappi
1 Shady Lane
Falmouth ME       04105

Broadreach Public Relations
19 Commercial Street
Portland, ME 04101

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston ME       04240

C.B.S. Lobster & Bait, Inc
52 Union Wharf
Portland  ME       04101

Camden National Bank
ATTN: Kellie Fisher, Jeremy Fischer
2 Elm Street
Camden  ME       04843

| | | |
|---|---|---|
| Drummond Woodsum<br>Attn: Kellie Fisher, Esq.<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480 | Drummond Woodsum<br>Attn: Jeremy R. Fischer, Esq.<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-0248 | Cape Ann Seafood Exchange<br>c/o Sallyport Commercial Finance Dept #100<br>P.O. Box 4776<br>Houston  TX  77210-4776 |
| Cape Bald Packers<br>2618 Acadie Road<br>Cap-Pele NB - Canada  E4N 1E3 | Central Maine Power<br>P.O BOX 847810<br>BOSTON  MA  02284-7810 | Channel Fish Processing Co Inc<br>200 Commerce Dr<br>Braintree MA  02184 |
| Charter Communications<br>P.O. Box 6030<br>Carol Stream  IL  60197-6030 | Chep USA<br>15226 Collections Center Dr<br>Chicago  IL  60693 | Cintas<br>P.O Box 631025<br>Cincinnati  OH  45263-1025 |
| City of Portland<br>389 Congress Street<br>P.O. Box 544<br>Portland, ME 04112 | City of Portland Department of Public Works<br>212 Canco Road  Suite B<br>Portland  ME  04103 | Coastal Carriers, Inc<br>28 Tichnor Court<br>Scituate  MA  02066 |
| Coface North America Insurance Company<br>P.O. Box 70280  Lockbox 10116<br>Philadelphia  PA  19176-0280 | Consolidated Communications<br>1 Davis Farm Road<br>Portland, ME 04103-1668 | CoolSeal USA<br>232 J Street<br>Perrysburg  OH  43551 |
| Corporate Payment Systems<br>P.O Box 790428<br>St. Louis MO  63179-0428 | Corporate Billing<br>P.O. Box 1726<br>Decatur, AL 35602 | Crosspack, Inc<br>2 Alden Lane<br>Scarborough  ME  04074 |
| Crown Lift Trucks<br>P.O Box 641173<br>Cincinatti  OH  45264-1173 | Crown Lift Trucks<br>165 Innovation Way<br>Scarborough ME 04074 | Crow's Nest Property<br>7 Wright Way<br>Falmouth ME  04105 |
| Cryovac Sealed Air Corporation<br>2415 Cascade Pointe Blvd<br>Charlotte  NC  28208 | Cunningham Security Systems<br>325 US Route 1<br>Falmouth ME  04105 | Curtis Thaxter  LLC<br>200 Middle Street<br>Suite 1001<br>Portland  ME  04101 |
| Dale Carson<br>P. O. Box 441<br>Tenants Harbor  Maine  04860 | Darrell Olsen<br>P.O. Box 24<br>Port Clyde  ME  04855 | David Hupper<br>20 Hupper Lane<br>Tenants Harbor  ME  04860 |
| David Johnson<br>299 Fern Avenue<br>Long Island  ME  04050 | Dave Dyer<br>79 Summit Terrace<br>North Yarmouth  ME  04097 | Dead River Company<br>P.O Box 467<br>Scarborough  ME  04070-0467 |

| | | |
|---|---|---|
| Doug's Fresh Express<br>91 Spring View Drive<br>Lynn    MA    01904 | Downeast Energy<br>86 Pleasant Hill Road, STE 1<br>Scarborough    ME    04074 | Durants Wharf, Inc.<br>899 Cundys Harbor Road<br>Harpswell    ME    04079 |
| East Coast Seafood, LLC DBA Seatrade International<br>10 North Front Street<br>New Bedford    MA    02740 | Equitable Payment Center<br>P.O. Box 371405<br>Pittsburgh    PA    15250 - 7405 | F.W Webb Company<br>160 Middlesex Turnpike<br>Bedford  MA    01730 |
| F/V Fishin Addiction<br>114 Macarthur Drive<br>New Bedford    MA    02740 | F/V Max & Emma<br>114 MacArthur Drive<br>New Bedford    MA    02740 | F/V TIMBERWOLF<br>114 MacArthur Drive<br>New Bedford    MA    02740 |
| Fedex<br>P. O Box 371461<br>Pittsburgh    PA    15250-7461 | Fedex Corporation<br>Attn: Legal Department - Compliance<br>1000 Ridgeway Loop - Ste 500<br>Memphis    TN    38120 | FFE Transportation Services Inc<br>P.O. Box 847576<br>Dallas    TX    75284-7576 |
| Finance Authority of Maine<br>5 Community Drive<br>Suite 102<br>Augusta, ME 04330 | Fisherman's Wharf Gloucester<br>37 Rogers Street<br>Gloucester    MA    01930 | Flores & Associates<br>P.O Box 63238<br>Charlotte NC    28263-3238 |
| Food Prep Solutions<br>P.O. Box 4777<br>Stamford CT    06907 | Frederick Safety Services<br>32 Grove Street<br>Brewer  ME    04112 | Freightliner of Maine<br>422 Perry Road<br>Bangor  ME    04401 |
| Frosty Seas<br>6901 NW 41st STREET<br>Miami    FL    33166 | Galway Transport Inc<br>P.O Box 419<br>Kennebunk    ME    04112 - 0389 | Goodyear Commercial Tire & Services<br>10 Gin Rd<br>Scarborough    ME    04074 |
| Grainger<br>DEPT. 808682348<br>Palatine  IL    60038-0001 | Graybar Electric Company, Inc<br>P. O Box 414426<br>Boston    MA    02241 - 4428 | Guys Locksmith<br>1932 Broadway<br>South Portland    ME    04106 |
| GWI<br>43 Landry St<br>Biddeford ME    04005 | Hall Internet Marketing<br>10 Mill Brook Rd   Unit 1<br>Saco    ME    04072 | Hamilton Marine<br>155 E. Main Street<br>Searsport ME    04974 |
| Harbor Fish Market<br>9 Custom House Wharf<br>Portland  ME    04101 | Harcros Chemical Inc<br>P. O Box 74583<br>Chicago   IL    60696 | Office of the United States Trustee<br>ATTN: Heather Sprague<br>5 Post Office Square, Suite 1000<br>Boston    MA    02109 |

Hygiena LLC
941 Avenida Acaso
Camarillo        CA        93012

Immigration and Customs Enforcement (ICE)
David Fife, Special Agent
One City Center, Suite 404
Portland  ME        04101

Intact Services USA
P.O Box 371871
Pittsburgh        PA        15250-7871

Independent Fisheries Limited
1271 Little Harbour Road, Comp 2 Box 9
Sable River      Nova Scotia
      B0T 1V0

Industrial Calibration
71C Pine Rd.
Hudson   NH        03051

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia      PA        19101-7346

International C Food Inc.,
P. O Box E - South Station
Fall River        MA        02724

Intral Worldwide LLC
ATTN: Dean Scribner
1900 Crown Colony, Suite 407
Quincy      MA        02169

Ion Networking
1 Perry Hawkes Rd
Windham ME        04062

IPFS Corporation
P.O Box 32144
New York        NY        10087-2144

Jamison Door Company
55 Jv Jamison Dr
Hagerstown, MD 21740

JK Marine dba Louisbourg Seafood, Ltd.
P.O. Box 5609
Louisbourg        NS - Canada
        B1C1B5

JK Marine dba Louisbourg Seafood, Ltd.
77 Kings Rd
Sydney, Nova Scotia B1S1A2
Canada

John Armstrong
PO Box 127
Tenants Harbor      ME        04860

John Hansen
P.O. Box 426
Tenants Harbor      ME        04860

Johnson Controls
DEPT. CH 10320
Palatine   IL        60055-0320

Murray, Plumb & Murray
Attn: Kelly McDonald
75 Pearl Street, P.O. Box 9785
Portland, Maine 04104-5085

Murray, Plumb & Murray
Attn: Micah Smart
75 Pearl Street, P.O. Box 9785
Portland, Maine 04104-5085

Katahdin Analytical Services
P.O Box 540
Scarborough        ME        04070

KCV Trailer Rentals
127 Pleasant Hill Rd
Scarborough        ME        04074

Key Bank, N.A.
One Canal Plaza      3rd Floor
Portland  ME        04101

Shawn K. Doil, Esq.
Verrill Dana,LLP
One Portland Square, 10th Floor
Portland, ME 04101-4054

Roger Clement, Esq.
Verrill Dana,LLP
One Portland Square, 10th Floor
Portland, ME 04101-4054

Kyocera
55 Bradly Drive
Westbrook        ME        04092

Laitram Machinery INC
P.O. BOX 730443
Dallas      TX        75373-0443

Lineage Logistics PFS, LLC
P.O Box 734938
Dallas      TX        75373

Lineage Logistics, LLC
P.O Box 974647
Dallas      TX        75397

LITTLE BAY LOBSTER
158 SHATTUCK WAY
NEWINGTON      NH        03801

Logtek Inc
P.O Box 744889
Atlanta      GA        30384-4889

Loma Systems Inc
39425 Treasury Center
Chicago   IL        60694-9400

| | | |
|---|---|---|
| Maine Coast Petroleum<br>48 Main Street<br>St. George, ME 04860 | Maine Department of Agriculture,<br>Conservation & Forestry<br>28 Statehouse Station<br><br>Augusta  ME        04333 | Maine Department of Marine Resources<br>21 Statehouse Station<br>Augusta  ME        04333 |
| Maine Hardware<br>274 Saint John Street<br>Portland  ME        04102 | Maine Marine Supply<br>416 Commercial Street<br><br>Portland  ME        04101 | Maine Revenue Services<br>51 Commerce Dr<br>Augusta  ME        04333 |
| Office of the Maine State Treasurer<br>39 State House Station, Burton M. Cross Building<br>111 Sewall Street<br>Augusta  ME        04333-0039 | Maine Scale LLC<br>4 Washington Street North<br><br>Auburn  ME        04210 | Marel Inc.<br>1024 Airport Parkway<br>Gainesville        GA        30501 |
| Marine Stewardship Council International Ltd, Marine House<br>1 Snow Hill<br>London  England<br>EC1A 2DH | Maritime Energy<br>153 New County Rd<br>Thomaston        ME        04861 | Mark Lannon<br>75 St. John Street<br>Portland, ME 04102 |
| Massachusetts Port Authority<br>P.O Box 3471<br>Boston  MA        02241 | Matheson Tri-Gas Inc<br>P.O. Box 347297<br>Pittsburgh        PA        15251-4297 | Matrix Sciences    1061 Feehanville Dr<br>Mount Prospect        FL        60056 |
| McCloskey, Mina, Cunniff & Fawley<br>12 City Center<br>Portland, ME 04101 | McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago  IL        60680 | Mechanical Services, Inc<br>400 PRESUMPSCOT STREET<br>PORTLAND        ME        04103 |
| Memic<br>P.O. Box 6900<br>Lewiston ME        04243-6900 | Mesa Labs<br>Lakewood Manufacturing Facility<br><br>12100 W 6th Ave<br>Lakewood        CO        80228 | Messer LLC<br>P.O Box 731114<br>Dallas  TX        75373-1114 |
| Michael Ames<br>570 Port Clyde Road<br>Tenants Harbor        ME        04860 | Midcoast Marine Supply<br>153 New County Rd<br>Thomaston        ME        04861 | Michael Floyd<br>18 Vernon Road<br>Long Island        ME        04050 |
| Michael Johnson<br>283 Fern Ave.<br>Long Island        ME        04050 | Mike Hahn<br>20 Marginal Way<br>Portland  ME        04101 | Miner, Ltd.<br>18 Willey Road<br>Saco        ME        04072 |
| Modern Pest Services<br>100 PLEASANT ST<br>BRUNSWICK        ME        04011 | Multivac<br>DEPT. CH 17573<br>PALATINE        IL        60055-7573 | Mutual Of Omaha Payment Processing Center<br><br>P.O. Box 2147<br>Omaha  NE<br>68103-2147 |

| | | |
|---|---|---|
| NEPW Logistics Inc<br>70 Quarry Road<br>Portland  ME          04103 | New England Bait, LLC<br>1755 Indian River Road<br>Jonesport, ME 04649 | New England Kenworth<br>42 Wallace Avenue<br>South Portland      ME      04106 |
| New York Life Insurance Company<br>P.O. Box 130539<br>Dallas, TX 75313 | NHDOT E-Z Pass<br>P.O Box 9687<br>Manchester       NH       03108 | Northeast Delta Dental<br>One Delta Drive<br>P.O. Box 2002<br>Conrod, NH 03302-2002 |
| Northeast Laboratory Services<br>P.O Box 788<br>Waterville       ME       04903 | Northern Ocean Sea Products LLC dba<br>Northern Ocean Marine<br>7 Parker Street     2nd Floor<br>Gloucester       MA       01930 | NWD Inc<br>P.O Box 50821<br>New Bedford       MA       02745 |
| Ocean Explorer<br>P.O. Box 6<br>Tenants Harbor    ME    04860 | Office of the U.S. Attorney<br>537 Congress Street<br>Suite 300<br>Portland  ME       04101-3490 | O'Hara Corporation<br>120 Tillson Avenue  Suite 100<br>RocklandME       04841 |
| Packaging Products Corp.<br>P.O Box 697<br>Wilmington       MA       01887 | Packedge<br>955 Portland Rd<br>Saco     ME       04072-9675 | Pallet One - Issacson Lumber Company<br>P.O. BOX L<br>Livermore falls       ME       04254 |
| Paula Lunt<br>P.O. Box 198<br>Tenants Harbor, ME 04860 | Plastic Supply<br>6 Pomerleau Street<br>Biddeford       ME       04005 | PNC EQUIPMENT FINANCE<br>655 BUSINESS CENTER DR.  SUITE 250<br>HORSHAM       PA       19044 |
| Portland Fish Exchange<br>6 Portland Fish Pier<br>Portland  ME       04101 | Portland Plastic Pipe<br>444 Lincoln Street Extension<br>South Portland       ME       04106 | Portland Water District<br>225 Douglass Street<br>P.O. Box 3553<br>Portland  ME       04101 |
| Power Products Systems<br>90 Bay State Road<br>Wakefield       MA       01880 | Progressive Scale & Label Systems, LLC<br>P.O Box 587<br>Bethel    CT       06801 | Purdy Powers & Company<br>130 Middle Street<br>Portland  ME       04101 |
| Pyramid Transport & Cold Storage<br>100 S. Laws St<br>Bridgeville       DE       19933 | Quadient Finance USA, Inc<br>P.O Box 6813<br>Carol Stream       IL       60197-6813 | R&D Trash Removal<br>PO Box 130<br>Thomaston       ME       04861 |
| Randy J. Creswell<br>P.O. Box 7340<br>Portland, ME 04112 | Retail Services Co.<br>2108 West Broadway Unit A<br>South Portland       ME       04106 | Robinson's Wharf, Inc.<br>20 Hendricks Hill Road<br>Southport       ME       04576 |

| | | |
|---|---|---|
| Ross Industries, Inc.<br>P.O Box 677817<br>Dallas   TX        75267-7817 | Round-2 Lobster Co., Inc.<br>1708 State Road<br>Plymouth, MA 02360 | Russell Langmaid<br>99 Little John Road<br>Yarmouth        ME       04096 |
| Ryder Transportation Services<br>P. O Box  96723<br>Chicago   IL        60693-9337 | Sea Salt LLC<br>660 Main Street<br>Saco       ME        04072 | Secretary of State<br>148 State House Station<br>Augusta, ME 04333 |
| SEDNA TECHNOLOGIES<br>27 Parker Street SUITE # 12251<br>Dartmouth        NS - Canada<br>          B2Y 4T5 | Seth Mayberry<br>81 Totten Road<br>Gray      ME       04039 | Share-ify<br>585 East State Road 434      1st Floor<br>Longwood             FL        32750 |
| Shyer's Lobster Pound, Inc.<br>380 S Broadway<br>Salem, NH 03079 | South Bristol Fisherman's Co-Op<br>P.O. Box 63<br>South Bristol       ME        04568-0063 | Staples   c/o Shane Anderson<br>P.O. BOX 70242<br>PHILADELPHIA    PA      19176-0242 |
| Stavis Seafoods LLC<br>P. O. Box 712122<br>Philadelphia          PA        19171-2122 | Taylor Lobster Company LLC<br>32 Route 236<br>Kittery     ME        03904 | Taylor Services, LLC<br>16 Westview Drive<br>Raymond ME        04071 |
| TCN Holdings, LLC d/b/a ODORITE Co.<br>5 Wallace Avenue BLDG 2<br>South Portland       Maine     04106 | TD Bank<br>1 Portland Square   Suite 4<br>Portland  ME       04101 | Tenants Harbor Wharf, LLC<br>P.O. Box 389<br>Portland  ME       04112 |
| The Cote Corporation<br>2980 Hotel Road<br>P.O Box 1418<br>Auburn   ME        04211-1418 | TOM RENEHAN<br>11 WINTER ST<br>YARMOUTH        ME        04096 | Tom Scola<br>36 Eastern Ave<br>Gloucester         MA        01930 |
| Trace Register, Inc.<br>119 1st Avenue South<br>Suite #440<br>Seattle, WA 98104 | Tribune Seafood Limited - C/O T65045<br>P.O. Box 55811<br>Boston    MA        02205-5811 | Trillium Drivers<br>P.O Box 671854<br>Detroit   MI       48267-1854 |
| Troiano Waste Services, Inc<br>PO BOX 3541<br>Portland  ME        04104-3541 | Tycho Poly Inc.<br>101 Hanlan Rd<br>Woodbridge, ON L4L 395<br>Canada | Tytan International, LLC<br>801 Carpenters Crossing<br>Folcroft PA        19032 |
| Ubaldo Chach Julian<br>1423 Pleasant Street Apt 1<br>New Bedford        MA        02740 | Uline<br>Attn: Accounts Receivable<br>PO BOX 88741<br>Chicago   IL        60680-1741 | Ultra Source LLC<br>1414 West 29th Street<br>Kansas City         MO        64108-3604 |

| | | |
|---|---|---|
| Unifirst Corporation<br>P.O Box 650481<br>Dallas   TX        75265-0481 | United States Department of Commerce<br>National Marine Fisheries Service<br><br>55 Great Republic Drive<br><br>Gloucester        MA        01930 | UNITIL<br>P.O BOX 981077<br>BOSTON        MA        02298-1010 |
| US Cellular<br>DEPT. 0205<br>PALATINE IL        60055-0205 | USA Container Freezer & Refrigeration, LLC<br>75 Neal Court<br>Plainville CT        06062 | VERNO d'EON FISHING SUPPLIES LTD<br><br>P.O BOX 70<br>MIDDLE WEST PUBNICO<br>NS - Canada        B0W 2M0 |
| Verrill Dana<br>c/o Roger Clement<br>1 Portland Square - 10th Floor<br>Portland  ME        04101 | Vessel Services, Inc.<br>1 Portland Fish Pier<br>Portland ME        04101 | Village of Tenants Harbor<br>3 School Street<br>Tenants Harbor        ME        04860 |
| Vital Delivery Solutions LLC<br>P. O Box 1075<br>WILLISTON        VT        05495 | Volk Packaging Corporation<br>11 Morin Street<br>Biddeford        ME        04005 | Preti Flaherty, LLP<br>Attn: Bodie B. Colwell, Esq.<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546 |
| WD Matthews<br>901 Center St<br>Auburn  ME        04210 | Wedgeport Lobsters Limited<br>P.O Box 400<br>Lower Wedgeport        NS<br>Canada    B0W 2B0 | Wells Fargo Equipment Finance, Inc.<br>600 South 4th Street<br>MAC N9300-100<br>Minneapolis        MN        55412 |
| Wells Fargo Vendor Financial Services, LLC<br>PO Box 070241<br>Philadelphia        PA        19176-0241 | Whitecap International Seafood Exporters<br><br>591 North Avenue<br>Wakefield        MA        01880 | William Lunt<br>P.O Box 198<br>Tenants Harbor        ME        04860 |
| WNDK Limited Liability Company<br>c/o John Norton, Lr.<br>P.O Box 389<br>Portland  ME        04112 | Worldwide Perishables Enterprises LLC<br><br>195 Cottage Street<br>Chelsea  MA        02150 | WQS, LLC<br>15720 Brixham Hill Ave        Suite 320<br>Charlotte NC        28277 |
| Wright Express Fleet Services   WEX Bank<br><br>P.O Box 4337<br>Carol Stream        IL        60197-6293 | Zep Manufacturing Co.<br>P.O Box 3338<br>Boston   MA        02241-0389 | Zoro Tools, Inc.<br>ATTN: Cash Processing<br>P.O Box 5233<br>Janesville WI        53547-5233 |
| Mark White<br>110 Roaring Brook Rd<br>Portland, ME 04103 | Mechanical Services, Inc.<br>c/o Christopher M. Leger, Esq.<br>P.O. Box 66<br>Caribou, ME 04736 | Pacific Packaging Products, Inc.<br><br>24 Industrial Way<br><br>Wilmington, MA 01887 |
| East Coast Seafood, LLC<br><br>c/o Guy P. Young Jr.<br><br>100 International Dr, 22nd Floor<br><br>Baltimore, MD 21201 | Dentons Bingham Greenebaum LLP<br>c/o Andrew Helman, Esq.<br>One City Center; Suite 11100<br>Portland, ME, 04101 | Dentons Bingham Greenebaum LLP<br>c/o Kyle Smith, Esq.<br>One City Center; Suite 11100<br>Portland, ME, 04101 |

| | | |
|---|---|---|
| Aaron P. Burns, Esq. | David C. Johnson, Esq. | Brendan T. Barry, Esq. |
| Pearce, Dow & Burns, LLP | Marcus Clegg | Marcus Clegg |
| P.O. Box 108 | 16 Middle Street, Suite 501A | 16 Middle Street, Suite 501A |
| Portland, ME 04112-0108 | Portland, ME, 04101 | Portland, ME, 04101 |